**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

CHERYL BECNEL, ET AL.                          CIVIL ACTION NO: 23-CV-1124

VERSUS                                         JUDGE DARREL JAMES PAPILLION

TAYLOR-SEIDENBACH, INC., ET AL.                MAGISTRATE JUDGE MICHAEL B.
                                               NORTH

## ORDER

On November 20, 2023, Defendant Pennsylvania Insurance Company ("PIC") filed the instant motion to stay the direct action claims under Louisiana Revised Statute Section 22:1269 asserted against it by Plaintiffs Darwin Kraemer, Kenneth Pierron, Brandon Oubre, Amy Oubre Billiot, Cheryl Becnel, Wendy Vonlienen, and Michael Kreamer ("Plaintiffs"), and the third party claims asserted against it by Third Party Plaintiff Huntington Ingalls Incorporated ("Avondale"). R. Doc. 134-1.  Plaintiffs' claims seek to recover from PIC damages alleged owed by Avondale under a policy issued by American Employers Insurance Company ("American"). *Id.*  Avondale's claims seek to recover from PIC as the alleged insurer of Eagle Incorporated. *Id.*  PIC disputes that it issued the American policies, and notes "[t]he threshold claim of responsibility for coverage under [the American policies]" is already being litigated in the District of Massachusetts (the "Massachusetts Action"). *See Sparta Ins. Co. v. Penn. Gen. Ins. Co.*, No. 21-CV-11205 (D. Mass. 2021).

"Under the first-to-file rule, when related cases are pending before two federal courts, the court in which the case was last filed may refuse to hear it if the issues raised by the cases substantially overlap." *Int'l Fid. Ins. Co. v. Sweet Little Mex. Corp.*, 665 F.3d 671, 677-78 (5th Cir. 2011) (quoting *Cadle Co. v. Whataburger of Alice, Inc.*, 174 F.3d 599, 603 (5th Cir. 1999)). The Court has reviewed the Massachusetts Action, and agrees that the claims at issue in that case

have a direct bearing on the issues in this matter.  Finding PIC's motion has merit, and because

PIC's motion is unopposed,[1]

**IT IS ORDERED** PIC's Motion to Stay (Record Document 134) is **GRANTED**.

Plaintiffs' claims and Avondale's third-party claims against PIC are **STAYED** pending resolution

of the claims asserted in *Sparta Insurance Company v. Pennsylvania Insurance Company*, No. 21-

CV-11205 in the United States District Court for the District of Massachusetts, and until one of

the parties files a motion to lift the stay.

New Orleans, Louisiana, this 13th day of December 2023.

**DARREL JAMES PAPILLION**
**UNITED STATES DISTRICT JUDGE**

---

[1] Local Rule 7.5 of the Eastern District of Louisiana requires memoranda in opposition to motions be filed and served no later than eight days before the noticed submission date.  The instant motion was set for submission, December 13, 2023, and neither Plaintiffs nor Avondale filed a timely opposition to the motion.