UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**CHERYL BECNEL, ET AL.**                              **CIVIL ACTION**

**VERSUS**                                             **NO. 23-1124**

**TAYLOR SEIDENBACH INC., ET AL.**                     **SECTION: "P" (5)**

## ORDER

Considering the foregoing Motion to Enroll Additional Counsel of Record (R. Doc. 222),

**IT IS ORDERED** that the motion is **GRANTED**.

**IT IS FURTHER ORDERED** that **JAMES R. GUIDRY** of Taylor, Wellons, Politz & Duhe, LLC, is hereby **ENROLLED** as additional counsel of record for Defendant, Berkshire Hathaway Specialty Insurance Company (f/k/a Stonewall Insurance Company).

New Orleans, Louisiana, this 17th day of October 2024.

**DARREL JAMES PAPILLION**
**UNITED STATES DISTRICT JUDGE**