UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| CHERYL BECNEL, ET AL. | * | |
| | * | CIVIL ACTION NO. 2-23-cv-1124 |
| **Plaintiffs** | * | |
| | * | SECTION: P (5) |
| VERSUS | * | |
| | * | JUDGE DARREL JAMES PAPILLION |
| TAYLOR-SEIDENBACH, INC., ET AL. | * | |
| | * | MAGISTRATE JUDGE MICHAEL NORTH |
| **Defendants** | * | |

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

### EX PARTE MOTION FOR PARTIAL DISMISSAL WITHOUT PREJUDICE

NOW INTO COURT, through undersigned counsel, comes Plaintiff, Michael Kraemer, who moves this Court to dismiss, without prejudice, Michael Kraemer's claims as a plaintiff against all defendants, with each party to bear their own costs. The remaining plaintiffs specifically reserves all rights to proceed against any remaining defendants, solidary obligors, or third parties as well as all persons and/or entities named or not named herein.

WHEREFORE, Plaintiff Michael Kraemer prays that all claims by Michael Kraemer against defendants be dismissed, without prejudice, with each party to bear their own costs, reserving unto remaining plaintiff all rights to proceed against any remaining defendants, solidary obligors, or third parties as well as all persons and/or entities named or not named herein.

Respectfully Submitted by:

PHILIP C. HOFFMAN, LLC

*/s/ Dayal Reddy*_____
Philip C. Hoffman, LA Bar No. 32277
Dayal S. Reddy, LA Bar No. 31928
Kelly A. Ross, LA Bar No. 41392
400 Poydras Street, Suite 1625
New Orleans, LA 70130
Telephone: (504) 822-6050
Facsimile: (504) 313-3911
Email: *phil@pchlawfirm.com*

- 2 -

*dayal@pchlawfirm.com*
*kelly@pchlawfirm.com*
*tara@pchlawfirm.com*
*shanna@pchlawfirm.com*
*yahnah@pchlawfirm.com*

**COUNSEL FOR PLAINTIFF**

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the above and foregoing has been served upon all known counsel of record via electronic mail this the 6th day of March 2025.

*/s/ Dayal Reddy*

- 2 -