UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **CHERYL BECNEL, ET AL.** | * | |
| | * | **CIVIL ACTION NO. 2-23-cv-1124** |
| **Plaintiffs** | * | |
| | * | **SECTION: P (5)** |
| **VERSUS** | * | |
| | * | **JUDGE DARREL JAMES PAPILLION** |
| **TAYLOR-SEIDENBACH, INC., ET AL.** | * | |
| | * | **MAGISTRATE JUDGE MICHAEL NORTH** |
| **Defendants** | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## ORDER

Considering the foregoing <u>Ex Parte</u> <u>Motion for Dismissal Without Prejudice</u>:

IT IS ORDERED, ADJUDGED, AND DECREED that the Motion is GRANTED, and that Plaintiff Michael Kraemer is hereby, dismissed, without prejudice, each party to bear their own costs, reserving unto remaining plaintiff all rights to proceed against any remaining defendants, solidary obligors, or third parties as well as all persons and/or entities named or not named herein.

New Orleans, Louisiana, this _____ day of _____ 2025.

_____
JUDGE