UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **CHERYL BECNEL, ET AL.** | * | **CIVIL ACTION** |
| **PLAINTIFFS** | * | **NO. 2:23-cv-1124** |
| **VERSUS** | * | **SECTION: "P" (5)** |
| **TAYLOR-SEIDENBACH, INC., et al.** | * | |
| **DEFENDANTS** | * | |
| | * | |

## ORDER

Considering the Ex Parte Motion to Enroll Additional Counsel of Record (R. Doc. 228),

**IT IS HEREBY ORDERED** that the *Ex Parte* Motion to Enroll Additional Counsel of Record for the Plaintiffs is **GRANTED.** Thus, the following individual is hereby enrolled as additional counsel of record for Plaintiffs in the above entitled number and matter:

> Kelly A. Ross
> Bar Roll Number: 41392
> Philip C. Hoffman, LLC
> 400 Poydras Street, Suite 1625
> New Orleans, LA 70130
> Telephone: (504) 822-6050
> Email: kelly@pchlawfirm.com

**New Orleans, Louisiana**, this 10th day of March 2025.

_____
**DARREL JAMES PAPILLION**
**UNITED STATES DISTRICT JUDGE**