UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **CHERYL BECNEL, ET AL.** | * | CIVIL ACTION |
| | * | |
| | * | NO. 23-1124 |
| **VERSUS** | * | |
| | * | SECTION: "P" (5) |
| | * | |
| **TAYLOR-SEIDENBACH, INC., ET AL.** | * | |

* * * * * * * * * * * * * * * * * * * * * * * * *

Considering the forgoing Joint Motion to Dismiss Without Prejudice (R. Doc. 229):

**IT IS ORDERED** that the motion is **GRANTED**.

**IT IS FURTHER ORDERED** that all claims of Plaintiffs, Darwin Kraemer, Kenneth Pierron, Brandon Oubre, Amy Oubre Billiot, Cheryl Becnel, Casey Lynn Symonds, Cindy Marie Efird, and Katelyn Efird, against Defendant, Liberty Mutual Insurance Company--as the alleged insurer of Mosaic Global Holdings, Inc., individually and f/k/a IMC Global, Inc., successor to Freeport-McMoran, Inc., successor to Freeport Minerals Company--are hereby **DISMISSED WITHOUT PREJUDICE,** each party to bear its own costs specifically reserving to Plaintiffs all rights to prosecute claims and/or actions against all other Defendants, third parties, solidary obligors and other persons and/or entities named or not named herein.

New Orleans, Louisiana, on this 10th day of March 2025.

_____
**DARREL JAMES PAPILLION**
**UNITED STATES DISTRICT JUDGE**