UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| CHERYL BECNEL, ET AL.<br>    Plaintiffs<br><br>VERSUS<br><br>TAYLOR-SEIDENBACH, INC., ET AL.<br>    Defendants | CIVIL ACTION NO. 2:23-cv-01124<br><br>SECTION P(5)<br><br>JUDGE DARREL J. PAPILLION<br><br>MAG. JUDGE MICHAEL NORTH |

## MCDERMOTT, INC.'S MOTION FOR SUMMARY JUDGMENT

NOW COMES McDermott, Inc. ("McDermott") who moves for summary judgment pursuant to LA. CODE CIV. P. art. 966, dismissing Level 3 with prejudice. Plaintiffs will be unable to carry their burden of proof at trial because there is an absence of factual support to show that any of the Plaintiffs or the former Plaintiffs Roseanne Pierron, Wendy Vonlienen or Michael Kraemer were ever exposed to asbestos or asbestos-containing products due to conduct of McDermott.

Because Plaintiffs will be unable to prove an essential element of their claim, McDermott's motion for summary judgment should be granted.

Respectfully submitted,

*/s/ Joseph J. Lowenthal, Jr.*
JOSEPH J. LOWENTHAL, JR. (8909)
MADELEINE FISCHER (5575)
JONES WALKER LLP
201 St. Charles Avenue, 51st Floor
New Orleans, Louisiana 70170
Telephone: (504) 582-8000 / Direct: 582-8240
Direct Facsimile: (504) 589-8240
E-mail:  jlowenthal@joneswalker.com

*Attorneys for Defendant, McDermott, Inc.*

#103938616v1

## **CERTIFICATE OF SERVICE**

     I hereby certify that on May 19, 2025, a copy of the foregoing pleading has been filed through the Court's CM/ECF filing system and that all counsel of record will be served with this pleading through that system or by e-mail.

                                               */s/ Joseph J. Lowenthal, Jr.*
                                               JOSEPH J. LOWENTHAL, JR.

#103938616v1