# Exhibit A

EXHIBIT A

586

File Copy

1                UNITED STATES DISTRICT COURT

2                EASTERN DISTRICT OF LOUISIANA

3

4    * * * * * * * * * * * * *
     IN RE: JULIUS DUCRE        *    NO. 80-4338
5                               *
     HOWARD KRAMER              *    NO. 88-1987
6                               *
        -vs-                    *    CIVIL ACTION
7                               *
     AVONDALE INDUSTRIES, ET AL*    SECTION "K" (2)
8    * * * * * * * * * * * * *

9

10

11            Testimony of MR. HOWARD KRAMER, taken

12   by DEFENDANTS, pursuant to notice, at the law

13   offices of Deutsch, Kerrigan & Stiles, 755

14   Magazine Street, New Orleans, Louisiana 70130,

15   on January 25, 1989.

16

17

18

19

20

21   REPORTED BY:
          Paul W. Williams, C.S.R.
22        PAUL W. WILLIAMS, INC.
          Certified Shorthand Reporters
23        3100 Ridgelake Drive, Suite 206
          Metairie, Louisiana 70002
24            Telephone: 832-0937

25

EXHIBIT A

2

1   APPEARANCES:

2

3       FOR THE PLAINTIFF:

4           BRUNO AND BRUNO
            ATTORNEYS AT LAW
5           825 BARONNE STREET
            NEW ORLEANS, LOUISIANA 70113
6           BY:  JOSEPH M. BRUNO, ESQ.

7       FOR VARIOUS DEFENDANT/MANUFACTURERS:

8           DEUTSCH, KERRIGAN AND STILES
            ATTORNEYS AT LAW
9           755 MAGAZINE STREET
            NEW ORLEANS, LOUISIANA 70130
10          BY:  JANET L. MacDONELL, ESQ.

11      FOR AVONDALE INDUSTRIES, INC. and BABCOCK
        & WILCOX:
12
            BLUE, WILLIAMS AND BUCKLEY
13          ATTORNEYS AT LAW
            3421 NORTH CAUSEWAY BOULEVARD
14          NINTH FLOOR
            METAIRIE, LOUISIANA 70002
15          BY:  CLIFFORD J. ENTEN, ESQ.

16      FOR ROCKWOOL MANUFACTURING COMPANY:

17          LAW OFFICES OF MARIA I. O. STEPHENSON
            905 WORLD TRADE CENTER
18          NEW ORLEANS, LOUISIANA 70130
            BY:  MARIA ISABEL PATINO-CARO, ESQ.
19
        FOR OWENS-CORNING FIBERGLAS CORPORATION:
20
            LEMLE, KELLEHER, KOHLMEYER, DENNERY,
21          HUNLEY, MOSS & FRILOT
            ATTORNEYS AT LAW
22          2100 PAN-AMERICAN LIFE CENTER
            601  POYDRAS STREET
23          NEW ORLEANS, LOUISIANA 70130
            BY:  VINCENT PACIERA, JR., ESQ.
24               W. L. WEST, ESQ.
               (appearances continued)
25

EXHIBIT A

3

1          FOR EAGLE-PICHER INDUSTRIES:

2              ELLEFSON, PULVER AND STAINES
               ATTORNEYS AT LAW
3              30TH FLOOR, LAKEWAY III
               3838 NORTH CAUSEWAY BOULEVARD
4              METAIRIE, LOUISIANA 70002
               BY:  ANTHONY J. STAINES, ESQ.
5
           FOR COMMERCIAL UNION INSURANCE COMPANY:
6
               BOGGS, LOEHN AND RODRIGUE
7              ATTORNEYS AT LAW
               300 POYDRAS STREET
8              1800 LYKES CENTER
               NEW ORLEANS, LOUISIANA 70130
9              BY:  SAMUEL M. ROSAMOND, III, ESQ.

10         FOR UNDERWRITERS AT LLOYD'S:

11             FARIS, ELLIS, CUTRONE AND GILMORE
               ATTORNEYS AT LAW
12             1207 WHITNEY BANK BUILDING
               NEW ORLEANS, LOUISIANA 70130
13             BY:  GARY A. LEE, ESQ.

14         FOR LONE STAR INDUSTRIES:

15             ONEBANE, DONOHOE, BERNARD, TORIAN,
               DIAZ, MCNAMARA & ABELL
16             ATTORNEYS AT LAW
               POST OFFICE DRAWER 3507
17             LAFAYETTE, LOUISIANA 70502
               BY:  REBECCA F. DOHERTY, ESQ.
18
           FOR COMBUSTION ENGINEERING:
19
               GALLOWAY, JOHNSON, TOMPKINS AND BURR
20             ATTORNEYS AT LAW
               4040 ONE SHELL SQUARE
21             NEW ORLEANS, LOUISIANA 70139
               BY:  CARL A. BUTLER, ESQ.
22                 HENRY OLINDE, ESQ.

23             (appearances continued)

24

25

EXHIBIT A

4

1      FOR MISSISSIPPI VALLEY SILICA:

2          GALLOWAY, JOHNSON, TOMPKINS AND BURR
           ATTORNEYS AT LAW
3          4040 ONE SHELL SQUARE
           NEW ORLEANS, LOUISIANA 70139
4          BY:   MILTON L. LeBLANC, JR., ESQ.

5      FOR FOSTER-WHEELER CORPORATION:

6          ADAMS AND REESE
           ATTORNEYS AT LAW
7          4500 ONE SHELL SQUARE
           NEW ORLEANS, LOUISIANA 70139
8          BY:   REBECCA A. BUSH, ESQ.
               (appearances concluded)

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

EXHIBIT A

5

1                              I_N_D_E_X

2

3    EXAMINATION_BY:                          PAGE_NUMBER

4    MR. STAINES ---------------------------  7, 121

5    MS. DOHERTY ---------------------------  115

6    MR. LeBLANC  --------------------------  119

7    MR. ENTEN ----------------------------- 180, 211

8    MR. OLINDE ----------------------------  184

9    MS. MacDONELL -------------------------  186

10   MS. BUSH ------------------------------  200

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

EXHIBIT A

6

1                    S_T_I_P_U_L_A_T_I_O_N

2

3

4              It is stipulated and agreed by and

5      among the various parties that the testimony of

6      the witness may be taken by Defendants,

7      pursuant to notice, at the time and place

8      hereinbefore noted; that the testimony of the

9      witness may be taken down in shorthand

10     (Stenotype) by PAUL W. WILLIAMS, and by him

11     transcribed, the formalities of signing,

12     sealing, certification and filing being waived,

13     and all objections, save objections to the form

14     of the question, being reserved to the time of

15     trial.

16

17             It is further stipulated that the

18     witness may be sworn by Paul W. Williams,

19     Certified Shorthand Reporter, in and for the

20     State of Louisiana.

21

22

23                  *  *  *  *  *

24

25

EXHIBIT A

7

1                    HOWARD KRAMER,

2    having been first duly sworn, was examined and

3    testified as follows:

4    EXAMINATION BY MR. STAINES:

5    Q.    Mr. Kramer, how are you doing this

6                morning?

7    A.    Not good.

8    Q.    My name is Tony Staines, and I represent

9                one of the defendants in the lawsuit

10               that you have filed.  I represent

11               Eagle-Picher Industries.  I am going

12               to ask you some questions this

13               morning concerning or relating to

14               your lawsuit, okay?

15   A.    Uh-huh.

16   Q.    If you don't understand my question, tell

17               me you don't understand it.  If you

18               don't hear my question, ask me to

19               repeat it.  I will say it again.

20   A.    Okay.

21   Q.    Okay?

22   A.    Yes.

23   Q.    Just make sure that you are responding to

24               the question that I ask you.  Okay?

25   A.    Okay.

EXHIBIT A

8

| | | |
|---|---|---|
| 1 | Q. | Don't nod your head, but speak either |
| 2 | | "yes, no" or however you want your |
| 3 | | answer to be. |
| 4 | A. | (Witness nods head affirmatively) yes. |
| 5 | Q. | All right.  State your full name, please. |
| 6 | A. | Howard J. Kramer. |
| 7 | Q. | You said "Howard J."? |
| 8 | A. | Yes. |
| 9 | Q. | What does the "J." stand for? |
| 10 | A. | J-e-a-n, Jean. |
| 11 | | MR. LeBLANC: |
| 12 | | I can't hear you. |
| 13 | | THE WITNESS: |
| 14 | | I won't be able to keep up |
| 15 | | talking loud for hours or even two |
| 16 | | hours.  I am hurting now. |
| 17 | | MS. MacDONELL: |
| 18 | | Before the deposition, Joe did |
| 19 | | give me a copy of the Answers to |
| 20 | | Interrogatories.  I don't know if it |
| 21 | | will help you in any way. |
| 22 | | MR. STAINES: |
| 23 | | Probably not. |
| 24 | EXAMINATION BY MR. STAINES: | |
| 25 | Q. | Mr. Kramer, I asked you what your middle |

EXHIBIT A

1              name was and you said --

2    A.   J-e-a-n, Jean.

3    Q.   Jean?

4    A.   Yes.

5    Q.   Okay.  And you are fifty-four years old?

6    A.   Yes.

7    Q.   You were born February 8, 1934.  Is that

8              correct?

9    A.   Yes.

10   Q.   Where were you born?

11   A.   I was born at home.  I was delivered by a

12             midwife..

13   Q.   Where was that?

14   A.   Kraemer.

15   Q.   Kraemer?

16   A.   Yes.

17   Q.   Did you grow up in the Kraemer-Vacherie

18             area?

19   A.   Yes.

20   Q.   Okay.  Have you lived outside of that area

21             at any time in your lifetime?

22   A.   No.

23   Q.   Where do you live now?

24   A.   In Vacherie.

25   Q.   What is the address in Vacherie?

EXHIBIT A

1   A.   Route -- Route 1, Box 932, Vacherie,

2          Louisiana.

3   Q.   How long have you been living there?

4   A.   Oh, twenty-four years.

5   Q.   Four years?

6   A.   Twenty-four.

7   Q.   Is it a house?

8   A.   Yes.

9   Q.   You are buying that house or do you own it

10         outright or are you renting that

11         house?

12   A.   I am paying notes on the house.

13   Q.   Okay.  Who lives at that home with you?

14   A.   My wife and I.

15   Q.   Just you and your wife?

16   A.   I got a son that is going to college, that

17         is -- he still lives with us.

18   Q.   Okay.  Where does your son go to college?

19   A.   Nicholls State.

20   Q.   Does he live -- let me finish the

21         question, okay?  When I stop talking

22         then you can talk, so we don't

23         confuse the court reporter or confuse

24         anybody else.  Does your son live

25         with you every day and then drives to

EXHIBIT A

11

```
 1              Nicholls and comes home or does he
 2              live at Nicholls or does he live
 3              somewhere else?
 4   A.   He lives at home.  He rides to Nicholls
 5              and comes back at night.
 6   Q.   How old is your son?
 7   A.   Twenty.
 8   Q.   Twenty?
 9   A.   Yes.
10   Q.   Your wife is Agnes?
11   A.   Yes.
12   Q.   And your son, what is his name?
13   A.   Michael.
14   Q.   Michael?
15   A.   Yes.
16   Q.   Okay.  He has the same last name, Kramer?
17   A.   Yes.
18   Q.   The three of you live at your residence
19              there at Route 1, Box 932 in
20              Vacherie?
21   A.   Yes.
22   Q.   How big a piece of land do you have?
23   A.   97 wide by 374 long.
24   Q.   Do you have any kind of garden or any kind
25              of farm on that land?
```

EXHIBIT A

12

```
 1    A.   No.

 2    Q.   What is your Social Security Number?

 3    A.   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.

 4    Q.   Do you know your -- let me finish, please.

 5         Do you know your driver's license

 6         number, Mr. Kramer?

 7    A.   I don't have a driver's license any more.

 8    Q.   Okay.  When did you last have a driver's

 9         license?

10    A.   In '87.

11    Q.   Okay.  Why don't you have a license at

12         this time?

13    A.   Because I don't feel good enough to drive.

14    Q.   Did --

15    A.   I am taking medicine, and that gets me

16         woozy.

17    Q.   Okay.  Did your license expire in 1987?

18    A.   Yes.

19    Q.   It expired on the date of your birthday in

20         1987?

21    A.   February 8th it expired, and I didn't have

22         it renewed.

23    Q.   You just haven't gone back to get it

24         renewed?

25    A.   Right.
```

EXHIBIT A

13

1   Q.   Have you talked with a doctor about
2        whether you should drive or shouldn't
3        drive?
4   A.   No, I -- I never talked to a doctor about
5        that, but I don't have the strength
6        to drive a car or change a tire or
7        anything.
8   Q.   When you were driving and you had a
9        license, what restrictions, if any,
10       were there on the license?
11  A.   None.
12  Q.   None?
13  A.   No.
14  Q.   How tall are you?
15  A.   Five-seven.
16  Q.   How much do you weigh?
17  A.   145.
18  Q.   Okay.  Have you been weighing in the area
19       of 145 pounds for the last five years
20       or so?
21  A.   No.  I gained weight and then I dropped --
22       I weighed 167, and I dropped to 145.
23  Q.   How long ago was that, that you weighed
24       167 pounds?
25  A.   Okay, '87.

EXHIBIT A

14

1   Q.   To what do you attribute the 20 pounds or
2        so weight loss?
3   A.   Just sickness, I guess.
4   Q.   You haven't had a good appetite, is that
5        fair to say?
6   A.   No.
7   Q.   Have you been on any diets?
8   A.   No.
9   Q.   Are you on any kind of -- are you on any
10       kind of specific diet because of your
11       stomach problems?
12  A.   No.
13  Q.   Do you have a doctor that tells you what
14       you can eat and what you can't eat
15       because of your stomach problems?
16  A.   Yes.
17  Q.   Okay.  What is your wife's maiden name?
18  A.   Schexneyder.
19  Q.   S-c-h-e-x-n-e-i-d-e-r?
20  A.   N-e-y-d-e-r.
21  Q.   How long have you been married to Agnes?
22  A.   36 years.
23  Q.   Has she been your only wife?
24  A.   Yes.
25  Q.   And your son Michael, who is now twenty

EXHIBIT A

1              years old, has been your only child?

2    A.    No, I had six others.

3    Q.    Six other children?

4    A.    Yes.

5    Q.    Are they all grown and gone from the

6              household?

7    A.    Yes. Except one died of cancer at eight

8              years old.

9    Q.    Okay.  How old is Agnes?

10   A.    52.

11   Q.    Is she working now?

12   A.    No.

13   Q.    Has she ever worked, other than inside the

14             home?

15   A.    No.

16   Q.    How is her health?

17   A.    Okay; she has got diabetes and she is --

18             she is not that bad, I guess.  She

19             has got diabetes and --

20        MR. BRUNO:

21                If you would put your arm down,

22             it might be easier for everyone to

23             hear.

24   EXAMINATION BY MR. STAINES:

25   Q.    Is diabetes her only malady or sickness or

EXHIBIT A

16

1              illness that she has?
2     A.    Yes.
3     Q.    She is able to take care of the household
4              chores?
5     A.    Yes.
6     Q.    You mentioned your children.  Let's run
7              through the names and ages, if you
8              would.  Start with the oldest one.
9     A.    Cheryl.
10    Q.    How old is Cheryl?
11    A.    32.
12    Q.    She was the oldest child?
13    A.    Yes.
14    Q.    Okay.
15    A.    Howard, Junior, he is 29.
16    Q.    All right.
17    A.    Darwin, D-a-r-w-i-n, Darwin is 27, and --
18              and Roseanne, 24, and Wendy, Wendy is
19              22.
20    Q.    Wendy?
21    A.    Yes, W-e-n-d-y, and Michael is 20.
22    Q.    What is Cheryl's -- is Cheryl married?
23    A.    Yes.
24    Q.    What is her married name?
25    A.    Becnel.

EXHIBIT A

17

1   Q.   Where does she live?

2   A.   In Vacherie.

3   Q.   What is her husband's name?

4   A.   Michael.

5   Q.   What type of work does he do?

6   A.   He works at Hooker.

7   Q.   Hooker Chemical?

8   A.   Yes.

9   Q.   Do you know what he does there?

10  A.   He loads up trucks and --

11  Q.   What does -- has Michael Becnel ever

12       worked with you at any time during

13       your employment career?

14  A.   No.

15  Q.   Howard, Junior, where does he live?

16  A.   He lives in Des Allemands.

17  Q.   Des Allemands?

18  A.   Yes.

19  Q.   Is he married?

20  A.   Yes. He is married, but they are

21       separated; separated.

22  Q.   What does he do for a living?

23  A.   Fishing.

24  Q.   He is a commercial fisherman?

25  A.   Yes.

EXHIBIT A

1   Q.   Has Howard, Junior, ever worked with you

2            at any time during your work career?

3   A.   Yes.

4   Q.   Okay, when and where?

5   A.   Worked for a company named Petrin out of

6            Thibodaux, Petrin -- P-e-t-r-i-n, and

7            Tem-Con.

8   Q.   Tem-Con?

9   A.   Yes.

10  Q.   You worked with those companies toward the

11           end of your working career.  Isn't

12           that correct?

13  A.   Yes.

14  Q.   And he worked with you on those jobs?

15  A.   Yes.

16  Q.   Now, the entire periods of time that you

17           worked with those two companies,

18           Howard, Junior worked with you as

19           well?

20  A.   Yes.

21  Q.   Okay.  What did Howard -- what was Howard,

22           Junior's position with those two

23           companies?

24  A.   He was insulator.

25  Q.   He was an insulator?

EXHIBIT A

19

```
 1   A.   Yes.
 2   Q.   How is Howard, Junior's health today, do
 3            you know?
 4   A.   I don't know.
 5   Q.   Do you keep in touch with him?
 6   A.   Yes. We see each other two or three weeks
 7            a month. He is doing okay, as far as
 8            I know.
 9   Q.   Are those the only jobs that Howard,
10            Junior, worked with you on?
11   A.   Yes.
12   Q.   Okay.  Darwin, where does he live?
13   A.   He -- Darwin lives in Vacherie too.
14   Q.   Okay.  Is Darwin married?
15   A.   No.
16   Q.   What kind of work does he do?
17   A.   Works at Avondale, pipefitter.
18   Q.   He is a pipefitter at Avondale?
19   A.   Pipefitter, yes.
20   Q.   How long has he been working at Avondale,
21            do you know?
22   A.   About ten years.
23   Q.   About ten years?
24   A.   Yes.
25   Q.   Did he work with you any time that you
```

EXHIBIT A

20

```
 1              were at Avondale?
 2   A.   No.
 3   Q.   Roseanne, is she married?
 4   A.   Yes.
 5   Q.   What is her married name and what is her
 6              husband's name?
 7   A.   She is an Oubre.
 8   Q.   Oubre?
 9   A.   Yes.
10   Q.   O-u-b-r-e?
11   A.   Yes.
12   Q.   And what is her husband's name?
13   A.   Frederick.
14   Q.   Frederick?
15   A.   Yes.
16   Q.   Okay.  Do you know what Frederick does for
17              a living?
18   A.   Yes, he does insulation work.
19   Q.   For what company does he work?
20   A.   Basic.
21   Q.   Basic?
22   A.   Basic, yes.
23   Q.   Did you ever work with Frederick Oubre at
24              any time during your work career?
25   A.   Yes.
```

EXHIBIT A

21

1   Q.   Where?

2   A.   For Tem-Con and Petrin.

3   Q.   And what did he do at Petrin and Tem-Con?

4   A.   Insulation.

5   Q.   He was an insulator at both companies?

6   A.   (Witness nods head affirmatively).

7   Q.   And the entire period of time that you

8             worked at Petrin and Tem-Con,

9             Frederick Oubre also worked at Petrin

10            and Tem-Con?

11  A.   Not all the time, but part of the time.

12  Q.   Part of the time?

13  A.   Yes.

14  Q.   But he did work with you at both?

15  A.   Yes.

16  Q.   Both companies?

17  A.   Yes.

18  Q.   Wendy, is she married?

19  A.   Yes.

20  Q.   What is her husband's name?

21  A.   Timmy Efford.

22  Q.   E-a-f-o-r-d?

23  A.   E-f-f-o-r-d.

24  Q.   Where do they live?

25  A.   They live in Saint James.

EXHIBIT A

22

1    Q.    Okay.

2    A.    It's along the River, Saint James Parish,

3          but it's Saint James.

4    Q.    What does Timmy Efford do for a living?

5    A.    Most of the time, nothing.

6    Q.    Have you ever worked with Timmy Efford on

7          any jobs?

8    A.    No.

9    Q.    And Michael, now, is a student at Nicholls

10         State?

11   A.    Yes.

12   Q.    What is he studying?

13   A.    Biology.

14   Q.    Has Michael ever worked with you on any

15         jobs?

16   A.    No.

17   Q.    Which of your children passed away?

18   A.    Jeff.

19   Q.    You didn't tell us about Jeff, though.

20   A.    Okay.

21   Q.    How old --

22   A.    He would have been 27.  He was eight years

23         old when he died.

24   Q.    Okay.

25   A.    19 years he is dead, 1970.

EXHIBIT A

23

1   Q.   Okay.  Mr. Kramer, is your father still
2        alive?

3   A.   No.

4   Q.   What was his name?

5   A.   Jean Rene' Kramer.

6   Q.   Jean Rene' Kramer?

7   A.   Yes.

8   Q.   When did he pass away?

9   A.   In 1970.

10  Q.   How old was he at that time?

11  A.   Sixty-six.

12  Q.   What did he do for a living?

13  A.   He had a grocery store.

14  Q.   Did he ever work in the insulation trade?

15  A.   No.

16  Q.   Did he ever work at Avondale?

17  A.   No.

18  Q.   What did he die from, do you know?

19  A.   A heart attack.

20  Q.   Did he have a history of heart problems?

21  A.   (Witness shakes head negatively) not that

22       I know of.  I don't know what you

23       call it, that was it.

24  Q.   It was just a sudden heart attack?

25  A.   Yes.

EXHIBIT A

24

1    Q.   Was he a cigarette smoker?

2    A.   Yes.

3    Q.   Did he smoke until the time of his death?

4    A.   I guess so.

5    Q.   Did you ever work with your dad on any

6         jobs?

7    A.   No.

8    Q.   What was your mother's name?

9    A.   Mercedes.

10   Q.   M-e-r-c-e-d-e-s?

11   A.   Yes.

12   Q.   And she passed away as well?

13   A.   No.

14   Q.   She is still living?

15   A.   Sorry?

16   Q.   How old is your mother?

17   A.   Seventy-six.

18   Q.   How is her health?

19   A.   Good.

20   Q.   Does she have any ailments, illnesses of

21        any type?

22   A.   A little arthritis and things like that,

23        but -- but it is okay for her age.

24   Q.   She does not live with you, right?

25   A.   No.

EXHIBIT A

25

1  Q.  She lives in Vacherie?

2  A.  No, she lives in Kraemer.

3  Q.  Has she been a cigarette smoker during her

4      lifetime?

5  A.  No.

6  Q.  Have you had any relatives, to your

7      knowledge, who have suffered from any

8      type of cancer?

9  A.  No.

10 Q.  Do you know of any relatives other than

11     your sons that you told me about who

12     have worked in or around insulation

13     either at Avondale or at any other

14     location?

15 A.  No.

16 Q.  No?

17 A.  Uh-uh.

18 Q.  You don't know of any relatives who have

19     worked as insulators or worked as

20     pipefitters or worked in refineries

21     or worked as marine engineers or who

22     have worked in any like positions who

23     may have been exposed to insulation

24     materials?

25 A.  (Witness shakes head negatively) my

EXHIBIT A

26

```
 1              brother Raymond works at Avondale,
 2              but he works for the Pipe Department
 3              too.
 4   Q.   I guess I missed asking you about your
 5              brothers and sisters.  You said your
 6              brother Raymond works -- does he work
 7              at Avondale now?
 8   A.   Yes.
 9   Q.   That is Raymond Kramer?
10   A.   Yes.
11   Q.   How long has he been working at Avondale?
12   A.   Well, I don't know.
13   Q.   What position does he work in at Avondale
14              now?
15   A.   He is welding -- he shows people how to
16              weld.
17   Q.   Okay.  Has he been a welder there?
18   A.   Yes.
19   Q.   Did you ever work with Raymond when you
20              were working at Avondale?
21   A.   No.
22   Q.   Did you ever work with Raymond at any
23              other jobs?
24   A.   No.
25   Q.   Tell me the names of any other brothers
```

EXHIBIT A

27

```
 1              and sisters that you have.
 2   A.   I have Frank, Raymond, Ida May, Eva.
 3   Q.   That is E-v-a?
 4   A.   Yes.
 5   Q.   So you have two brothers and two sisters?
 6   A.   Yes.
 7   Q.   How old is Raymond?
 8   A.   Raymond is 59 years old.
 9   Q.   How old is Frank?
10   A.   Frank is 56 or 57 -- 57.
11   Q.   What does Frank do for a living?
12   A.   Frank drives a school bus.
13   Q.   Have you ever worked with Frank?
14   A.   No.
15   Q.   Has he ever worked at Avondale, to your
16             knowledge?
17   A.   He worked there a long time ago.
18   Q.   What did he do over there?
19   A.   Well, I don't remember what he was doing.
20   Q.   While you were at Avondale as an insulator
21             or in any other position, you didn't
22             have occasion to work with Frank, is
23             that right?
24   A.   No.
25   Q.   How old is Ida May?
```

EXHIBIT A

28

```
 1    A.   She is 62.

 2    Q.   Is Ida May married?

 3    A.   Yes.

 4    Q.   What is her husband's name?

 5    A.   Harold Martinez.

 6    Q.   Are they in Vacherie or Kraemer?

 7    A.   Kraemer.

 8    Q.   What does Harold Martinez do for a living?

 9    A.   He was driving a school bus.

10    Q.   Did you ever work with Harold on any jobs?

11    A.   No.

12    Q.   How about Eva?

13    A.   Eva is married to Cleveland Cortez.

14    Q.   Cortez?

15    A.   Yes.

16    Q.   Where do they live?

17    A.   In Kraemer.

18    Q.   What does Cleveland Cortez do for a

19         living?

20    A.   He was -- he was insulating, but he

21         retired.

22    Q.   Where did he insulate?

23    A.   What you mean?

24    Q.   Where did he work?

25    A.   He is not working.
```

EXHIBIT A

29

| 1 | Q. | Where did he work when he did work? |
| 2 | A. | Well, he worked for seven or eight |
| 3 | | different companies, but I don't know |
| 4 | | the names of the companies. |
| 5 | Q. | Did he ever work at Avondale? |
| 6 | A. | No. |
| 7 | Q. | Did he ever work with you in any jobs? |
| 8 | A. | No. |
| 9 | Q. | Does Frank or Raymond have any sons who |
| 10 | | you may have worked with on any jobs? |
| 11 | A. | No -- well, they got sons, but I never |
| 12 | | worked with them. |
| 13 | Q. | Okay.  I think you told me about working |
| 14 | | with Harold, Junior and Frederick |
| 15 | | Oubre. |
| 16 | A. | Howard, Junior, yes. |
| 17 | Q. | Howard, Junior and Frederick Oubre? |
| 18 | A. | Yes. |
| 19 | Q. | Those are the only two relatives that you |
| 20 | | have worked with on any jobs. Is that |
| 21 | | correct? |
| 22 | A. | (Witness nods head affirmatively). |
| 23 | Q. | Does your son, Michael, smoke? |
| 24 | A. | No. |
| 25 | Q. | Does your wife smoke? |

EXHIBIT A

30

1   A.   No.

2   Q.   How far did you go in school, Mr. Kramer?

3   A.   Seventh grade.

4   Q.   How old were you when you completed the

5        seventh grade?

6   A.   Oh, I don't remember that.

7   Q.   Have you gone back to any schools

8        whatsoever since you left the seventh

9        grade?

10  A.   No.

11  Q.   You said you went to Bayou Boeuf

12       Elementary School.

13  A.   Yes.

14  Q.   And LT High School?

15  A.   Yes.

16  Q.   You went through the seventh grade at LT

17       High School?

18  A.   Yes.  I was promoted to the eighth grade,

19       but I never completed the eighth

20       grade.

21  Q.   Why didn't you go on to the eighth grade?

22  A.   Well, on account of the money and all. My

23       mother and dad was separated, and I

24       don't know if I should be saying this

25       --  I don't see what it has to do

EXHIBIT A

31

1              with this -- I was raised by a
2              stepfather.
3    Q.   Okay.  What is your stepfather's name?
4    A.   Larouse.
5    Q.   That is who you grew up with, he raised
6              you?
7    A.   Yes, he raised me.
8    Q.   Okay.  Is he still alive today?
9    A.   Yes.
10   Q.   How old is he, do you know?
11   A.   He is seventy-four.
12   Q.   What did he do for a living?
13   A.   He worked for an oil exploration company.
14   Q.   That was the name of the company, Oil
15              Exploration Company?
16   A.   Atlantic-Richfield was the name of the
17              company.
18   Q.   ARCO, Atlantic-Richfield Company?
19   A.   Yes.
20   Q.   What did he do for Atlantic-Richfield
21              Company?
22   A.   A surveyor.
23   Q.   Did he ever work in the insulation trade?
24   A.   No.
25   Q.   Did he ever work at Avondale, do you know?

EXHIBIT A

|    |    |                                                   |
|----|----|---------------------------------------------------|
| 1  | A. | No.                                               |
| 2  | Q. | Did you ever work with him at any time?           |
| 3  | A. | I worked with him a while, yes.                   |
| 4  | Q. | Where was that?                                   |
| 5  | A. | For a time there in 1950, '52, '53, in the        |
| 6  |    | oilfield.                                         |
| 7  | Q. | So you worked with him in the early               |
| 8  |    | fifties in the oilfield?                          |
| 9  | A. | Yes. That was about a year, a                     |
| 10 |    | year-and-a-half, maybe.                           |
| 11 | Q. | Was that with Atlantic-Richfield?                 |
| 12 | A. | Yes.                                              |
| 13 | Q. | Okay.                                             |
| 14 | A. | It was not at that time. They merged and          |
| 15 |    | made it Atlantic-Richfield.                       |
| 16 | Q. | Was he a cigarette smoker?                        |
| 17 | A. | No, not a smoker.                                 |
| 18 | Q. | How is his health today?                          |
| 19 | A. | Good.                                             |
| 20 | Q. | Did you ever serve in the military?               |
| 21 | A. | No.                                               |
| 22 | Q. | Why not?                                          |
| 23 | A. | Because I passed the examination for the          |
| 24 |    | Korean War, and I was found                       |
| 25 |    | acceptable for the Armed Forces, but              |

EXHIBIT A

33

```
 1              the President had made a law that if
 2              you had a child or -- I think it was
 3              Kennedy or somebody, that if your
 4              wife got pregnant, they wouldn't take
 5              you.  Okay, my wife got pregnant, and
 6              I didn't have to go.
 7     Q.   Okay.
 8     A.   I did volunteer.
 9     Q.   Okay.  Have you ever been arrested?
10     A.   No.
11     Q.   I understand you smoked cigarettes.
12     A.   Yes.
13     Q.   Starting at what, age 17, is that right?
14     A.   About that, yes.
15     Q.   Are you still smoking today?
16     A.   I smoke about half-a-pack now.
17     Q.   That is about a half-pack a day?
18     A.   Yes.
19     Q.   Have you ever been advised by any doctor
20              to stop smoking?
21     A.   Yes.
22     Q.   What doctors?
23     A.   Oh, my God, I don't know all their names.
24     Q.   Okay.
25     A.   They all advise you not to smoke.
```

EXHIBIT A

34

1   Q.   Several doctors have?

2   A.   Yeah. I been advised by a doctor not to

3        smoke and he is smoking. He got a

4        pipe on his desk too.

5   Q.   Are you saying while the doctor told you

6        not to smoke, he was smoking himself?

7   A.   He didn't have the pipe or the cigar for

8        nothing.

9   Q.   You don't know anything about his medical

10       condition, though, do you?

11  A.   No, I don't.

12  Q.   What brand of cigarettes do you smoke?

13  A.   Winston.

14  Q.   Did you at sometime smoke more than a

15       half-pack of cigarettes a day?

16  A.   Yes.  When I was at Avondale, I smoked

17       more than a pack, sometimes a pack.

18  Q.   Do you recall telling any physicians that

19       you have been examined by that you

20       smoked as much as two packs a day?

21  A.   I might have, I don't know.

22  Q.   Okay.

23  A.   I don't know.

24  Q.   If you told them --

25  A.   I did on the -- maybe I did on a Saturday

EXHIBIT A

35

```
 1              or Sunday, but I would not smoke that
 2              during the week.  I didn't have that
 3              time to smoke.
 4    Q.  You smoked more on weekends than you did
 5              during the week?
 6    A.  You know, you asked me if I smoked -- if I
 7              smoked two packs of cigarettes in one
 8              okay.  Sure, but not all the time.
 9    Q.  Sometimes you smoked two packs, sometimes
10              you smoked less?
11    A.  Yes, --
12    Q.  Did you ever smoke more than two packs of
13              cigarettes a day?
14    A.  No.
15    Q.  Okay.  Were you allowed to smoke on the
16              job when you were working?
17    A.  In some places, yes; not all places, no.
18    Q.  And you did smoke on the jobs, when you
19              were in a certain area that you could
20              smoke?
21    A.  Yes.
22    Q.  Do you remember at some point in time
23              seeing the label on the side of a
24              pack of cigarettes that said the
25              Surgeon General recommended that or
```

EXHIBIT A

36

1          warned that cigarette smoking could

2          be hazardous to your health?

3    A.    Yes.

4    Q.    You remember seeing that?

5    A.    Yes.

6    Q.    Okay.  And notwithstanding that warning,

7          you continued to smoke cigarettes?

8    A.    Yes.

9    Q.    Just to clarify something, you said that

10         more than one doctor has told you to

11         stop smoking.

12   A.    Yes.

13   Q.    You don't remember the names of any of the

14         doctors?

15   A.    No.

16   Q.    Do you drink alcohol?

17   A.    I used to drink, but I haven't -- I never

18         drank since October '87.

19   Q.    You have not drank any alcohol since

20         October of '87?

21   A.    No.

22   Q.    Did a doctor recommend that you stop

23         drinking?

24   A.    Yes.

25   Q.    Which doctor was that?

EXHIBIT A

1   A.   Doctor Albright.

2   Q.   Albright?

3   A.   Yes.

4   Q.   Where is Doctor Albright? Is that Doctor

5        Anthony Albright?

6   A.   Yes.

7   Q.   He is with Ochsner Hospital?

8   A.   Yes.

9   Q.   Had you been seeing Doctor Albright for

10       any alcohol-related problems?

11  A.   I don't see -- I go to the hospital in

12       Houma, South Louisiana Medical

13       Center, and -- okay, and every time

14       you go, you see a different doctor.

15       That is why I can't tell you the name

16       of every doctor I see.  One time you

17       come in, Blah, Blah, Blah, and that's

18       it; they are gone.

19  Q.   You say you have seen many doctors at

20       South Louisiana Medical Center?

21  A.   Yes.

22  Q.   You haven't had a routine of seeing one

23       particular doctor there?

24  A.   No, I haven't.

25  Q.   My question was, though, were you seeing

EXHIBIT A

```
 1                 Doctor Anthony Albright at Ochsner
 2                 regarding an alcohol-related problem?
 3    A.   I never saw Doctor Albright at Ochsner.
 4    Q.   You saw him at South --
 5    A.   Doctor Albright goes to Houma.
 6    Q.   You saw Doctor Albright at South Louisiana
 7                 Medical Center in Houma?
 8    A.   Yes, uh-huh.
 9    Q.   Now, when you were being examined or
10                 treated by Doctor Albright, or any of
11                 the other doctors at South Louisiana
12                 Medical Center, were you seeing them
13                 regarding an alcohol-related problem?
14    A.   Yes.
15    Q.   Prior to October of 1987, you drank an
16                 excessive amount of alcohol?
17    A.   Yes.
18    Q.   How long was it that you have been
19                 drinking alcohol in excess, if you
20                 can tell me that?
21    A.   Oh, I was drinking a good bit for about
22                 four years.
23    Q.   Did you ever attend any AA sessions?
24    A.   No.
25    Q.   Did you have any kind of medical problems
```

EXHIBIT A

39

1           related to your stomach or any other

2           part of your body as a result of

3           drinking too much alcohol?

4    A.   My liver, that's it.

5    Q.   Your liver?

6    A.   That's it.

7    Q.   You had liver problems?

8    A.   Yes.

9    Q.   That is why you were seeing the doctors at

10          South Louisiana Medical Center?

11   A.   Yes.

12   Q.   What timeframe, in that four years, are we

13          talking about?  What years were

14          those, do you think?

15   A.   That was, oh, around about '83, '84,

16          something like that.

17   Q.   '83, '84, to about 1987?

18   A.   Yes.

19   Q.   Did you have your liver removed?

20   A.   No.

21   Q.   What kind of treatment did you have to

22          your liver?

23   A.   Well, I am taking fluid pills, I think,

24          you know.

25   Q.   During that time period of '83 to '87,

EXHIBIT A

40

1          were you admitted to South Louisiana

2          Medical Center for alcohol abuse

3          treatment?

4    A.   (Witness nods head affirmatively).

5    Q.   On how many occasions?

6    A.   One time, yes, you know, in October when I

7          went in there.

8    Q.   Okay.

9    A.   That was it.  I never drank after that.

10   Q.   Were you counseled about drinking and the

11        problems associated with that?

12   A.   No.  They started out -- said it was like

13        killing me and that and I don't

14        believe in all of the other things,

15        like -- say if I want to quit, I'm

16        going to quit.  That's it.  If I

17        don't want to quit, I can go talk to

18        AA and all of that, but I'm not going

19        to.

20   Q.   Did you see any other doctors other than

21        the doctors at South Louisiana

22        Medical Center regarding -- let me

23        finish -- regarding your alcohol

24        abuse?

25   A.   No, not since -- not seen them.

EXHIBIT A

41

```
 1   Q.   Have you seen a psychiatrist or social
 2             worker regarding any alcohol-related
 3             problems?
 4   A.   No.
 5   Q.   Were you working during that period of
 6             time that you had the alcohol
 7             problems from roughly 1983 to
 8             sometime in 1987?
 9   A.   No.
10   Q.   Other than Doctor Albright, can you
11             remember any other names of any other
12             doctors that treated you or examined
13             you or counseled with you regarding
14             the alcohol-related problems?
15   A.   No.
16   Q.   Okay. No?
17   A.   No.
18   Q.   Have you been involved in any other
19             lawsuits, either as a person suing
20             someone or being sued?
21   A.   No.
22   Q.   Did you ever make any worker's
23             compensation claims during your work
24             career?
25   A.   Yes.
```

EXHIBIT A

42

1  Q.  Where would they have been?

2  A.  I made a claim for my back.  I hurt my

3      back a couple of times.

4  Q.  Okay.  Did you make more than one

5      workmen's comp claim for your back?

6  A.  Yes.

7  Q.  Can you tell me if -- tell me the first

8      time.

9  A.  Okay.  One time it was for Tem-Con.

10  Q.  Okay.  What year would that have been?

11  A.  I don't remember that.

12  Q.  Sometime between 1979 and 1983.  Is that

13      right?

14  A.  Yes.

15  Q.  Okay.  How long did you work for Tem-Con,

16      do you remember?

17  A.  I don't remember.  I worked for Tem-Con

18      and Petrin.

19  Q.  What kind of back injury did you have?

20  A.  They said it was pulled muscles, a pulled

21      ligament.

22  Q.  In your lower back or your upper back or

23      middle back?

24  A.  Right here (indicating), lower back.

25  Q.  The lower back?

EXHIBIT A

43

1    A.    Yes.

2    Q.    Just above your beltline?

3    A.    Well, even with the beltline.

4    Q.    About even with your beltline?

5    A.    Yes.

6    Q.    And what doctor did you see regarding

7          that?

8    A.    I saw Doctor Ory.

9    Q.    Ory?

10   A.    Yes.

11   Q.    Is that Doctor Dirk Ory in Thibodaux?

12   A.    (Witness nods head affirmatively) yes.

13   Q.    Did you see any other doctors?

14   A.    Um, no.

15   Q.    How much work did you miss because of your

16         back injury?

17   A.    Well, about three weeks.

18   Q.    Were you hospitalized?

19   A.    Yes.

20   Q.    That was at Thibodaux General?

21   A.    No, I was at Saint James.

22   Q.    Saint James?

23   A.    Yes, uh-huh. That was Saint James

24         Hospital, which they closed it.

25   Q.    It is closed now?

EXHIBIT A

44

```
 1   A.   Yes.
 2   Q.   Where was that hospital located?
 3   A.   In Vacherie.
 4   Q.   Vacherie?
 5   A.   Yes.
 6   Q.   While you were in the hospital, were tests
 7        run on your back?
 8   A.   Yes.
 9   Q.   Do you know what kinds of tests were
10        performed?
11   A.   No.
12   Q.   A CAT-scan or a myelogram, does that sound
13        familiar to you?
14   A.   I don't know -- wasn't no CAT-scan.  The
15        CAT-scan -- they put you in this
16        machine, and they never did that.
17   Q.   Okay.
18   A.   They put me in traction that night, and --
19        and then I came out of the hospital
20        the next day, the following day.
21   Q.   What were you doing at the time that you
22        hurt your back?  In other words, how
23        did it happen?
24   A.   I raised up a box of Kaylo, cal. sil.
25   Q.   You say you picked up a box of Kaylo?
```

EXHIBIT A

45

| | | |
|---|---|---|
| 1 | A. | I picked up a box of Kaylo and I threw it |
| 2 | | on my back. |
| 3 | Q. | Okay.  What happened? |
| 4 | A. | My back just gave out on me. |
| 5 | Q. | You felt pain immediately in your low |
| 6 | | back? |
| 7 | A. | Yes. |
| 8 | Q. | Then you left work and went to see Doctor |
| 9 | | Ory? |
| 10 | A. | Yes. |
| 11 | Q. | Is Doctor Ory the company doctor or your |
| 12 | | family doctor, or how did you come |
| 13 | | about seeing him? |
| 14 | A. | That was my family doctor. |
| 15 | Q. | Your family doctor? |
| 16 | A. | At that time, yes. |
| 17 | Q. | And did Doctor Ory refer you to any other |
| 18 | | doctors? |
| 19 | A. | No. |
| 20 | Q. | You said that was the first time that you |
| 21 | | hurt your back. |
| 22 | A. | (Witness nods head affirmatively). |
| 23 | Q. | Okay.  You missed about three weeks of |
| 24 | | work? |
| 25 | A. | Yes. |

EXHIBIT A

46

1   Q.  And you went back to work at Tem-Con after
2         that?
3   A.  Yes.
4   Q.  Did you hurt your back again another time?
5   A.  Yes.
6   Q.  And where were you working the second time
7         you hurt your back?
8   A.  I was working at a sugar mill, but I -- I
9         don't know the name of the sugar
10        mill.
11  Q.  Was this after you were working for
12        Tem-Con?
13  A.  Yes, I was still working for Tem-Con.  It
14        happened twice.
15  Q.  Let me back up.  The first time that you
16        just told me about you were working
17        for Tem-Con, where were you working?
18        I mean, Tem-Con is a contractor that
19        sent you out to certain jobs.  Is
20        that correct?
21  A.  Yes.
22  Q.  Where were you working at the time that
23        you hurt your back the first time for
24        Tem-Con?
25  A.  I think it was at Chevron in Belle Chasse.

EXHIBIT A

47

```
 1                  But again, I'm saying this, and I am
 2                  not positive of that, now.
 3     Q.   Okay.
 4     A.   Okay.
 5     Q.   That's your best recollection?
 6     A.   Yes.
 7     Q.   The second time you were working for
 8               Tem-Con was where?
 9     A.   Across the River, but it was a sugar mill.
10     Q.   A sugar mill?
11     A.   Sugar House.
12     Q.   When you say across the River --
13     A.   Over here.  You know, you're right.
14     Q.   Where are you when you are saying "across
15               the River"?
16     A.   Well, the east bank.
17     Q.   On the east bank?
18     A.   Yes.
19     Q.   Okay.  And what were you doing at the time
20               that you injured your back on that
21               occasion?
22     A.   At that time I was picking up a load of
23               cal. sil. we had put in plastic bags.
24     Q.   Okay.
25     A.   And I threw it on -- I took and put it on
```

EXHIBIT A

48

```
 1                my back like this, on my shoulder,
 2                and my back gave out on me again.
 3    Q.    Did you see a doctor again?
 4    A.    I don't remember, tell you the truth.  I
 5                just took -- I stayed home, took it
 6                easy for a while, and I went back and
 7                they put me on the -- supposed to be
 8                light duty work, and I worked until I
 9                got better on-the-job.
10    Q.    Until you got what?
11    A.    Until I felt better.
12    Q.    You worked light duty until you felt
13                better and you went back to your
14                regular work?
15    A.    Yes.
16    Q.    How much time passed between the time that
17                you hurt your back the first time and
18                you hurt your back the second time?
19    A.    I don't know.  I couldn't tell you that.
20    Q.    Okay.
21    A.    It wasn't that long, but I don't know -- I
22                can't tell you exactly.
23    Q.    Okay.  Am I correct that you did not file
24                a lawsuit as a result of either of
25                those two instances?
```

EXHIBIT A

49

```
 1   A.   No.
 2   Q.   But you made claims for worker's
 3        compensation?
 4   A.   Yes.
 5   Q.   You were paid Workers' Compensation
 6        benefits?
 7   A.   Yes.
 8   Q.   The second time that you injured your
 9        back, were you hospitalized?
10   A.   No, I wasn't.
11   Q.   And you don't recall seeing any doctor?
12   A.   (Witness shakes head negatively).
13   Q.   No?
14   A.   No.
15   Q.   Did you injure your back again at any time
16        after that?
17   A.   No.
18   Q.   Are those the only two occasions in which
19        you have injured your back?
20   A.   Yes, that I know of, yes.
21   Q.   Okay.  Have you had any other on-the-job
22        injuries?
23   A.   No.
24   Q.   After you left the seventh grade, you
25        started working?
```

EXHIBIT A

50

```
 1  A.   (Witness nods head affirmatively).
 2  Q.   Did you start working right after you left
 3       the seventh grade?
 4  A.   Well, no.  I was helping my stepfather in
 5       the -- he was trapping.
 6  Q.   Okay.  You weren't working as a trapper,
 7       but that is what you were doing for
 8       --
 9  A.   That is what I was helping my stepfather
10       do, yes.
11  Q.   How long did you do that, helping your
12       stepfather trapping?
13  A.   Well, until I was about, oh, fifteen or
14       sixteen years old.
15  Q.   What did you do when you helped him trap?
16  A.   What I did --
17  Q.   What did you do?  Tell me.
18  A.   Well, we went in the swamps, set out
19       traps, and we went and run them back
20       and we skin whatever furs we catch
21       and sell them.
22  Q.   Okay.  Obviously that type of activity did
23       not involve any kind of insulation or
24       exposure to any kind of dust of any
25       nature?
```

EXHIBIT A

51

```
 1   A.   No.
 2   Q.   And then what did you do after that?
 3   A.   I -- I went to work for a lumber company.
 4   Q.   You worked for a lumber company?
 5   A.   Yes.
 6   Q.   How long did you do that?
 7   A.   About four or five years.
 8   Q.   So that would have put us to about age 20
 9            or 21?
10   A.   Yes.
11   Q.   1954 or 1955?
12   A.   Yes.
13   Q.   What was the name of the lumber company,
14            do you remember?
15   A.   Yes, May Brothers.
16   Q.   Okay.  Where is that; in Vacherie?
17   A.   No, that was in Franklin.
18   Q.   Franklin?
19   A.   The company came out of Franklin, but we
20            did the work in Kraemer.
21   Q.   What type of work did you do for the
22            lumber company?
23   A.   Well, I pulled out -- lumber out -- logs
24            out the swamp, and I pulled barges
25            out of the canals coming to the lake.
```

EXHIBIT A

52

1    Q.    Barges?

2    A.    Barges, yes.

3    Q.    Okay.

4    A.    I am saying "barges," but I just could

5          pull one barge at a time.

6    Q.    I am not sure that I am understanding what

7          you are saying.  I want to make sure

8          --

9    A.    They load up the barge full of logs, and I

10         would hook it up with a boat, pull it

11         to the lake, and -- well, I said

12         "barges," but -- but some days I

13         pulled two, maybe, and the other days

14         I pull one, depending upon how the

15         water was.

16   Q.    Did any of the work for the lumber company

17         involve handling insulation materials

18         of any kind?

19   A.    No.

20   Q.    What did you do after May Brothers?

21   A.    After May Brothers, I -- I fished for

22         awhile.

23   Q.    You were a commercial fisherman?

24   A.    Yes.

25   Q.    You worked for yourself or did you work

EXHIBIT A

1         for a company?

2  A.   No, for myself.

3  Q.   Okay. How long did you do that?

4  A.   I did it for quite a while, but I don't

5         remember. Okay. Can I explain

6         something to you? I had ulcers, you

7         know, in my stomach, stomach ulcers,

8         and I could not do anything but that.

9         And I had seven kids to feed, I had

10        to do something. I could not -- I

11        could not stay on the job. There is

12        no way in the world I could do that

13        -- I worked what I could and I would

14        stop and rest.

15  MR. BRUNO:

16         Let's take a little break.

17        (Brief recess taken)

18  EXAMINATION BY MR. STAINES:

19  Q.   Okay. Mr. Kramer, just before we took our

20        little break, I was asking you about

21        your various jobs and we had started

22        out talking about your working as a

23        trapper, and then in the lumber

24        company, and we were just talking

25        about being a commercial fisherman

EXHIBIT A

54

```
 1              when you interrupted me and told me
 2              that -- you started to explain about
 3              your ulcers.  We're going to talk
 4              about that in a moment, but let me
 5              back up before we start on that and
 6              ask you when you -- when you were
 7              doing trapping, helping your stepdad
 8              and then when you worked for the
 9              lumber company, I asked you whether
10              you would have worked around
11              insulating materials or had any
12              exposure to insulation and you said
13              no.  Is that correct?
14    A.   Yes.
15    Q.   Okay.  Likewise, you would not have been
16              working around sandblasting or any
17              kind of sand products?  Is that
18              correct?
19    A.   Yes.
20    Q.   And you wouldn't have done any work with
21              boilers on either of those, when you
22              were doing trapping or working with
23              the lumber company.  Is that correct?
24    A.   No.
25    Q.   When you -- Mr. Kramer, when you worked as
```

EXHIBIT A

55

1              a commercial fisherman, you said that

2              you had to do that because you

3              couldn't do any other kind of work

4              due to your stomach ulcers.  Did I

5              understand you correctly?

6    A.   Yes.

7    Q.   When did you first have ulcer problems?

8    A.   This was in the sixties, but I don't

9              remember exactly -- '60 to '68.

10   Q.   Let me interrupt you for a second.  You

11             did trapping with your -- helped trap

12             with your stepdad at about age

13             fifteen or sixteen and then you

14             worked for the lumber company around

15             age 20 to 21, which would be around

16             1954 to 1955.  You said you did that

17             for four or five years.  So would not

18             your ulcer problems have preceded

19             1960, been before 1960?

20   A.   You see, what I am telling you about, on

21             all these things I am not positive on

22             the dates.

23   Q.   Okay.

24   A.   You understand that?

25   Q.   Okay.

EXHIBIT A

1   A.   Okay, I -- I went to work for Avondale in

2         1969, and I -- and I was operated in

3         '68 for my ulcers.

4   Q.   Okay. And --

5   A.   In either '61 or '62 my stomach ruptured

6         on me, and again --

7   Q.   I am not holding you to the dates, but

8         around that time is your best

9         estimation?

10   A.   Yes, around that time, yes.

11   Q.   Did your stomach rupture before you went

12         to work as a commercial fisherman or

13         after?

14   A.   After.

15   Q.   After?

16   A.   Yes.

17   Q.   But you were having stomach problems even

18         before your stomach ruptured, or you

19         had already had the ulcers develop,

20         because that is why you went to do

21         commercial fishing. Is that correct?

22   A.   Yes, that's right.

23   Q.   Were you seeing a doctor regarding your

24         stomach ulcers?

25   A.   I was seeing Doctor Vines.

EXHIBIT A

57

1   Q.   Do you know how to spell that?

2   A.   V-i-n-e-s.

3   Q.   Vines?

4   A.   Yes.

5   Q.   Okay.  Where is Doctor Vines located?

6   A.   He is in Saint Philip Clinic in Vacherie.

7   Q.   Saint Philip Clinic in Vacherie?

8   A.   Yes.

9   Q.   Is he still there?

10  A.   No.

11  Q.   Is he still with us or has he passed away?

12  A.   Well, he is still living, but I don't know

13       where he's at.  It is Waguespack that

14       took his place.

15  Q.   Okay.  Has Doctor Vines left Vacherie?

16  A.   Yes.

17  Q.   Did Doctor Vines perform the operation in

18       1968?

19  A.   No.

20  Q.   Who did that?

21  A.   Done at Charity Hospital in New Orleans.

22  Q.   Okay.

23  A.   The first one -- excuse me, now.  The

24       first operation -- I was operated

25       twice.  When it ruptured on me, it

EXHIBIT A

58

```
 1                    was Doctor Colicus (sic).
 2    Q.   "Colicus," is that how it is pronounced?
 3    A.   Yes.
 4    Q.   Where is he located?
 5    A.   St. Joseph's Hospital in Thibodaux.
 6    Q.   St. Joseph's Hospital in Thibodaux?
 7    A.   Yes.
 8    Q.   Is he still on Audubon Street in
 9              Thibodaux?  Do you know?
10    A.   I don't know that.
11    Q.   Okay.  When did that first operation take
12              place? Was that the one you told me
13              about in '68 or was that before that?
14    A.   No, there was one in '68, where they
15              removed my stomach.
16    Q.   Okay.
17    A.   That was about -- that was about
18              sixty-five or seventy percent of my
19              stomach.
20    Q.   Was 1968 the first operation or the second
21              operation?
22    A.   The second.
23    Q.   The second?
24    A.   Yes.
25    Q.   When was the first?
```

EXHIBIT A

59

| | | |
|---|---|---|
| 1 | A. | Well, around '62. |
| 2 | Q. | Okay. The first operation was around |
| 3 | | 1962? |
| 4 | A. | Yes. |
| 5 | Q. | That was at St. Joseph's Hospital by |
| 6 | | Doctor Colicas? |
| 7 | A. | Yes. |
| 8 | Q. | That is who you were being treated by for |
| 9 | | your ulcers at that time? |
| 10 | A. | Yes. |
| 11 | Q. | You had a peptic ulcer, is that correct? |
| 12 | A. | Yes. |
| 13 | Q. | The ulcer was in your stomach? |
| 14 | A. | Yes. |
| 15 | Q. | Was it a bleeding ulcer? |
| 16 | A. | No. |
| 17 | Q. | Do you know what -- did any doctor relate |
| 18 | | to you what caused the ulcer to |
| 19 | | develop? |
| 20 | A. | No. |
| 21 | Q. | Then in 1968 you had a rupture and you had |
| 22 | | a second operation. Is that correct? |
| 23 | A. | I didn't have a rupture in 1968. It got |
| 24 | | so bad that my stomach -- |
| 25 | Q. | I am sorry. Was it that your stomach |

EXHIBIT A

60

1              ruptured back in '61 or '62, and that

2              is when you had the first operation?

3    A.   Right.

4    Q.   Then in '68 did the ulcers --

5    A.   They got worse.

6    Q.   -- get worse?

7    A.   Yes.

8    Q.   And at that time, in '68, a portion of

9              your stomach was removed.  Is that

10             correct?

11   A.   Yes.

12   Q.   Is it sixty percent of your stomach?

13   A.   Well, around sixty, seventy percent.  You

14             wouldn't have -- that's all they told

15             me.

16   Q.   That was Doctor Vines?

17   A.   No.

18   Q.   No?

19   A.   That was down at Charity Hospital here in

20             New Orleans.

21   Q.   Okay.  Do you know the doctor that

22             performed the operation?

23   A.   No, I don't remember.

24   Q.   Were you still seeing Doctor Vines,

25             though, at that time?

EXHIBIT A

1   A.  Yes.

2   Q.  And he sent you to Charity in New Orleans?

3   A.  Yes.

4   Q.  How long did you work doing commercial

5       fishing?

6   A.  I don't know.  I can't tell you that.  I

7       know on and off, you know, but I did

8       not always do commercial fishing.

9       Sometimes I could not work at all,

10      maybe for a month.

11  Q.  Okay.  While you were working as a

12      commercial fisherman, as I understand

13      it, you were having problems with

14      your stomach, right?

15  A.  Yes.

16  Q.  Were you seeing a doctor at that time?

17  A.  I was seeing Doctor Vines.

18  Q.  Okay.  Did he have you on medication?

19  A.  Yes.

20  Q.  What kind of medication?

21  A.  Oh, I had taken Maalox, the pills -- I

22      don't know, a pill, a small pill, and

23      I don't know what it was.  It was a

24      pill, that's all I know.

25  Q.  Okay.  Up until that point in time, when

EXHIBIT A

62

1          you developed your stomach problems,

2          had you been injured in any manner or

3          had any illness of any nature prior

4          to that time?

5   A.   No.

6   Q.   Had you been hospitalized for any -- in

7          any manner for anything prior to that

8          time?

9   A.   No.

10  Q.   Did you have a family doctor in Vacherie

11         or Kraemer?

12  A.   Yes, Doctor Vines.

13  Q.   He was your family doctor, Doctor Vines?

14  A.   Yes.

15  Q.   Then what did you do after you did

16         commercial fishing?

17  A.   Well, after that, I went to work for

18         Avondale.

19  MR. LeBLANC:

20              For what?

21  THE WITNESS:

22              Avondale.

23  EXAMINATION BY MR. STAINES:

24  Q.   Before we get to Avondale, let me see if I

25         can clarify a few things: did you

EXHIBIT A

63

1            work as a seismograph crewman at any
2            time, do you remember that?
3    A.   Yes, that was in the 1950s.
4    Q.   Okay.  And what company were you working
5            for?
6    A.   I worked for Marine Exploration.
7    Q.   How long did you do that work?
8    A.   I don't remember how long.
9    Q.   Was that before you went to work for the
10           lumber company or after?
11   A.   After.
12   Q.   Was that before you did commercial fishing
13           or after?
14   A.   That was before.
15   Q.   What did you do when you worked for Marine
16           Exploration?
17   A.   Well, I laid out jugs, seismograph jugs,
18           and I shot dynamite sometimes.
19   Q.   You were a crewmember on the seismograph
20           boats?
21   A.   Right.
22   Q.   The seismograph vessels?
23   A.   Right.  It wouldn't always be in the
24           water, now.  Sometimes it was in the
25           swamp and marshes, most of the time

EXHIBIT A

64

1           for me.

2    Q.    Were you working on marsh buggies then?

3    A.    No, at sometimes, you know, but not when I

4           first started.  They didn't have

5           that.  So you walked.

6    Q.    During the time period that you worked as

7           a seismograph crewman for Marine

8           Exploration, did you have occasion to

9           work with or near any type of

10          insulating materials or sandblasting

11          materials or boilers?

12   A.    No.

13   Q.    Did you sustain any injuries of any nature

14          while working for Marine Exploration?

15   A.    No.

16   Q.    Were you having stomach problems then?

17   A.    No.

18   Q.    Did you work doing road construction at

19          some period of time before you went

20          to work for Avondale?

21   A.    No.

22   Q.    Did you work at a meat market before going

23          to work for Avondale?

24   A.    No.

25   Q.    And from roughly 1960 to 1968, am I

EXHIBIT A

65

1           correct you would have been out of
2           work due to your stomach problems?
3    A.   Yes.
4    Q.   And you did a little fishing here and
5           there.  Would that be right?
6    A.   Yes.
7    Q.   Okay.  During that period of time, were
8           you receiving any kind of benefits of
9           any nature?
10   A.   Well, I got Welfare for awhile.
11   Q.   Did you make any type of claim against any
12          company regarding your stomach
13          problems?
14   A.   No.
15   Q.   Was your wife working during that period
16          of time?
17   A.   No.
18   Q.   Was the removal of that portion of your
19          stomach related directly to ulcers or
20          was there some other disease
21          involved?
22   A.   Well, related to ulcers.
23   Q.   During this period of time, you say you
24          were on Maalox and some pills, but
25          you can't remember the name of the

EXHIBIT A

66

```
 1              pills?
 2   A.    Yes.
 3   Q.    Did you have any other medical
 4              complications up until 1968, other
 5              than your ulcers and stomach
 6              problems?
 7   A.    No.
 8   Q.    Did you receive a release from a physician
 9              to return to work after 1968?
10   A.    Yes.
11   Q.    What physician released you to return to
12              work?
13   A.    Doctor Vines.
14   Q.    Doctor Vines?
15   A.    Yes.
16   Q.    That's when you went to work for Avondale?
17   A.    Uh-huh.
18   Q.    What type of work did Doctor Vines say you
19              could do?
20   A.    Well, I assumed I could work, and I went
21              for what I could get.
22   Q.    Okay.
23   A.    I could work, and I went for what I could
24              get, and if it was -- like right now,
25              you could not choose your job, you
```

EXHIBIT A

1                        had to work and that's it.

2   Q.    What kind of work did you start out doing

3         when you went to work for Avondale in

4         1969?

5   A.    Insulation.

6   Q.    Did you continue to see Doctor Vines even

7         while you were working at Avondale

8         after 1969?

9   A.    Not for ulcers, no.  I saw him for other

10        things.

11  Q.    You saw him for other things?

12  A.    But I felt good after the operation.

13  Q.    Any time after you started working at

14        Avondale, and you went back to see

15        Doctor Vines, did you explain to him

16        what kind of work you were doing at

17        Avondale?

18  A.    Yes.

19  Q.    And was there any discussion that you

20        shouldn't do that type of work?

21  A.    No.

22  Q.    Okay.  What other types of ailments or

23        problems did you see Doctor Vines

24        about after 1969?

25  A.    Oh, I might have seen him for the flu or

EXHIBIT A

68

1               for headaches or something like that,

2               but never for nothing else.

3    Q.   Well, tell me, with regard to your stomach

4               problems, what kind of symptoms, what

5               kind of problems did you have because

6               of the ulcer?

7    A.   Well, I was weak, first of all, and --

8    Q.   Okay.

9    A.   I could not -- whatever I would eat, I

10              would throw back up, and then -- when

11              my stomach -- I had the second

12              operation, I could not even drink

13              milk or hold down water.

14   Q.   Did you have any kind of chest pains

15              associated with your stomach

16              problems?

17   A.   I had a -- I don't know what you want to

18              call that right here (indicating).

19   Q.   You're pointing to about the middle of

20              your stomach, right below your rib

21              frame?

22   A.   (Indicating) yes, right here (indicating).

23   Q.   No pains higher than that?

24   A.   No.

25   Q.   Did you, because of your ulcers or stomach

EXHIBIT A

69

```
 1              problems, have any problems with
 2              exercise where you would have trouble
 3              breathing, get tired quickly or
 4              anything like that?
 5   A.    Yes, you get tired; you get tired right
 6              away.
 7   Q.    Because of your ulcers and stomach
 8              problems, did Doctor Vines or any
 9              other physician place you on a
10              certain diet, that is, restrict you
11              from eating and drinking certain
12              types of foods or drinks?
13   A.    Yes.  I stayed on a diet for, oh, about
14              seven or eight years.
15   Q.    Okay.
16   A.    From the first time I was operated, until
17              this -- until the second time.
18   Q.    Did the diet continue even after that
19              seven or eight years?
20   A.    For a while, yes.
21   Q.    Okay.  It is not a permanent-type diet to
22              restrict you from eating or drinking
23              certain foods?
24   A.    No, not any more.
25   Q.    You are not on a diet now because of your
```

EXHIBIT A

70

| | | |
|---|---|---|
| 1 | | stomach problems? |
| 2 | A. | I am on a diet, yes, but it is -- it is |
| 3 | | not for ulcers.  It is for my liver. |
| 4 | Q. | Your liver? |
| 5 | A. | Yes. |
| 6 | Q. | When you went to work for Avondale in |
| 7 | | 1969, first of all, tell me how you |
| 8 | | came about to get the job at |
| 9 | | Avondale. |
| 10 | A. | I got it through one of my buddies. |
| 11 | Q. | Do you remember his name? |
| 12 | A. | Joe Granier. |
| 13 | Q. | G-r -- |
| 14 | A. | G-r-a-n-i-e-r. |
| 15 | Q. | What did Joe Granier do at Avondale? |
| 16 | A. | Insulate. |
| 17 | Q. | Insulate? |
| 18 | A. | Yes. |
| 19 | Q. | When you went to work at Avondale in 1969, |
| 20 | | did you -- were you required to |
| 21 | | undergo a physical examination? |
| 22 | A. | Yes. |
| 23 | Q. | Okay.  You underwent the examination? |
| 24 | A. | Yes. |
| 25 | Q. | Do you remember the doctor that performed |

EXHIBIT A

71

| | | |
|---|---|---|
| 1 | | the examination? |
| 2 | A. | No. |
| 3 | Q. | Do you remember where it was done? |
| 4 | A. | It was done at Avondale. |
| 5 | Q. | At Avondale? |
| 6 | A. | Yes, uh-huh. |
| 7 | Q. | To your knowledge, that was the Avondale |
| 8 | | company doctor? |
| 9 | A. | Yes. |
| 10 | Q. | Was a chest x-ray taken at that time, do |
| 11 | | you know? |
| 12 | A. | Well, no, uh-uh.  I don't believe. |
| 13 | Q. | Do you recall the results of the physical |
| 14 | | examination? |
| 15 | A. | No, they just put me to work, said I was |
| 16 | | okay to go to work. |
| 17 | Q. | Did you tell that doctor that you had |
| 18 | | previous ulcer problems and stomach |
| 19 | | problems and part of your stomach |
| 20 | | removed? |
| 21 | A. | (Witness nods head affirmatively) yes. |
| 22 | | Well, I told him, but he -- I didn't |
| 23 | | really have to tell him.  He could |
| 24 | | see it, you know, because I have two |
| 25 | | cuts right here (indicating). |

EXHIBIT A

72

1  Q.  You are talking about the scars?

2  A.  Yes.

3  Q.  Do you recall discussing your stomach

4       problems with the doctor when you

5       went to work at Avondale or not?

6  A.  Well, I -- I probably told him about it,

7       but -- but if the doctor had given me

8       the okay to go back to work, you

9       know, I was okay -- you know, the

10      ulcers didn't have nothing to do with

11      it any more.

12 Q.  What type of duties did you perform as an

13      insulator at Avondale?

14 A.  I insulated pipes.  I tore down material.

15      We repaired, we repaired and renewed

16      the work.

17 Q.  You worked at Avondale from 1969 to 1979.

18      Is that right?

19 A.  '78 or '79, yes.

20 Q.  Nine or ten years?

21 A.  Something like that, yes.

22 Q.  And you were an insulator that entire

23      period of time?

24 A.  Yes.

25 Q.  You did not start out as helper?

EXHIBIT A

73

1    A.   Yes.

2    Q.   You did start out as a helper?

3    A.   Yes.

4    Q.   You were an insulator helper first?

5    A.   Yes.

6    Q.   And how long were you an insulator helper?

7    A.   Oh, about a year and a half.

8    Q.   Were the duties different between an
9          insulator's helper and insulator?

10   A.   No.

11   Q.   You did the exact same thing?

12   A.   Well, you do the same thing or you are
13         with the guy there.

14   Q.   Would I --

15   A.   You are learning, you know, whatever.

16   Q.   Would I be correct as an insulator helper,
17         you would follow the instructions of
18         the insulator, but then as an
19         insulator, you would be more involved
20         in the actual working with the
21         insulation materials and would
22         instruct the helper then on what to
23         do?  Did you follow me or should I
24         repeat it?

25   A.   No, ask me that again.

74

1    Q.    You said that as an insulator and as an
2            insulator helper, you did the same
3            thing.
4    A.    Okay.
5    Q.    As insulator helper, you were around the
6            insulators, correct?
7    A.    Yes.
8    Q.    Did you do more hands-on work with the
9            insulation materials as an insulator
10           than as an insulator helper?
11    A.    I don't think.
12    Q.    No?
13    A.    I really don't think.
14    Q.    Okay.  You mentioned you applied
15           insulation materials and you ripped
16           out insulation materials.
17    A.    Yes.
18    Q.    Is that what you would do the entire
19           period of a day's work? How long were
20           your days, eight-hour days?
21    A.    Yes.
22    Q.    Would you do that type of activity eight
23           hours a day, or would you do other
24           activities as well?
25    A.    Well, that was it.

EXHIBIT A

75

|    |    |                                              |
|----|----|----------------------------------------------|
| 1  | Q. | That was it?                                 |
| 2  | A. | Yes.                                         |
| 3  | Q. | Okay.  Was there one particular location     |
| 4  |    | at Avondale that you worked in while         |
| 5  |    | you were there for those ten years?          |
| 6  | A. | No.                                          |
| 7  | Q. | You worked on different locations?           |
| 8  | A. | Yes.  I was working in ships, you know,      |
| 9  |    | different ships, and on different            |
| 10 |    | docks, but I stayed mostly on Wet            |
| 11 |    | Dock 1.                                      |
| 12 | Q. | Wet Dock 1?                                  |
| 13 | A. | Yes.                                         |
| 14 | Q. | What I would like to try to find out from    |
| 15 |    | you is this: what other areas other          |
| 16 |    | than Wet Dock 1 you might have worked        |
| 17 |    | on while you were at Avondale?               |
| 18 | A. | Well, Wet Dock 2 and -- Wet Dock 2 and Wet   |
| 19 |    | Dock 3.                                      |
| 20 | Q. | Did you work at any other areas other than   |
| 21 |    | Wet Dock 1, Wet Dock 2 and Wet Dock          |
| 22 |    | 3?                                           |
| 23 | A. | No.                                          |
| 24 | Q. | And these wet docks -- I am not familiar     |
| 25 |    | with the Avondale Yard, but these --         |

EXHIBIT A

1          when you worked on ships, are those
2          Dry Docks?
3    A.   No, uh-uh.
4    Q.   No?
5    A.   Uh-uh.
6    Q.   Well, would the ships be on water or would
7          they be on land when you --
8    A.   On water.
9    Q.   Water?
10   A.   No, you're right. You know, you have some
11         on the Dry Dock, and they have to be
12         on shore before they push them in.
13   Q.   So when you worked on them, they were --
14         they were on the water?
15   A.   Yes.
16   Q.   And you got on the ships themselves?
17   A.   Yes.
18   Q.   Okay. You didn't do any work on ships
19         that were on land?
20   A.   No.
21   MS. MacDONELL:
22          The distinction between a ship
23          under construction on land and one
24          that was fully built on land, maybe
25          you can get that clarification.

EXHIBIT A

77

```
 1        MR. STAINES:

 2             Okay.

 3   EXAMINATION BY MR. STAINES:

 4   Q.   You were doing both repairs and new

 5             construction at Wet Dock 1, Wet Dock

 6             2 and Wet Dock 3.  Is that correct?

 7   A.   Yes.

 8   Q.   On construction jobs, did you do repairs

 9             or new construction, one as opposed

10             to the other?  Can you tell me who

11             did that work, in your experience?

12   A.   Well, I did more new stuff, you know.

13   Q.   More new construction jobs?

14   A.   Yes.

15   Q.   Building the vessels?

16   A.   Yes.

17   Q.   Okay.  Were you working just seagoing

18             ships or like oilfield supply boats

19             or crewboats, or were you restricted

20             in that?  What I'm asking, did you

21             work on various types of vessels?

22   A.   Various types of vessels.

23   Q.   When you got to doing your work on one of

24             the wet docks, either 1, 2 or 3, on

25             the new construction jobs, the vessel
```

EXHIBIT A

1          was still under construction, that
2          is, it was still undergoing work in
3          putting the vessel together, is that
4          right?
5    A.   Yes.
6    Q.   On some of the vessels that came in for
7          repair work, did they involve some
8          conversion of the vessel from the
9          type of vessel it had been to another
10         type of vessel?
11   A.   Yes.
12   Q.   Okay.  When you were working, doing the
13         work of an insulator or an
14         insulator's helper, were there other
15         crafts around you doing work as well?
16   A.   They had some welders.
17   Q.   Okay.
18   A.   They had welders and pipefitters.
19   Q.   Did they have any sandblasters around you?
20   A.   No.
21   Q.   Okay.  During your work at Avondale, did
22         you do any sandblasting yourself?
23   A.   No.
24   Q.   Did any sandblasters do any work around
25         you at all?

EXHIBIT A

79

1    A.   No.

2    Q.   During your work at Avondale, did you feel

3         that there was any sandblasting dust

4         in your vicinity?

5    A.   No.

6    Q.   Okay.  During your work at Avondale, did

7         you work on boilers?

8    A.   No.

9    Q.   What type of insulation work were you

10        doing, that is, what were you

11        insulating and what -- let's leave it

12        at that, what were you insulating?

13   A.   Pipes, mostly pipes.

14   Q.   Were those pipes located in any particular

15        area of the vessel?

16   A.   The engine room.

17   Q.   Okay.

18   A.   And mostly that is where we worked, in the

19        engine room.

20   Q.   Was some of the insulation done on the

21        deck of the vessels, that is, it

22        would have been outside or was it all

23        done inside?

24   A.   Some of it was done on the outside, but

25        very little of it except the LNGs,

EXHIBIT A

80

1           that I know of.

2    Q.    The what?

3    A.    LNGs had some insulation outside, on the

4          deck.

5    Q.    What is an LNG?

6    A.    Well, that was -- that is a big ship that

7          used to bring liquified nitrogen gas.

8    Q.    Did you have occasion to do any cutting or

9          sawing of insulation materials on the

10         outside of the deck or in the yard?

11   A.    I did that under the wharf.

12   Q.    Under the wharf?

13   A.    Yes.

14   Q.    Okay.

15   A.    Insulated the pipe, and they had a

16         steampipe going underneath the

17         wharf, and we had to insulate that.

18   Q.    That would have been on Avondale's

19         property?

20   A.    Yes.

21   Q.    They had you do this separate and apart

22         from working on the boats?

23   A.    Yes.

24   Q.    Was that a regular occurrence or that was

25         just a one-time thing?

EXHIBIT A

81

```
 1   A.   No, one time.
 2   Q.   Other than that, that one time when you
 3             did that, you didn't, as a part of
 4             your insulation activities, cut pipe
 5             -- I mean cut the insulation
 6             materials to be placed around the
 7             pipes, you were just placing it on
 8             the pipe and removing it from the
 9             pipes, is that right?
10   A.   Well, now, you -- you are asking me if I
11             cut it?
12   Q.   Before you placed the material on the
13             pipe, did you have to cut it?
14   A.   Oh, yeah; yes, okay.
15   Q.   What type of materials did you --
16             insulating materials -- are you
17             familiar with using at Avondale?
18   A.   Oh, we had Kaylo, cal. sil..
19   Q.   Any another types of materials that you
20             can remember?
21   A.   Well, yes, they had that cement.
22   Q.   Okay.  Cement?
23   A.   Yes, mud, the cement.
24   Q.   "Cement" and "mud," they mean the same
25             thing to you?
```

EXHIBIT A

82

1   A.   Yes.

2   Q.   Was it Blue Mud?

3   A.   It was bluish-grey.

4   Q.   Bluish-grey?

5   A.   Yes.

6   Q.   Was it called Blue Mud?

7   A.   No, cement, insulation cement.  I don't

8        know what it --

9   Q.   Okay.  You told me Kaylo, cal. sil. and

10       cement or mud.  Do you remember any

11       other types of materials, insulating

12       materials you would have used?

13  A.   Well, we used --

14  Q.   Let me run through a list

15       with you and see if any of these

16       materials sound familiar to you.  How

17       about blankets?

18  A.   Yes.

19  Q.   You used insulation blankets?

20  A.   Yes.

21  Q.   How about block?

22  A.   (Witness nods head affirmatively) block,

23       yes.

24  Q.   How about -- you told me cement.  How

25       about cloth?

EXHIBIT A

83

```
 1    A.   Well, cloth?

 2    Q.   Have you used any insulation cloth?

 3    A.   Yes.

 4    Q.   Cork?

 5    A.   Huh?

 6    Q.   Did you use any insulation cork?

 7    A.   No.

 8    Q.   Any insulation filters?

 9    A.   No.

10    Q.   Insulation gaskets?

11    A.   No.

12    Q.   Any insulation -- any insulation called a

13            mastic?

14    A.   Mastic, --

15    Q.   Do you know what "mastic" is?

16    A.   Mastic, that was a glue?

17    Q.   Well, I am asking you, if you know.

18    A.   No.

19    Q.   You don't think you used a mastic?

20    A.   No.

21    Q.   What about paper?

22    A.   Paper, no.

23    Q.   Pipe covering?

24    A.   Pipe covering?

25    Q.   Yes.
```

EXHIBIT A

```
 1    A.   (Witness nods head affirmatively) yes.

 2    Q.   Rope?

 3    A.   No.

 4    Q.   Did you spray any kind of insulation

 5         materials?

 6    A.   No.

 7    Q.   Did you use any kind of insulation tape?

 8    A.   Tape, yes.

 9    Q.   Is that yes?

10    A.   Yes.

11    Q.   What about wicking?  What about wicking,

12         w-i-c-k-i-n-g?

13    A.   No.

14    Q.   Any insulation wicking?

15    A.   No, I don't know that.

16    Q.   Do you remember the brand names or

17         companies that might have made any

18         type of insulation blankets?  Again,

19         let me -- let me preface the

20         questions by talking about while you

21         were working at Avondale, okay?  All

22         of the questions concern your work at

23         Avondale.

24    A.   Okay.  I don't know -- the blankets were

25         made by us, by the working men.  It
```

EXHIBIT A

| | | |
|---|---|---|
| 1 | | was the men at Avondale, they were |
| 2 | | not bought. |
| 3 | Q. | What did you make them out of? |
| 4 | A. | Well, they -- they had all types of |
| 5 | | different material they put in. |
| 6 | Q. | What types of materials did you put in? |
| 7 | A. | Okay.  They had some you made with |
| 8 | | amocite. |
| 9 | Q. | What is amocite? |
| 10 | A. | That is a -- that is like braided |
| 11 | | together, you know, like angel hair |
| 12 | | or something like that, angel hair. |
| 13 | | That was braided too, you know, but |
| 14 | | what it is, I don't know.  I don't |
| 15 | | know; they call it amocite, and I put |
| 16 | | it on, you know. |
| 17 | Q. | What else formed the blanket, amocite and |
| 18 | | what else? |
| 19 | A. | And cloth. |
| 20 | Q. | And cloth? |
| 21 | A. | Yes. |
| 22 | Q. | Do you know the brand name or the company |
| 23 | | that would have made the cloth? |
| 24 | A. | No. |
| 25 | Q. | Do you know the brand names of the company |

EXHIBIT A

86

1          or companies that would have made any
2          blocks that you might have used?
3   A.   I know some of the companies that made the
4          blocks and the cal. sil., you know,
5          but I don't know which one was which.
6          You had Pabco, Owens-Corning and
7          Johns-Manville.
8   Q.   Did you say those are the companies that
9          you are familiar with that made
10         block?
11  A.   Yes.
12  Q.   Did you say "and pipe covering" or just
13         block?
14  A.   Well, blocks and pipe covering.
15  Q.   Okay.
16  A.   You know, you're talking about pipe
17         covering, but you can cover a pipe
18         with the blocks.
19  Q.   I understand that.
20  A.   Okay.
21  Q.   So we are talking about block and pipe
22         covering.
23  A.   Okay.
24  Q.   These three companies are the companies
25         that you are familiar with that make

EXHIBIT A

87

| | | |
|---|---|---|
| 1 | | blocks and pipe covering.  Is that |
| 2 | | right? |
| 3 | A. | Yes. |
| 4 | Q. | Okay.  Do you know that Pabco, |
| 5 | | Owens-Corning and Johns-Manville made |
| 6 | | the block that you might have used at |
| 7 | | Avondale? |
| 8 | A. | No, I don't know that.  I never knew. |
| 9 | Q. | How are you familiar with these three |
| 10 | | names? |
| 11 | A. | Well, I got -- the material was in a box. |
| 12 | Q. | Okay.  So you learned of these names from |
| 13 | | the boxes? |
| 14 | A. | Yes.  They was on the box and they had the |
| 15 | | names written: Owens-Corning or Pabco |
| 16 | | or Johns-Manville. |
| 17 | Q. | Okay, and where did you see the boxes? |
| 18 | A. | In the shop. |
| 19 | Q. | Okay. |
| 20 | A. | On the boat, wherever they bring it. |
| 21 | Q. | Was there a shop near the wet docks that |
| 22 | | stored the material, the insulation |
| 23 | | materials that you-all used? |
| 24 | A. | Yes. |
| 25 | Q. | How far from the wet dock is that shop? |

EXHIBIT A

88

1    A.    Well, that was not that far.  I don't know
2          how it is now.
3    Q.    Well, talking about when you were there,
4          how far away was it?
5    A.    Well, it was about, oh, about two hundred
6          or three hundred feet from the --
7          from the River.
8    Q.    Okay.  Was there somebody that attended to
9          that shop, or that was -- that was in
10         control of that shop, to where if you
11         needed something, you would call that
12         person or go to that person?
13   A.    No, you just come in, pick-up your
14         material, and you bring it on the
15         boat.
16   Q.    If you needed a certain block, you would
17         just go to that shop, get it and go
18         out?
19   A.    Yes.
20   Q.    You would not have to fill out any kind of
21         requisition or invoice, no paperwork?
22   A.    No.
23   Q.    There was nobody looking over the shop so
24         that you would tell them "I am taking
25         something out," is that right?

EXHIBIT A

89

```
 1   A.   No.
 2   Q.   Okay.
 3   A.   You would go in there and pick up your
 4            material and leave with it, you go on
 5            the boat with it.
 6   Q.   Okay.
 7   A.   They had people working in the shop, but
 8            they wouldn't -- they knew where you
 9            were at, they knew what you needed.
10   Q.   What were the people doing that were
11            working in the shop?
12   A.   Well, they was making blankets.
13   Q.   Okay.  Did you work in the shop?
14   A.   Well, just a couple of times.
15   Q.   About how many times, how many days are we
16            talking about?
17   A.   I didn't work no more than about a week.
18   Q.   One week in ten years you worked in the
19            shop?
20   A.   Well, I really don't --
21   Q.   What did you do in the shop, you made
22            blankets?
23   A.   Yes.
24   Q.   Was that common for the insulators to go
25            into the shop and just take what
```

EXHIBIT A

90

1             materials they needed and go on the
2             vessel and do their work?
3    A.   Yes.
4    Q.   The cement or mud that you remember at
5             Avondale, do you remember the brand
6             names or the companies that made the
7             cement or mud?
8    A.   No, I don't.
9    Q.   Okay.
10   A.   I don't know that.
11   Q.   The cloth, do you remember the brand names
12            or companies or company that made the
13            cloth?
14   A.   No.
15   Q.   Tape, do you remember the brand names of
16            any tape or the companies that might
17            have made the tape that you had
18            contact with at Avondale?
19   A.   No.
20   Q.   All right.  I think I might have asked you
21            this, and I apologize if I did.  I am
22            trying to get an understanding, and I
23            seem to have forgotten.  Did you say
24            whether you did more repair work --
25            let me put it in these terms: did you

EXHIBIT A

91

```
 1                    do more tearout or ripout work as
 2                    opposed to actually placing or
 3                    installing insulating materials?
 4    A.    No.   I think I did more replacing
 5                    material, in other words, it was new
 6                    ships, and it is all new material,
 7                    because you -- you tear down on the
 8                    old ships and replace it.
 9    Q.    Okay.   So when you did the repair work, it
10                    involved ripout or tearout and
11                    installing?
12    A.    Yes.
13    Q.    And you did them both?
14    A.    Right.
15    Q.    On the new construction jobs, obviously
16                    there wasn't any tearout, it was just
17                    installing?
18    A.    Right.
19    Q.    While working at Avondale, were there any
20                    workers that you remember working
21                    with you, either as an insulator's
22                    helper or as an insulator?
23    A.    Yes, I can remember them, a lot of them.
24    Q.    All right.   Shoot.
25    A.    Okay, I know Floyd Cortez.
```

EXHIBIT A

92

```
 1   Q.   Okay.

 2   A.   Joseph Cortez.

 3   Q.   What was Floyd Cortez; an insulator?

 4   A.   Well, wait, you are asking me for the

 5             insulators that worked with me?

 6   Q.   Okay.  Let me explain --

 7   A.   You are asking -- you are asking me --

 8             he might have been an insulator

 9             helper.

10   Q.   Tell me if they are insulators or

11             insulator helpers when you mention

12             their names, okay?

13   A.   I don't -- I don't remember who was the

14             helper when they started or what.

15             These guys are all mechanics, you

16             know, I am talking about.  That is

17             Joe Cortez.

18   Q.   Floyd Cortez?

19   A.   Joe Cortez too, and Joe Granier, Lawrence

20             -- Lawrence died -- he died of

21             asbestos.

22   Q.   Lawrence who?

23   A.   Lawrence Granier.

24   Q.   Okay.  You say he died of what?

25   A.   Of asbestos.
```

EXHIBIT A

93

1   Q.   Who else?

2   A.   Well, Oscar Granier, Nolan Kliebert.

3   Q.   Nolan --

4   A.   Kliebert.

5   Q.   Who else?

6   A.   Well, they got Philip Gravois and Mike

7          Loupe.

8   Q.   Loupe?

9   A.   Yes, uh-huh.

10   Q.   L-o-u-p-e?

11   A.   p-e, yes. They had Ralph Usee.

12   Q.   Usee?

13   A.   Yes.

14        MR. LeBLANC:

15             I'm not getting it.

16        MR. STAINES:

17             Ralph U-s-e-e, Usee.

18        THE WITNESS:

19             And Rodney Usee.

20   EXAMINATION BY MR. STAINES:

21   Q.   Anybody else?

22   A.   That is about all I can remember.  I know

23          somebody that -- I know guys that

24          worked there, because I worked there

25          a long time.

EXHIBIT A

94

1   Q.   There were some others, but you can't
2            remember their names?
3   A.   No.
4   Q.   You worked with all of these gentlemen at
5            sometime during your insulating
6            career at Avondale?
7   A.   Yes.
8   Q.   Okay.
9   A.   Most of the time I worked with all of
10           them.
11  Q.   Okay.  Do you know whether either of these
12           gentlemen, any of these gentlemen,
13           are still working at Avondale?
14  A.   Yes, all are, as far as I know.
15  Q.   All are?
16  A.   Except Lawrence.
17  Q.   Did Lawrence have a lawsuit?
18  A.   I really don't know.
19  Q.   Have you spoken with any of the gentlemen
20           you have just mentioned, namely Floyd
21           Cortez, Joe Cortez, all of these
22           gentlemen, have you spoken with them
23           since you filed your lawsuit or even
24           before you filed your lawsuit, about
25           the fact that you had a lawsuit

EXHIBIT A

95

```
 1                  against certain companies that made
 2                  asbestos-containing insulation
 3                  materials -- let me finish -- and
 4                  about the products and companies that
 5                  made products, out there at Avondale?
 6    A.    No.
 7    Q.    You have not spoken with any of them?
 8    A.    No.
 9    Q.    Have you spoken with either of your sons
10                  or -- I don't remember if you had a
11                  brother that worked out there too,
12                  about the types of materials that
13                  were used in the insulation business
14                  at Avondale and the brand names and
15                  companies that made those products,
16                  have you talked to them about that?
17    A.    No.
18    Q.    Okay.
19    A.    You see, if I would have talked to them, I
20                  would have knew more than I know now.
21    Q.    Have you had occasion prior, before today,
22                  to look at any photographs of
23                  materials, insulation material
24                  packages or the materials themselves?
25    A.    No.
```

EXHIBIT A

1    Q.    Before today, have you had occasion to, at
2          any time, to look at any documents,
3          that is, materials, written
4          materials, showing the brand names or
5          types of products or companies that
6          make insulating materials?
7    A.    (Witness shakes head negatively) I read
8          about Johns-Manville and all of that
9          in the book or something like that,
10         but as far as getting some from
11         somebody else, to get advice from,
12         no.
13   Q.    What book are you talking about?
14   A.    Time.
15   Q.    The newspaper -- Time Magazine?
16   A.    Yes.
17   Q.    Do you remember Johns-Manville -- you told
18         me about Johns-Manville block.  Do
19         you remember Johns-Manville having
20         products out at Avondale?
21   A.    I didn't say Johns-Manville made the
22         blocks.  I said either one of the
23         three does make the blocks.
24   Q.    Maybe I misunderstood you.
25   A.    Yeah, you did.

EXHIBIT A

1  Q.  Okay.  I thought I asked you and you
2         mentioned Pabco, Owens-Corning and
3         Johns-Manville.
4  A.  Yes.
5  Q.  I asked you how you were familiar with
6         those names, and you said from seeing
7         boxes.
8  A.  And the name on the box, seeing the name
9         on the box.
10 Q.  So you would have seen those names at
11        Avondale --
12 A.  (Witness nods head affirmatively).
13 Q.  -- on boxes at Avondale?
14 A.  Yes.
15 Q.  So would I be correct that Johns-Manville
16        had products at Avondale?
17 A.  Yes.
18 Q.  Do you know if Johns-Manville had cement
19        products at Avondale?
20 A.  No, I don't know.
21 Q.  Do you know whether there were more
22        Johns-Manville products that you saw
23        as opposed to other materials?
24 A.  I don't know for sure, but Johns-Manville
25        and Owens-Corning, that is the two of

EXHIBIT A

98

```
 1                the most they had and that I know.
 2                Pabco was not that much.
 3    Q.   Do you remember any other packages from
 4                your work at Avondale that you could
 5                tell me about, and when I say
 6                "packages," I am referring to
 7                packages that contained insulating
 8                materials.
 9    A.   Well, that is fiberglass, that's right.
10    Q.   You can remember fiberglass?
11    A.   Yes.
12    Q.   How did you place the materials on the
13                pipe?
14    A.   You cut it up with a saw.  You put it on
15                the pipe, and you tie it with a wire.
16    Q.   Did you place any type of mud or cement on
17                the pipe to hold the pipe covering?
18    A.   You put -- you put that to seal the
19                cracks, you put the cement.
20    Q.   What did you seal the cracks with, cement?
21    A.   Cement, yes.
22    Q.   You are talking about the cracks on the
23                pipe?
24    A.   Yes.
25    Q.   Then you --
```

EXHIBIT A

99

1   A.   No, no, on the insulation.

2   Q.   On the insulation?

3   A.   Yes.

4   Q.   And then you would place the insulation on

5        the pipe?

6   A.   Yes.

7   Q.   And you tie it with wire?

8   A.   Yes.   You put your insulation on your pipe

9        first, and then wherever it leaves a

10       crack, whatever, you put the cement.

11       Then you come with the cloth on top

12       of that.

13  Q.   The cloth on top of the pipe covering?

14  A.   The pipe covering, yes.

15  Q.   When you ripped out the materials, the

16       insulating materials, at Avondale,

17       how did you do that?

18  A.   How we did that?

19  Q.   Yes.

20  A.   Well, with a knife, a pair of cutters,

21       whatever -- cutting pliars, and

22       sometimes we take a bar, a flat bar

23       or something, depending upon what you

24       were tearing down.

25  Q.   When you were working at Avondale and when

EXHIBIT A

```
 1                  you were doing removal or ripout or

 2                  tearout work, did you ever wear any

 3                  type of mask?

 4    A.   I wore a respirator.

 5    Q.   You did?

 6    A.   But not all the time.  It was just

 7                  sometimes.

 8    Q.   Okay.  When you first started in 1969,

 9                  were masks or respirators available

10                  for you to wear?

11    A.   Well, they was available, but they

12                  wouldn't make you use those things

13                  unless the Safety Department or

14                  somebody would come around, and then

15                  they need to worry about that, okay.

16    Q.   Who was your foreman?

17    A.   Well, they had five foremen out there.

18                  The superintendent was Frenchy

19                  Bordelon.  I think one is Barnett,

20                  his name.  I don't know.

21    Q.   Who were the foremen?

22    A.   Well, Philip Gravois, Leroy Rome, R-o-m-e,

23                  and -- and Eisene Becnel, Luther

24                  Damster.

25    Q.   Damster?
```

EXHIBIT A

101

```
 1   A.   Yes. Elter Cortez.

 2   Q.   Elton?

 3   A.   Elter.

 4   Q.   Did the foreman work around you or work

 5        with you doing the insulation as

 6        well?

 7   A.   No.  The foreman just would come check --

 8        that was it, once or twice a day.

 9   Q.   Let me get back to the masks.  You say you

10        wore a respirator at times.

11   A.   Yes.

12   Q.   Can you describe the respirator for me?

13   A.   Well, sometimes it was a surgical mask,

14        and the other one -- that was later

15        on, the other one was a rubber mask,

16        you know, with some -- well, with the

17        little deals on the side.

18   Q.   The surgical mask is a white, paper-type

19        mask with a little string and you tie

20        it around the back?

21   A.   It's a little rubber.

22   Q.   Did you ever use a paper mask?

23        MR. BRUNO:

24            That is what he just referred

25            to.
```

EXHIBIT A

102

```
 1        MR. STAINES:

 2              I am unclear.  I am sorry.  Was

 3         it a cloth or paper mask?  Could you

 4         --

 5        THE WITNESS:

 6              I don't know what it was made

 7         out of.  You know, I know it was a

 8         little white mask, you know, but I

 9         don't know if it was -- had two

10         little rubber bands in the back.

11    EXAMINATION BY MR. STAINES:

12    Q.   That is where I got confused.

13    A.   Okay.

14    Q.   Do you know who made the masks?

15    A.   No, I don't.

16    Q.   Did you ever see any any packages they

17         came in?

18    A.   (Witness shakes head negatively).

19    Q.   Were they kept in the storeroom as well?

20    A.   Yes.

21    Q.   The same storeroom that had the insulating

22         materials?

23    A.   No, they wasn't kept there, and you

24         couldn't take more than so much of

25         those things.
```

EXHIBIT A

103

1    Q.   Okay.  You say you used the surgical mask

2              at times and a rubber mask at times

3              too or rubber respirator?

4    A.   Yes.

5    Q.   Describe the rubber respirator for me,

6              what color was it, and --

7    A.   Black.

8    Q.   Okay.

9    A.   You had the filters on each side.

10   Q.   On each side?

11   A.   Yes.

12   Q.   Do you know who made those?

13   A.   No.

14   Q.   Do you recall telling one of the doctors

15             that you saw, which I think it is

16             Doctor Smith, Doctor Kenneth Smith at

17             East Jefferson, that you didn't use

18             any type of respiratory protection

19             during your insulation work until

20             1974 or 1975?

21   A.   Well, about that time.

22   Q.   That is about when it started?

23   A.   Well, when they -- when they found out

24             about asbestos, what it was, they

25             started getting a little strict on

EXHIBIT A

104

```
 1                 it, but they get strict for two or

 2                 three months and when things would

 3                 die down, they die down with

 4                 everything too.

 5   Q.   Before '74 or '75, either the surgical

 6                 masks or the rubber respirators were

 7                 available to you --

 8   A.   They was --

 9   Q.   Let me finish; but you used them very

10                 infrequently.  Is that correct?

11   A.   Yes.

12   Q.   And you really just would use them

13                 whenever a foreman or a

14                 superintendent would get on you,

15                 because the Safety Department was

16                 coming around.  Is that what you told

17                 me?

18   A.   Right.

19        MR. LeBLANC:

20                 Do you have any idea how long

21                 this is going to go on, like another

22                 hour, two hours or what?  We want to

23                 break for lunch, if it is going to go

24                 on much longer.

25
```

EXHIBIT A

1           (Discussion off the record)

2

3    EXAMINATION BY MR. STAINES:

4    Q.   Mr. Kramer, we were talking about the

5         masks.  After '74 is when you wore

6         the masks, either one, either the

7         surgical or the rubber mask more

8         frequently than prior to that time,

9         is that correct?

10   A.   Yes.

11   Q.   Was there a point in time where doing

12        removal or ripout or tearout, however

13        you want to term it, that you were

14        required to wear protective clothing

15        and the area that you were removing

16        from might have been roped off?

17   A.   No.

18   Q.   At no time during your employment career

19        --

20   A.   No.

21   Q.   Let me finish.  At no time during your

22        employment career at Avondale were

23        you required to wear protective

24        clothing or masks or hoods or

25        protective shoes and the area roped

EXHIBIT A

106

1              off or cordoned off to remove

2              insulation.  Is that correct?

3    A.   No.

4    Q.   Was there a point in time while at

5              Avondale in which you noticed that

6              the insulating material packages

7              contained warnings or contained

8              writing on the packages which stated

9              that the materials no longer

10             contained asbestos?

11   A.   No longer contained asbestos?

12        MR. BRUNO:

13             Divide that in two, Tony.

14   EXAMINATION BY MR. STAINES:

15   Q.   You told me that you had seen some of the

16             packages of the insulation materials

17             at Avondale, right?

18   A.   Yes.

19   Q.   Did you notice any warnings, health

20             warnings, on any of the packages?

21   A.   Yes, they had -- they had contained

22             asbestos, that's all I saw.

23   Q.   You saw that on the packages?

24   A.   Contained asbestos, yes.

25   Q.   Okay.  Do you remember what packages it

EXHIBIT A

107

1               was that you saw that on?

2    A.    No.

3    Q.    Was there a point in time at Avondale

4               where you might have seen writing on

5               the packages which stated that the

6               insulating materials no longer

7               contained asbestos?

8    A.    No.

9    Q.    Did you ever acquire knowledge, ever

10              learn, that the insulating materials

11              no longer contained asbestos?

12   A.    I heard about that, yes.

13   Q.    When did you hear about that?

14   A.    Oh, that was late -- not too long ago,

15              about three or four years ago.

16        MR. BRUNO:

17              I take it these questions are

18           directed to your time at Avondale,

19           okay?  Do you understand that? He is

20           talking about while you were still at

21           Avondale.

22   EXAMINATION BY MR. STAINES:

23   Q.    When you heard about it three or four

24              years ago, were you still working or

25              had you already left?

EXHIBIT A

108

1   A.   No, I had left.

2   Q.   You left work?

3   A.   Yes.

4   Q.   Okay, and who did you hear that from?

5   A.   Well, from guys, from -- on the -- I saw

6        it on the television.

7   Q.   Okay.  What guys did you hear it from?

8   A.   Well, at work, the guys that worked

9        insulation.

10  Q.   Okay.  They told you that the insulating

11       materials no longer contained

12       asbestos?

13  A.   Well, asbestos, yes.  You see right now,

14       when they tear down and all of that,

15       they have to suit-up.

16  Q.   While you were there, they didn't suit-up?

17  A.   No, it was out --

18  Q.   Do you know when the suiting-up started?

19  A.   I really don't know.

20  Q.   Okay.

21  A.   It started after I left, maybe in

22       '79.

23  Q.   Okay.

24  A.   I left -- I never had to suit-up, for

25       sure.

EXHIBIT A

109

| | | |
|---|---|---|
| 1 | Q. | On the occasions that you did wear some |
| 2 | | sort of respiratory protection on |
| 3 | | your face, whether it was the |
| 4 | | surgical mask or the rubber mask, did |
| 5 | | you wear it the whole time that you |
| 6 | | were working on that particular day |
| 7 | | or would you just wear it for a short |
| 8 | | period of time or how did that work? |
| 9 | A. | Well, we would wear it for, oh, for -- for |
| 10 | | a short period of time. |
| 11 | Q. | Okay. |
| 12 | A. | You can't keep that on you for eight |
| 13 | | hours. |
| 14 | Q. | Did you just wear it when you removed |
| 15 | | insulation or did you also wear it on |
| 16 | | occasions when you applied |
| 17 | | insulation? |
| 18 | A. | No, when I removed insulation. |
| 19 | Q. | Just removing it, huh? |
| 20 | A. | Yes. |
| 21 | Q. | You told me a little while ago about a |
| 22 | | list of coworkers that you remember |
| 23 | | working with you. Do you remember |
| 24 | | whether any of those that you told me |
| 25 | | worked with you just about |

EXHIBIT A

110

| | | |
|---|---|---|
| 1 | | exclusively, the whole time you were |
| 2 | | at Avondale?  In other words, is |
| 3 | | there one guy or two guys or a few of |
| 4 | | them that you-all worked hand-in-hand |
| 5 | | together the whole time you were at |
| 6 | | Avondale? |
| 7 | A. | The guys I named. |
| 8 | Q. | All of them? |
| 9 | A. | Yes. |
| 10 | Q. | Howard, Junior and Frederick Oubre, did |
| 11 | | they work as insulators with you at |
| 12 | | Avondale too? |
| 13 | A. | No. |
| 14 | Q. | They worked with you later on at Petrin |
| 15 | | and -- |
| 16 | A. | Yes. |
| 17 | Q. | When you were working at Avondale, were |
| 18 | | you undergoing any type of physical |
| 19 | | examination on any kind of periodic |
| 20 | | basis? |
| 21 | A. | Yes, I had to take an x-ray once a year. |
| 22 | Q. | Where was that done? |
| 23 | A. | That was at West Jefferson, I think. |
| 24 | Q. | Do you remember a Doctor Gidman? |
| 25 | A. | No. |

EXHIBIT A

111

```
 1   Q.   G-i-d-m-a-n?
 2   A.   No, I don't.
 3   Q.   Do you remember any of the doctors at West
 4             Jefferson that you were seeing with
 5             regard to your yearly examinations?
 6   A.   Well, we never saw no doctors at -- at the
 7             hospital.  We went to get x-rayed and
 8             came back, and the doctor in the yard
 9             would tell you if you had something
10             or not.
11   Q.   Okay.  So if I understand correctly, you
12             would be sent out to West Jefferson
13             to the Radiology Department for an
14             x-ray?
15   A.   Yes.
16   Q.   And the x-rays would come back to Avondale
17             and the Avondale company doctor would
18             call you in and talk to you about the
19             findings, if there was anything to
20             talk with you about?
21   A.   Yes.
22   Q.   Would it be correct to say that at
23             times you would not be called in
24             at all?
25   A.   Yes.
```

EXHIBIT A

112

1    Q.    Were you ever called in and the x-ray
2          results discussed with you?
3    A.    One time.
4    Q.    When was that?
5    A.    I think that was in '78.
6    Q.    Who was the company doctor that was
7          talking to you?
8    A.    Well, I don't remember his name.
9    Q.    Okay.  He had an office there at the
10         Avondale yard?
11   A.    Yes.
12   Q.    Okay.  And what did he tell you in 1978,
13         if that was the year that you had
14         that discussion?
15   A.    He told me that my -- the x-ray showed
16         spots on my lungs.
17   Q.    Is that --
18   A.    But it could have been air pockets.
19   Q.    He told you "but it could have been air
20         pockets"?
21   A.    It could have been air pockets, yes.
22   Q.    Did he recommend that you have some
23         further x-rays or that you look into
24         it further?
25   A.    He told me I could if I wanted to, but --

EXHIBIT A

113

```
 1                          but it was probably air pockets, you
 2                          never know.
 3      Q.   Did he say it was probably air pockets?
 4      A.   Yes.
 5      Q.   Did he show you the x-ray?
 6      A.   No.
 7      Q.   Did he show you a report of the x-ray?
 8      A.   (Witness shakes head negatively) no.
 9      Q.   Okay.
10      A.   He did not show me the x-ray, and I
11                          wouldn't know nothing about it.
12      Q.   I asked you if he showed you the report of
13                          the x-ray, the written report.
14      A.   No.
15      Q.   You can read and write, can't you?
16      A.   Yes.
17      Q.   But he did not show you the report either?
18      A.   No.
19      Q.   Did you have any further discussions with
20                          the Avondale company doctor regarding
21                          that x-ray?
22      A.   No.
23      Q.   Did you see another doctor regarding the
24                          spots on the lungs?
25      A.   No.
```

EXHIBIT A

114

1    Q.    Did you talk to your family doctor about

2            that x-ray or about the possible

3            spots on the lung?

4    A.    No.

5    Q.    At that point in time, in 1978 or

6            thereabouts, whenever that x-ray took

7            place, were you having any problems

8            breathing?

9    A.    Yes, but it was not as bad as -- as it is

10            now.

11    MR. LeBLANC:

12            I don't mean to interrupt or be

13            obstinate, but we are now getting

14            into medical, and you were talking

15            about covering employment only and

16            then breaking for lunch.

17

18            (Discussion off the record)

19

20    MR. STAINES:

21            Let's let Rebecca ask her sand

22            questions. I don't have any problem.

23            I apologize.

24    MS. DOHERTY:

25            I have no problem with

EXHIBIT A

115

1          that. I was perfectly content.

2   EXAMINATION BY MS. DOHERTY:

3   Q.    My name is Rebecca Doherty and hopefully I

4          will have a very few questions. After

5          you left Avondale -- you left

6          Avondale in 1979, is that correct?

7   A.    Yes, uh-huh.

8   Q.    Where did you work after that?

9   A.    Petrin and Tem-Con.

10  Q.    Okay.

11      MR. LeBLANC:

12              Where was that?

13      THE WITNESS:

14              Petrin and Tem-Con.  I said that

15          six times already.

16      MR. LeBLANC:

17              I am sorry, sir.  We can't

18          understand you, because otherwise I

19          wouldn't ask you to repeat.

20  EXAMINATION BY MS. DOHERTY:

21  Q.    When you were working for them, Mr.

22          Kramer, were you around any

23          sandblasting?

24  A.    No, ma'am.

25  Q.    Did you do any sandblasting?

EXHIBIT A

116

1    A.    No, ma'am.

2    Q.    Were you in the vicinity of any

3          sandblasting dust at all?

4    A.    No, ma'am.

5    Q.    Okay.  When you left that company and went

6          to your next job, where was that?

7    A.    That was -- that was Petrin, and I -- I

8          worked for Tem-Con, then back to

9          Petrin.

10   Q.    And then Petrin?

11   A.    Yes.

12   Q.    You went back to Petrin?

13   A.    Yes.

14   Q.    When you went back at that time, were you

15         doing any sandblasting?

16   A.    No, ma'am.

17   Q.    Were you around any sandblasting?

18   A.    No, ma'am.

19   Q.    Were you in the vicinity of any

20         sandblasting dust at all?

21   A.    No, ma'am.

22   Q.    Okay.  When you finished that job, where

23         did you next go?

24   A.    That was it.

25   Q.    That was it?

EXHIBIT A

117

1   A.   Yes.

2   Q.   You did not work any more?

3   A.   No, I never.

4   Q.   After your working years, were you ever

5         around any sandblasting?

6   A.   After?

7   Q.   Yes.

8   A.   No, ma'am.

9   Q.   Like going out to visit, you know, on a

10       site or something?

11   A.   No.

12   Q.   You were never around any sandblasting?

13   A.   No.

14   Q.   Did you ever do any sandblasting, for

15       instance, for a friend or anything

16       like that?

17   A.   No.

18   Q.   No?

19   A.   No.

20   Q.   Throughout your work history, and since

21       you stopped working, am I correct

22       then in understanding that you have

23       never sandblasted?

24   A.   No, I never did.

25   Q.   You have also never been around

EXHIBIT A

118

1          sandblasting operations?

2   A.   No.

3   Q.   Nor have you ever been in an area where
4          you felt that you were exposed to
5          sand dust?

6   A.   No, ma'am.

7   Q.   Has any doctor ever told you that you have
8          silicosis?

9   A.   No.

10  Q.   Has any doctor ever told you that you have
11         any problem with your lungs related
12         to sand or breathing sand dust?

13  A.   No.

14      MS. DOHERTY:

15              Thank you very much.

16      MR. LeBLANC:

17              I have a few questions.

18      MS. MacDONELL:

19              I may have some sand questions
20         too.  I don't know if this is logical
21         to divide it up this way or not, but
22         there are some things in the medical
23         that tend to imply -- I'll get into
24         that later. I just don't know how
25         logical it is to expect that one

1              person is going to ask all the

2              questions on one subject, because I

3              may have to ask some related

4              questions.

5         MR. BRUNO:

6              We are not suggesting that,

7         Janet.  The idea here was to let

8         Rebecca leave, and she makes the

9         choice whether she wants to come back

10        or not.

11        MS. MacDONELL:

12             In fairness to her, I will say

13        that is fine, but --

14        MR. BRUNO:

15             She is a big girl, I think.

16        MS. MacDONELL:

17             We are all big people

18        here.

19        MR. LeBLANC:

20             May I ask him two or three

21        questions?

22   EXAMINATION BY MR. LeBLANC:

23   Q.   I am Milton LeBlanc and I represent

24        Mississippi Valley Silica Company.

25        As I have heard your testimony once

EXHIBIT A

|    |    |                                              |
|----|----|----------------------------------------------|
| 1  |    | before, when you were being                  |
| 2  |    | questioned by the first gentleman,           |
| 3  |    | and now again by this lady, you are          |
| 4  |    | not in this litigation making any            |
| 5  |    | claim whatsoever relating to                 |
| 6  |    | sandblasting or silicosis, since you         |
| 7  |    | do not have it.  Is that correct?            |
| 8  | A. | That's right.                                |
| 9  | Q. | And while you were working, as you           |
| 10 |    | testified, at Avondale from '69 to           |
| 11 |    | 1979, you did not work as a                  |
| 12 |    | sandblaster at any time?                     |
| 13 | A. | No.                                          |
| 14 | Q. | Nor did you work in an area where there      |
| 15 |    | was sandblasting?                            |
| 16 | A. | No.                                          |
| 17 | Q. | Nor did you work in an area where there      |
| 18 |    | was dust from sandblasting?                  |
| 19 | A. | No.                                          |
| 20 | Q. | In short, you are not suffering, as you      |
| 21 |    | understand it, based upon what your          |
| 22 |    | doctors have told you and your               |
| 23 |    | symptoms and what you know, the areas        |
| 24 |    | where you worked at Avondale, you are        |
| 25 |    | not making a claim for sand dust             |

EXHIBIT A

121

1              related matters or for silicosis?
2   A.    No.
3         MR. LeBLANC:
4                 That's all.
5         MS. MacDONELL:
6                 Off the record, please, Paul.
7
8         (Discussion off the record)
9
10        MS. MacDONELL:
11                Do you feel okay, Mr. Kramer?
12        THE WITNESS:
13                Yes.
14  EXAMINATION BY MR. STAINES:
15  Q.    Let me get back to some of the products,
16              questions about the products you used
17              at Avondale.  You, when you installed
18              insulating materials, you don't
19              recall any of the brand names or
20              companies that made any of those
21              insulating materials that you put on.
22              Is that correct?
23  A.    No.
24  Q.    Okay.  And when you tore out insulation
25              from pipes, you don't know what

EXHIBIT A

122

1              brands or companies made the
2              materials that you were removing.  Is
3              that correct?
4    A.   No, no way of knowing that.
5    Q.   Okay.  Because the material that is on the
6              pipe does not have any kind of
7              stencil or writing on it saying it is
8              a particular brand or a particular
9              company.  Is that right, so you don't
10             know what company or what brand it
11             is.  Is that correct?
12   A.   Uh-huh.
13   Q.   You left Avondale in 1979 for what reason?
14   A.   Well, to better myself.
15   Q.   For more money?
16   A.   Right.
17   Q.   That is when you went to work in 1979 for
18             Petrin?
19   A.   Right.
20   Q.   They are out of Baton Rouge?
21   A.   Yes.
22   Q.   Did you take a pre-employment physical for
23             Petrin?
24   A.   No.
25   Q.   What type of work were you going to do for

EXHIBIT A

123

1              Petrin?

2    A.   Insulation.

3    Q.   Okay.  Did you start out as an insulator

4              for Petrin?

5    A.   Yes.

6    Q.   You worked for Petrin on two occasions,

7              right, two separate occasions?

8    A.   Well, I don't -- let me explain that to

9              you.  Petrin -- I worked with Petrin,

10             and then Tem-Con and Petrin

11             separated.  In other words, one --

12             they just split the company, Petrin,

13             and made Tem-Con and Petrin.  Okay.

14             Petrin kept whoever they wanted, and

15             Tem-Con kept who they wanted, so I

16             stayed with Tem-Con, okay.  Later on

17             I went back to work with -- for

18             Petrin.

19   Q.   Okay.  How long did you work for Petrin

20             the first time, before the split?

21   A.   Well, I really don't know.  I don't -- I

22             don't know.

23   Q.   Less than a year or more than a year?

24   A.   I don't know.  I don't know; you know, I

25             don't know how long it took them to

EXHIBIT A

124

```
 1                  split, you know.
 2     Q.   You worked for Tem-Con about five years.
 3                  Is that correct?
 4     A.   Yes.
 5     Q.   While you were at Petrin, what did you do,
 6                  what kind of activities, work
 7                  activities, did you perform as an
 8                  insulator?
 9     A.   Well, the same thing as Avondale, except
10                  it was on a ship.  We worked on
11                  tugboats, but it was pipe covering
12                  and all the same way.
13     Q.   Okay.  Petrin is a contractor?
14     A.   (Witness nods head affirmatively) yes.
15     Q.   They would send you out on jobs?
16     A.   Yes.
17     Q.   Okay.  Now, what jobs, do you remember,
18                  going to work on for Petrin?
19     A.   Well, I -- I worked for Bollinger
20                  Shipyard; that's Bollinger Shipyard,
21                  that's one of them.
22     Q.   Any other locations you can think of?
23     A.   Well, Allied Shipyard.
24     Q.   Bollinger Shipyard is down at Larose?
25     A.   Yes.
```

EXHIBIT A

125

| 1 | Q. | Okay. Lockport, or was it Larose? |
|---|---|---|
| 2 | A. | Lockport, yes. |
| 3 | Q. | Allied is where, down in Venice? |
| 4 | A. | Yes, and -- that's near Leeville, past |
| 5 | | Lockport. |
| 6 | Q. | Near Fourchon? |
| 7 | A. | Right. |
| 8 | Q. | On the way down to Grand Isle? |
| 9 | A. | Yes. |
| 10 | Q. | Any other shipyards? |
| 11 | A. | Yeah, I worked in Morgan City, but I don't |
| 12 | | remember what it was, you know. |
| 13 | Q. | This is for Petrin, right? |
| 14 | A. | Well, Petrin and Tem-Con. |
| 15 | Q. | You are lumping it altogether? |
| 16 | A. | Correct. |
| 17 | Q. | Let's do it this way: after you left |
| 18 | | Avondale and you went to work for |
| 19 | | Petrin and Tem-Con, what locations |
| 20 | | were you sent out to work at, other |
| 21 | | than Bollinger Shipyard, Allied |
| 22 | | Shipyard, and the shipyard in Morgan |
| 23 | | City? |
| 24 | A. | We went all over. |
| 25 | Q. | There were many other locations? |

EXHIBIT A

1    A.    In the State of Louisiana, wherever they
2            have work, they sent you.
3    Q.    You don't recall any of the other
4            locations?
5    A.    I don't remember that, I guess not.
6    Q.    Was it all shipyard work?
7    A.    No, not all the time, some plants.
8    Q.    Some plants?
9    A.    Yes.
10    Q.    Where were the plants located?
11    A.    Chevron, over here, but Belle Chasse.
12    Q.    Okay.
13    A.    They had the sulphur plant in Sulphur,
14            Louisiana.
15    Q.    The what?
16    A.    In Port Sulphur.
17    Q.    What plant was that?
18    A.    The sulphur plant.
19    Q.    Sulphur?
20    A.    Yes.
21    Q.    Were you doing the same kind of work for
22            Petrin and Tem-Con as you did at
23            Avondale, that is, placing insulating
24            materials on pipes and removing
25            insulation materials off of pipes?

EXHIBIT A

127

1   A.   Yes.

2   Q.   Did you do anything else other than those

3        two activities?

4   A.   Well, and put fiberglass, something like

5        that.

6   Q.   You put fiberglass?

7   A.   Yes.

8   Q.   When you went to work for these companies,

9        Petrin and Tem-Con, was there any

10       difference between the work you were

11       doing for them and the work you were

12       doing for Avondale?

13  A.   (Witness shakes head negatively) the only

14       difference was dealing with tugboats

15       and Avondale was ships.  It was the

16       same type of work, pipes, stacks,

17       engine rooms, such like that.

18  Q.   Some of it would have been inside the

19       vessels and some would have been on

20       the outside the vessels?

21  A.   On the inside of the vessels.

22  Q.   Inside of the vessel?

23  A.   Yes.

24  Q.   At the plants, when you worked on some of

25       the plants, was it inside the plant

EXHIBIT A

128

```
 1              or outside of the plant?
 2    A.   Outside.
 3    Q.   Outside the plant?
 4    A.   Yes.
 5    Q.   At the plant, was it also placing
 6              insulation materials on pipes and
 7              removing it as well?
 8    A.   Mostly placing it on pipes.
 9    Q.   Mostly placing it on?
10    A.   Yes.
11    Q.   Do you remember any of the names of the
12              tugboats or vessels that you would
13              have worked on at any of the
14              shipyards?
15    A.   No.
16    Q.   What types of products did you use at
17              Petrin and Tem-Con, insulating
18              products?
19    A.   Well, the same thing we had at Avondale.
20    Q.   Do you recall at Petrin and Tem-Con any of
21              the brand names or companies that
22              made the insulating materials?
23    A.   The same companies, Pabco --
24    Q.   Same companies?
25    A.   Yes.
```

EXHIBIT A

1   Q.   Do you remember any specific brands of

2        cement products?

3   A.   (Witness shakes head negatively) no.

4   Q.   At Petrin and Tem-Con, did you work with

5        some cement products?

6   A.   Tem-Con?

7   Q.   Yes.

8   A.   Yes.

9   Q.   Is it fair to say at Avondale and Petrin

10       and Tem-Con, you used more block and

11       pipe covering than cement products?

12  A.   Oh, yes. But I did use cement, now.

13  Q.   Okay. But you used more blocks and pipe

14       covering than cement?

15  A.   Yes.

16  Q.   Do you recall if the cement products you

17       used at Petrin and Tem-Con were the

18       same cement products that you used at

19       Avondale or would you know if there

20       was any difference at all?

21  A.   Well, there was the same things.

22  Q.   Okay.  It was the same type of product?

23  A.   Yes.

24  Q.   You don't know if it was the same brand

25       and you don't know if a different

EXHIBIT A

130

```
 1              company made it?
 2    A.   No, the same.
 3    Q.   Okay.  And am I correct you don't recall
 4              seeing any packages of cement
 5              products at Petrin and Tem-Con
 6              either?
 7    A.   For what?
 8    Q.   I had asked you if you can remember any of
 9              the packages of the cement products
10              at Avondale and I think you told me
11              at that time you didn't recall.
12    A.   No, no.  I told you that for -- that was
13              for Petrin and Tem-Con.
14    Q.   I was trying to make sure, okay.  I'll go
15              back to Avondale for a second, if I
16              could.  Do you remember the names of
17              any of the ships you worked on at
18              Avondale?
19    A.   The only one I can remember was the S/S
20              KALAMAZOO.
21    Q.   What type of vessel is that?
22    A.   That was a Navy tanker.
23    Q.   Navy?
24    A.   A tanker.
25    Q.   Navy tanker?
```

EXHIBIT A

131

1   A.   Yes.

2   Q.   When did you work on that vessel?

3   A.   Oh, that was --

4   Q.   What is it that causes that particular

5        vessel to come to mind?

6   A.   Because I saw it on T.V.. I saw it on

7        television, and I remember the

8        sailors on it.

9   Q.   Now, --

10  A.   They were nice fellows, you know.

11  Q.   Was that a new vessel being built or was

12       it a repair job?

13  A.   That was a repair job.

14  Q.   Do you recall if any of the work you did

15       other than the S/S KALAMAZOO involved

16       building military vessels for the

17       Navy or any other --

18  A.   Yes, that was DEs, you see, but the DEs

19       don't have a name.  They have a

20       number on them.

21  Q.   That was for the military?

22  A.   Yes, for the Navy.

23  Q.   Navy?

24  A.   Yes.

25  Q.   And Avondale was constructing those

EXHIBIT A

132

1          vessels?

2    A.    Yes.

3    Q.    As a part of your work as insulator, did
4          you ever see any kind of blueprints
5          or specifications listing the types
6          of products that were to be used in
7          constructing those vessels?

8    A.    No. You had your foreman that told you
9          what material went where, and they
10         had the blueprints of the piping and
11         the ship construction, and they tell
12         you what to put on it.

13   Q.    The foreman had the blueprints?

14   A.    Yes.

15   Q.    And the specs?

16   A.    Yes, and the specs, yes.

17   Q.    You never worked as foreman.  Is that
18         right?

19   A.    No. Too many enemies.

20   Q.    Did you ever do any welding at Avondale or
21         at Petrin or Tem-Con?

22   A.    No.

23   Q.    Did you sustain any on-the-job injuries at
24         Petrin or Tem-Con?

25   A.    I told you a back injury.

EXHIBIT A

133

1   Q.   I'm sorry.  Any other injuries other than
2           a back injury?
3   A.   No.
4   Q.   While working at Petrin and Tem-Con, on
5           the removal or ripout of insulating
6           materials, did you wear a mask?
7   A.   Very seldom.
8   Q.   What types of masks, if any, were
9           available to you on the Petrin and
10          Tem-Con jobs?
11  A.   The little surgical masks.
12  Q.   When you did ripout or tearout, were
13          suits, protective clothing, available
14          to you for use?
15  A.   No.
16  Q.   I take it they didn't cordon off the area
17          and wet down the insulation materials
18          when they were ripping out?
19  A.   No.
20  Q.   That did not happen at Avondale either
21          while you were there?
22  A.   No.
23  Q.   Other than your son, Howard, Junior, and
24          Frederick Oubre, do you recall any
25          other co-workers that you worked with

EXHIBIT A

134

```
 1                at Petrin and Tem-Con?
 2    A.   Yes.
 3    Q.   Okay.
 4    A.   Do you want their names too?
 5    Q.   Yes.
 6    A.   Joey Oubre.
 7    Q.   Is that Frederick's brother?
 8    A.   No, cousin.
 9    Q.   Cousin?
10    A.   Yes; Leo Oubre.
11    Q.   Leo Oubre?
12    A.   Yes, and Kenneth Oubre, Mark Kliebert
13              again.
14    Q.   You said Mark Kliebert?
15    A.   Yes, and Nathan Zeringue.
16    Q.   Nathan or Layton?
17    A.   Nathan. You had two women.
18    Q.   Two women?
19    A.   Yes, Louise Tregre and Judy Oubre.
20    Q.   Oubre?
21    A.   Yes.
22    Q.   All of those people were insulators with
23              you?
24    A.   Yes, and Maggie Cortez, Keith McGehee.
25    Q.   What is his first name?
```

EXHIBIT A

| | | |
|---|---|---|
| 1 | A. | Keith; Opal Granier. |
| 2 | Q. | Opal Granier? |
| 3 | A. | Yes. |
| 4 | Q. | Anyone else? |
| 5 | A. | That's all. |
| 6 | Q. | Okay. Did any of these people work more |
| 7 | | with you than any others? |
| 8 | A. | Yes. |
| 9 | Q. | Who worked with you more? |
| 10 | A. | Leo -- Leo, Joey, Judy and Louise. |
| 11 | Q. | Mr. Kramer, some of the records that we |
| 12 | | have received from Avondale indicate |
| 13 | | that you worked prior to 1969 at |
| 14 | | Avondale. Do you recall that? |
| 15 | A. | In 1952, I think. |
| 16 | Q. | Their records show a little bit more than |
| 17 | | a week in 1953 as a helper. |
| 18 | A. | Uh-huh. |
| 19 | Q. | Do you remember that now? |
| 20 | A. | (Witness nods head affirmatively). |
| 21 | Q. | What did you do, what kind of helper were |
| 22 | | you? |
| 23 | A. | I helped on the landing barges. |
| 24 | Q. | Okay. What kind of work were you doing? |
| 25 | | Were you doing anything having to do |

EXHIBIT A

136

1          with insulation?

2    A.    Well, no, uh-uh.

3    Q.    So you don't claim that while working

4          there for that week in 1953 that you

5          had any type of exposure to

6          asbestos-containing products?

7    A.    No.

8    Q.    There is another week in -- excuse me.

9          There is a little bit more than a

10         month, about a month-and-a-half in

11         1965.  Do you recall that? You worked

12         as a tacker, do you remember that?

13   A.    Yes.

14   Q.    Okay.  What did you do as a tacker?

15   A.    Well, I was doing tacking, you know,

16         burning rods.

17   Q.    Does that involve welding?

18   A.    It is not welding.  All you do is tack the

19         pipe and the welder comes after you

20         and welds over it.

21   Q.    Okay.  You don't actually use a welding

22         rod to tack?

23   A.    No -- yes, you do.

24   Q.    You do?

25   A.    Yes.

EXHIBIT A

137

1   Q.   Or --

2   A.   You tack -- you put two small welds on it,

3        okay, and then the welder comes and

4        welds after you.

5   Q.   You are standing there while he welds?

6   A.   No.

7   Q.   You leave that area?

8   A.   Yes.   I don't leave the area, but I don't

9        stand by.

10  Q.   Okay.   When you tack, do you wear any kind

11       of respiratory protection on your

12       face?

13  A.   No.

14  Q.   You wear a hood or a shield?

15  A.   A shield, yes.

16  Q.   Anything on your face underneath the

17       shield?

18  A.   No.

19  Q.   Are those the only periods of time that

20       you tacked? From the Avondale records

21       it shows February of 1965 to March of

22       1965.

23  A.   That is the only tacking I can remember

24       doing.

25  Q.   It said you resigned due to illness.   Was

EXHIBIT A

138

```
 1              that your ulcer problems?
 2    A.    (Witness nods head affirmatively).
 3    Q.    In 1966, the Avondale records again showed
 4              that you worked for about nine days
 5              in July as insulator helper.  Do you
 6              remember that?
 7    A.    No.
 8    Q.    Do you remember a doctor advising you in
 9              July of 1966 or in that timeframe,
10              anyway, that you should not do
11              insulation work because you were not
12              fit for that type of work?
13    A.    If anybody told me that, at that time, it
14              has got to be Doctor Vines.
15    Q.    Did you tell me that Doctor Vines is still
16              around or --
17    A.    Well, he is still in Louisiana, but I
18              don't know where he is at.
19    Q.    You don't know where he is?
20    A.    No.
21    Q.    Do you know --
22    A.    He is -- they said in Donaldsonville, but
23              I don't know if that is true or not.
24    Q.    He may be in Donaldsonville?
25    A.    That is what they said, yes.
```

EXHIBIT A

1   Q.   Are there any other places that you worked

2        that we haven't discussed today?

3   A.   No.

4   Q.   Okay.

5   A.   Not that I know of, you know, but maybe

6        so.

7   Q.   During the time that you were at Avondale

8        from '69 to 1979, were you having any

9        problem with your stomach that caused

10       you to miss work?

11  A.   Yes, just -- you just said when, you know,

12       in '65.

13  Q.   I am talking about from 1969 to 1979.

14  A.   No.

15  Q.   When you were working at Petrin and

16       Tem-Con, after Avondale, from '79 to

17       -- I think it is 1983, did you have

18       any problems with your stomach that

19       caused you to miss work?

20  A.   No.

21  Q.   Am I correct that you left or quit working

22       -- what was it, 1983 or '84, do you

23       remember?

24  A.   I don't remember that.

25  Q.   Am I correct that you quit working for

EXHIBIT A

140

```
 1              Petrin and Tem-Con in either 1983 or
 2              '84 because of back pain and muscle
 3              weakness and problems in your upper
 4              back and lower back?
 5   A.   Yes.
 6   Q.   What income do you currently have?
 7   A.   Right now --
 8   Q.   Coming in the home.
 9   A.   Just the disability, Social Security.
10   Q.   Okay.  Disability?
11   A.   Yes.
12   Q.   Is that Social Security disability
13              benefits?
14   A.   Yes.
15   Q.   How much is that?
16   A.   Well, $666.00 a month.
17   Q.   Is there any other income coming into the
18              home?
19   A.   No.
20   Q.   Your wife does not draw any benefits at
21              all?
22   A.   Uh-uh.
23   Q.   Did you have to see a Social Security
24              doctor in connection with your
25              requests for Social Security
```

EXHIBIT A

141

1              disability benefits?

2    A.   Well, I had to see a bunch of them.  Don't

3              start asking me them names, because I

4              don't remember that.

5    Q.   Do you remember any of them at all?

6    A.   I saw Doctor McCarty, Lady of the Lake

7              Hospital in Baton Rouge.

8    Q.   Anybody else?

9    A.   Well -- well, they sent me over here a

10             bunch of times, but I don't remember

11             the doctor's name.

12   Q.   You mean over here in New Orleans?

13   A.   Yes.

14   Q.   When did you start receiving Social

15             Security disability benefits?

16   A.   About six months, seven months.

17   Q.   Six or seven months ago?

18   A.   Right.

19   Q.   Prior to that time, what type of benefits

20             were you receiving, if any, since you

21             left working with Petrin and Tem-Con

22             until six or seven months ago?

23   A.   Food stamps.

24   Q.   Food stamps?

25   A.   Yes.

EXHIBIT A

142

| | | |
|---|---|---|
| 1 | Q. | Any other benefits, other than food |
| 2 | | stamps? |
| 3 | A. | Nothing. |
| 4 | Q. | Have you ever belonged to any Union? |
| 5 | A. | No. |
| 6 | Q. | Do you know if you are eligible for any |
| 7 | | type of pension or retirement |
| 8 | | benefits from Avondale or any other |
| 9 | | of your employers? |
| 10 | A. | No. |
| 11 | Q. | When you quit at Petrin/Tem-Con, what |
| 12 | | doctor -- did a doctor recommend that |
| 13 | | you not work due to your back |
| 14 | | problems? |
| 15 | A. | Yes. |
| 16 | Q. | Okay. What doctor was that? |
| 17 | A. | Doctor Heck. |
| 18 | Q. | Heck? |
| 19 | A. | That is another one. He moved to |
| 20 | | Tennessee. |
| 21 | Q. | Michael Heck, H-e-c-k? Do you know what |
| 22 | | town in Tennessee? |
| 23 | A. | No, I don't know. |
| 24 | Q. | Where was he when he was here in |
| 25 | | Louisiana? |

EXHIBIT A

143

1   A.   In Thibodaux.

2   Q.   In Thibodaux?

3   A.   Yes.

4   Q.   Was he at Thibodaux General, is that where

5        you saw him, or did you see him --

6   A.   At his office, yes.  He worked at

7        Thibodaux General too.

8   Q.   Did he have a partner in his office in

9        Thibodaux that we could call and try

10       to find out where he is?

11  A.   No.

12  Q.   He was by himself?

13  A.   By himself.

14  Q.   How long ago did he leave Thibodaux, do

15       you know?

16  A.   Um, close to a year.  About a year, maybe

17       a little less.

18  Q.   Okay.

19  A.   I don't remember that.

20  Q.   Is Doctor Heck the doctor you were seeing

21       regarding your two back injuries,

22       while you were at --

23  A.   No.

24  Q.   No?

25  A.   No.

EXHIBIT A

144

1    Q.    Okay. What --

2    A.    The doctor I was seeing, I told you that

3          too, Doctor Ory, Dirk Ory.

4    Q.    Doctor Ory?

5    A.    Right.

6    Q.    How did you come to see Doctor Heck?

7    A.    Well, how I came to see him, Doctor Heck

8          was an asbestos lung specialist, and

9          Doctor Ory and them is just family

10         physicians.

11   Q.    Did Doctor Ory recommend that you see

12         Doctor Heck?

13   A.    Yes, but I also seen a bone specialist,

14         and he told me to see a bone

15         specialist, you know, and I did.

16   Q.    As I understand it you had a -- you pulled

17         a ligament the first time. You

18         injured your back while working for

19         Tem-Con and you reinjured it a second

20         time while working at the Sugar

21         Refinery, I think it was.

22   A.    Yes.

23   Q.    Then sometime after that, Doctor Ory sent

24         you to Doctor Heck, is that right?

25   A.    Well, Doctor Ory did not send me to Doctor

EXHIBIT A

145

1           Heck.  He told me to go see a bone
2           specialist, and I went see Doctor
3           Heck.  He never recommend that.
4    Q.    Now, how did you come to see Doctor Heck?
5           I mean, did somebody else recommend
6           it or you knew him from the past or
7           what?  How did that work?
8    A.    No.  I didn't know him from the past.  He
9           was -- somebody told me about him.
10   Q.    Okay.  Why were you seeing a bone
11          specialist?
12   A.    Because my back was hurting.
13   Q.    Was there some testing done that showed
14          you had a problem with your spine or
15          bones in your back?
16   A.    Well, yes, they explained it to me,
17          uh-huh, they did.
18   Q.    Those were x-rays done by Doctor Ory?
19   A.    No, by Doctor Heck.
20   Q.    Okay.  What I'm trying to understand is
21          why a bone specialist was
22          recommended, based upon your pulled
23          ligament and your second injury.
24   A.    Well, okay.  My back keeps hurting now.
25          What would you send me to see, a

EXHIBIT A

146

```
 1              psychiatrist, for the back?
 2    Q.   Is Doctor Heck an orthopedist, do you
 3              know?
 4    A.   Yes.
 5    Q.   Have you seen any orthopedists other than
 6              Doctor Heck?
 7    A.   I saw one over here in New Orleans, but
 8              again I don't remember his name.  I
 9              would have to talk to my wife about
10              that.  I seen so many doctors, you
11              know, no way in the world I can
12              remember that.
13    Q.   I understand.  What did Doctor Heck tell
14              you was wrong with you?
15    A.   Well, again, Doctor Heck recommended me to
16              this doctor here.  I had two
17              degenerated disks in my back, the
18              doctor here.
19    Q.   Two degenerative disks?
20    A.   Yes.
21    Q.   Where is the doctor here located in New
22              Orleans?
23    A.   I don't know.
24    Q.   You don't know?
25    A.   I don't know all of that.
```

EXHIBIT A

147

1    Q.    Okay.   Did either Doctor Heck or the
2          doctor in New Orleans perform further
3          testing of you in the form of either
4          a CAT-scan or a myelogram or what is
5          called an MRI?
6    A.    I don't know what you're talking about.
7    Q.    You don't know?
8    A.    No.
9    Q.    Did you have --
10   A.    I took a CAT-scan in -- for Doctor Heck,
11         yes.
12   Q.    The CAT-scan is what showed the
13         degenerative disks?
14   A.    No.   I don't know what showed it. Doctor
15         -- the doctor in New Orleans looked
16         -- he looked at the x-rays, and --
17         and everything, and he said what it
18         was.
19   Q.    Did this doctor in New Orleans have
20         additional x-rays done of your back?
21   A.    No, uh-uh.
22   Q.    Did the doctor in New Orleans put you in
23         the hospital for additional tests on
24         your back?
25   A.    No.

EXHIBIT A

148

| | | |
|---|---|---|
| 1 | Q. | The disks that are -- the degenerative |
| 2 | | disks in your back, are those in your |
| 3 | | lower back or your upper back, do you |
| 4 | | know? |
| 5 | A. | I have one around here (indicating) and I |
| 6 | | have one over here (indicating). |
| 7 | | These are the two. |
| 8 | Q. | You're pointing to one in your lower back |
| 9 | | and one in your upper back? |
| 10 | A. | Yes (indicating). |
| 11 | Q. | With respect to your back injuries, have |
| 12 | | you had pains shooting down either of |
| 13 | | your legs or pain shooting down |
| 14 | | either of your arms? |
| 15 | A. | Well, I don't know if you call it shooting |
| 16 | | out of my arm.  The arm would get |
| 17 | | numb, but the legs would do the same |
| 18 | | thing. |
| 19 | Q. | Both arms and legs or just one? |
| 20 | A. | Both arms, both legs. Right now, if I |
| 21 | | stand up too long, my legs are going |
| 22 | | to -- or I try to walk too far, they |
| 23 | | are going to do that too. |
| 24 | Q. | Have any physicians, either Doctor Heck or |
| 25 | | Doctor -- the doctor in New Orleans, |

EXHIBIT A

149

```
 1              or any other doctors, recommended
 2              surgery on either your cervical or
 3              lumbar back?
 4   A.   They could not operate.  I was too weak to
 5              be operated.
 6   Q.   Have any of the doctors said that if you
 7              strengthened, if you became
 8              strengthened, got stronger, you would
 9              be able to withstand the surgery on
10              your back?
11   A.   Oh, I guess I would be, but I don't need a
12              doctor to tell me that.  The idea is
13              that I am not gaining no strength.
14   Q.   As of this time, do you have any
15              intentions to undergo any kind of
16              surgery on your back?
17   A.   No.
18   Q.   Do you have any intentions to undergo any
19              kind of further treatment on your
20              back?
21   A.   No.  The only way I could be operated for
22              anything, if it's an emergency.
23              There is no doctor who will operate
24              on me in the condition I'm in.
25   Q.   What problems are there with you that
```

EXHIBIT A

150

```
 1                    would cause a doctor not to operate
 2                    on you at this time?
 3    A.   Well, my lungs, my back, my liver.
 4    Q.   Am I correct that you are not working at
 5                    this time because of your back
 6                    problems?
 7    A.   I'm not working on account of all of these
 8                    problems.
 9    Q.   Okay.
10    A.   It's the lungs, the back and the liver.
11    Q.   At the time --
12    A.   Okay.
13    Q.   At the time that you quit working in '83
14                    or '84, the reason that you stopped
15                    at that time was because of your
16                    back.  Is that right?
17    A.   It was my back, over here (indicating).
18    Q.   The upper and lower back, okay, that's
19                    what I'm talking about.
20    A.   I was getting shortness of breath, so it
21                    was at that time too.  I had to climb
22                    the vessels and I couldn't do it any
23                    more.
24    Q.   You were getting sort of breath in 1983 or
25                    1984?
```

EXHIBIT A

151

1   A.   Yes.

2   Q.   Okay. Who was it that you saw for your

3        liver problems, Mr. Kramer?

4   A.   Doctor Albright.

5   Q.   Okay.   That liver problem developed in

6        1987, was it?

7   A.   Yes.

8   Q.   That was when you --

9   A.   But it did not develop then, it --

10  Q.   It had been developing?

11  A.   It had been developing, according to them,

12       you know.

13  Q.   But you had --

14  A.   You can't catch a cirrhosis of the liver

15       overnight, because it takes years to

16       --

17  Q.   You have cirrhosis of the liver?

18  A.   Yes.

19  Q.   And Doctor Albright has treated that, that

20       problem, that cirrhosis?

21  A.   Treated it, yes.

22  Q.   He is treating it now with medication?

23  A.   Yes.

24  Q.   Do you have any kind of surgery scheduled

25       for the cirrhosis?

EXHIBIT A

152

1   A.   No.

2   Q.   Did you see any other doctors for your

3         liver problems, other than Doctor

4         Albright?

5   A.   Well, I am starting to -- like I told you,

6         the doctors I go to I -- I go from

7         every six weeks to every two months

8         now, or three months, and I go to

9         South Louisiana Medical Center and I

10        get ultrasound and x-rays and blood

11        work and a prescription for the

12        pills.

13   Q.   Since Doctor Heck left this area or left

14        Thibodaux, have you seen any other

15        doctors -- have you seen any other

16        doctor on a regular basis for your

17        back, other than the doctors in New

18        Orleans?

19   A.   No.

20   Q.   So you are not seeing any kind of

21        physician regarding your back

22        problems?

23   A.   No.

24   Q.   Okay.  Are you on any kind of medication,

25        any kind of pain medication, for your

EXHIBIT A

153

```
 1            back at this time?
 2   A.   Ecotrin is all I can take and I can't take
 3            no drugs.
 4   Q.   Because of your stomach problems?
 5   A.   Right.
 6   Q.   Are you seeing any doctor now at this time
 7            because of your stomach problems?
 8   A.   My liver?
 9   Q.   No, your stomach, your ulcers?
10   A.   No.
11   Q.   Are you on any kind of medication now for
12            your ulcers?
13   A.   No.
14   Q.   Have you had any kind of ulcer flareups in
15            the last -- since 1980?
16   A.   No.
17   Q.   You had a kidney stone attack, is that
18            right?
19   A.   Yes.
20   Q.   When was that, do you remember that?
21   A.   Well, that was -- that was around 1982 or
22            -- or '83.
23   Q.   Okay.  Were you hospitalized because of
24            that problem with your kidney?
25   A.   Yes, I was.
```

EXHIBIT A

154

```
 1    Q.   Where was that, Thibodaux General?

 2    A.   Yes.

 3    Q.   What doctor did you see at that time?

 4    A.   Doctor Ory.

 5    Q.   Doctor Ory?

 6    A.   Yes.

 7    Q.   What was the problem with that?  Was that

 8         removed, was the kidney stone

 9         removed?

10    A.   No, it passed.

11    Q.   It passed?

12    A.   Yes.

13    Q.   Have you had any problems with your kidney

14         stones since then, your kidneys,

15         rather, since then?

16    A.   No.

17    Q.   You told me a short while ago you started

18         noticing shortness of breath around

19         the time that you were leaving

20         Petrin/Tem-Con, is that correct?

21    A.   Well, I started noticing it more, yes.

22    Q.   You started noticing a little bit more

23         difficulty in climbing, is that

24         correct?

25    A.   Doing that, you know, I was feeling -- I
```

EXHIBIT A

155

```
 1              was feeling that before, about a
 2              couple of years before that, you
 3              know, but getting shortness of breath
 4              all the time.
 5    Q.   Now, who was the first doctor you saw
 6              about that condition?
 7    A.   I saw Doctor Ory and them.
 8    Q.   Now, what did they do?
 9    A.   And I came over here and I saw Doctor Ken
10              Smith.
11    Q.   Ken Smith?
12    A.   Yes.
13    Q.   What did Doctor Ory tell you about your
14              condition?
15    A.   Doctor Ory and them said I got a bad cold
16              or whatever.
17    Q.   Okay.
18    A.   Then I came here, I came see Joe, and Joe
19              recommended to see Doctor Ken Smith,
20              and then he sent me to Mr. Jones
21              (sic), Doctor Robert Jones, in Doctor
22              Weill's office or whatever, you know.
23    Q.   With regard to your shortness of breath
24              problems, you saw Doctor Ory and then
25              Mr. Bruno recommend that you see
```

EXHIBIT A

156

```
 1              Doctor Ken Smith?

 2   A.   Yes.

 3   Q.   Then you saw Doctor Bob Jones, and you

 4              most recently have seen Doctor Hans

 5              Weill, is that right?

 6   A.   Yes.

 7   Q.   Those are all of the doctors that you have

 8              seen regarding your shortness of

 9              breath?

10   A.   Well, no, I saw this doctor I told you

11              about in Baton Rouge, McCarty.

12   Q.   Doctor McCarty is at Our Lady of the Lake

13              in Baton Rouge?

14   A.   Yes.

15   Q.   And you saw him about your shortness of

16              breath too?

17   A.   Yes.

18   Q.   Where does he fit in?  You said that you

19              know you saw Doctor Ory and

20              then Mr. Bruno recommended that you

21              see Doctor Smith, and then Doctor

22              Jones and Doctor Weill.  Where does

23              McCarty fit in --

24   A.   With the Social Security, like I told you

25              a while ago.
```

EXHIBIT A

157

```
 1   Q.   I know that, sir, but I want to figure out
 2            the sequence of events.  First you
 3            saw Doctor Ory, and then what doctor
 4            did you see after that?  Did you see
 5            Doctor Smith?
 6   A.   Doctor Kenneth Smith, yes.
 7   Q.   And who did you see after Doctor Smith?
 8            Was that Doctor Jones?
 9   A.   Yes.
10   Q.   Who did you see after that?
11   A.   It was --
12   Q.   Doctor McCarty or Doctor Weill?
13   A.   Well, it was McCarty, you know, McCarty.
14   Q.   Okay.
15   A.   I saw Weill a couple of weeks ago, three
16            weeks ago.
17   Q.   What problems were you having at the time
18            that you saw Doctor Ory?
19   A.   I --
20   Q.   Were you having any other problems other
21            than shortness of breath?
22   A.   No.
23   Q.   When was it that you saw Doctor Ory first?
24            That would have been when?
25   A.   Well, that -- all of that was when I went
```

EXHIBIT A

158

1              in for that kidney, when I was

2              getting my stomach problems and all

3              of that.

4    Q.   That is when you told Doctor Ory about

5              your shortness of breath?

6    A.   Yes.

7    Q.   How much time elapsed between the time you

8              saw Doctor Ory and you saw Doctor

9              Smith, do you remember?

10   A.   Oh, no.

11   Q.   Earlier we talked about some x-rays that

12             showed spots on the lungs. Did you

13             ever talk to Doctor Ory about that?

14   A.   No. I wasn't seeing Doctor Ory that time.

15             I was seeing Doctor Vines at that

16             time. That is another thing I told

17             you, what I have to see Doctor Ory

18             for.

19   Q.   My question to you was this: did you tell

20             Doctor Ory at the time that you saw

21             him about your shortness of breath

22             that you had an x-ray performed prior

23             to that time which showed a spot on

24             your lung?

25   A.   I told that -- I said that, but I don't

EXHIBIT A

159

```
 1              know who I told that to.
 2    Q.   You think you told a doctor, but you don't
 3              know which one it is?
 4    A.   Yes.
 5    Q.   Okay.
 6    A.   That's right.
 7    Q.   Mr. Kramer, I realize it is getting long.
 8    A.   You are asking me the same things over and
 9              over and over again.  That is ten
10              times I told you about Albright and
11              Doctor Vines.
12    Q.   And I am asking --
13    A.   And then you go around the corner and you
14              come right back in front of me with
15              Albright or Vines again.
16    Q.   Well, I apologize.
17    A.   I can be sick one way.  I can't be sick a
18              hundred ways like you want to put it.
19    Q.   I am not trying to make you any sicker
20              than you are and I apologize.
21    A.   If you are not smart enough to remember
22              everything I --
23        MR. BRUNO:
24              Let's just relax for a moment.
25              He has a few more questions on this
```

EXHIBIT A

160

 1              subject.  It will be all right.

 2              You're doing fine.

 3  EXAMINATION BY MR. STAINES:

 4  Q.    Mr. Kramer, you saw Doctor Smith, I think,

 5              at East Jefferson Medical Center.  Is

 6              that where he is located?

 7  A.    I think so, yes.

 8  Q.    What did he tell you about your condition?

 9  A.    He recommended that I quit smoking, and

10              that I had -- I had asbestos on my

11              lungs.

12  Q.    What type of tests, if any, did Doctor

13              Smith do on you at that time?

14  A.    Well, a breathing test.

15  Q.    Okay.

16  A.    X-rays; now, he showed me the x-rays

17              and he showed me where it was at.

18  Q.    Where what was at?

19  A.    The asbestos.

20  Q.    The asbestos?

21  A.    Yes.

22  Q.    Did he describe for you the type of

23              markings that were on the x-ray, that

24              he said were related to asbestos?

25  A.    No -- what you mean, markings?

EXHIBIT A

161

1   Q.  Well, --

2   A.  On the lungs, on the --

3   Q.  He showed you a chest x-ray, you said.

4   A.  Yes.

5   Q.  Okay.  And you said he showed you the

6        asbestos, right?

7   A.  He showed me where it was, around here,

8        and one on the outside.

9   Q.  What did it look like?

10   A.  Well, it looked brownish or whatever, to

11        me.

12   Q.  Okay.

13   A.  I don't know nothing about x-rays.

14   Q.  When he showed it to you, are you saying

15        he showed you the asbestos on the

16        x-ray?

17   A.  He told me that I had asbestos.  He showed

18        me where the asbestos was on the

19        x-ray.

20   Q.  You saw the x-ray?

21   A.  Yes.

22   Q.  And were there any circular markings on

23        the x-ray?

24   A.  I don't remember.

25   Q.  Did you notice any types of lines on the

EXHIBIT A

162

1           x-ray?

2  A.   I don't remember.

3  Q.   Okay.  Did you only see Doctor Smith one
4           time?

5  A.   Yes.

6  Q.   Did he perform that breathing test or did
7           somebody else perform it?

8  A.   No, they had to --

9  Q.   They had technicians do that?

10 A.   No, they did it; they did that.

11 Q.   It was done at East Jefferson Hospital?

12 A.   No, in his office.

13 Q.   You had to blow into a --

14 A.   Yes.

15 Q.   You had to do that?

16 A.   Yes.

17 Q.   What other types of tests did he have you
18           do when you had the breathing test?

19 A.   Well, he took my blood and stuff like
20           that.

21 Q.   Took your blood?

22 A.   Yes.

23 Q.   Okay.

24 A.   A breathing test is enough, you know.

25 Q.   Did he tell you whether the breathing

EXHIBIT A

163

```
 1                 tests that were performed were normal
 2                 or abnormal?
 3   A.   No, he never told me that.
 4   Q.   Did Doctor Smith tell you whether any of
 5                 your breathing-associated problems
 6                 were related to your cigarette
 7                 smoking?
 8   A.   Yes.
 9   Q.   He said they were?
10   A.   Some of it was.  He didn't say that it was
11                 that.
12   Q.   Prior to seeing Doctor Smith, had you ever
13                 been told by any doctor that you had
14                 suffered from bronchitis?
15   A.   No.
16   Q.   Did Doctor Smith tell you that you had
17                 bronchitis?
18   A.   No.
19   Q.   Prior to seeing Doctor Smith, had any
20                 doctor told you that you suffered
21                 from asthma?
22   A.   No.
23   Q.   Did Doctor Smith tell you that you
24                 suffered from asthma?
25   A.   No.
```

EXHIBIT A

164

| | | |
|---|---|---|
| 1 | Q. | Prior to seeing Doctor Smith, did any |
| 2 | | doctor tell you that you suffered |
| 3 | | from emphysema? |
| 4 | A. | No. |
| 5 | Q. | Did Doctor Smith tell you that you |
| 6 | | suffered from emphysema? |
| 7 | A. | No. |
| 8 | Q. | Had the term "bronchial asthma" ever been |
| 9 | | mentioned to you prior to seeing |
| 10 | | Doctor Smith? |
| 11 | A. | Not that I remember. |
| 12 | Q. | Did Doctor Smith say you had bronchial |
| 13 | | asthma? |
| 14 | A. | No. |
| 15 | Q. | At any time in your lifetime, have you |
| 16 | | ever been prescribed or been |
| 17 | | recommended to use any type of |
| 18 | | medication that is like an inhaler |
| 19 | | type of medication, to improve your |
| 20 | | breathing? |
| 21 | A. | Yes, Primatene Mist. That is one of them. |
| 22 | Q. | When did you use that? |
| 23 | A. | I have been using that. |
| 24 | Q. | Starting about what time, your best |
| 25 | | recollection? |

EXHIBIT A

165

1    A.   About '83, you know, '84.

2    Q.   And did a doctor recommend that you use

3         that?

4    A.   They never recommended. They did it at

5         the hospital -- they did it in his

6         office, so I figured if it was good

7         for me there, it was good for me out

8         there.

9    Q.   You are saying one of the hospitals, when

10        they did some tests, they had you

11        perform some tests blowing into a

12        machine and taking the spray and then

13        blowing it into the machine again?

14   A.   Tests I took.

15   Q.   You had that kind of test done in 1983?

16   A.   Yes.

17   Q.   Okay. What doctor did that test, in '83?

18   A.   We are still talking about Doctor Smith.

19        Now you are going back to -- I talked

20        about Doctor Smith and Doctor Jones

21        and Doctor -- that four is enough.

22   Q.   Was Doctor Smith the first doctor where

23        you had that type of breathing test

24        done?

25   A.   Okay.

EXHIBIT A

166

1   Q.   And you started using the Primatene Mist

2            after you saw Doctor Smith?

3   A.   Yes.

4   Q.   You didn't use it before that time?

5   A.   No.

6   Q.   Do you know whether you had allergies as a

7            child?

8   A.   I don't know.

9   Q.   You don't know whether you had asthma as a

10           child?

11  A.   No, I never did.

12  Q.   Have you ever had any kind of wheezing?

13  A.   No.

14  Q.   Have you ever heard wheezing when you

15           breathe, night or day?

16  A.   Yes, that is before --

17  Q.   That was before you saw Doctor Smith?

18  A.   Before and after.

19  Q.   Before you saw Doctor Smith, how far back

20           are we going with where you heard

21           this wheezing?

22  A.   About a couple of years, I guess.

23  Q.   Okay.  Did you tell any doctors about

24           that, that you heard wheezing?

25  A.   No.

EXHIBIT A

1    Q.    Did any doctor, either Doctor Smith or any
2          other doctor, tell you that you
3          suffered from chronic obstructive
4          pulmonary disease?

5    A.    (Witness shakes head negatively) no.

6    Q.    Have you ever heard the term COPD
7          mentioned?

8    A.    No, I never heard.  I don't know what that
9          is.

10   Q.    Do you have any kind of coughing problem?

11   A.    Well, at night, yes.

12   Q.    At night you cough now?

13   A.    Yes.

14   Q.    Is it productive, in other words, do you
15         have sputum or phlegm associated with
16         the cough?

17   A.    Yes.

18   Q.    What color is it?

19   A.    Sometimes it is brownish, and other times
20         it's white.

21   Q.    How long have you had this cough at night
22         which produces some phlegm or sputum?

23   A.    That would be a couple of years before --
24         about '81 or '82, around that time.
25         I told you that.

EXHIBIT A

168

1   Q.  Was it after you were working at Petrin

2        and Tem-Con or while you were working

3        at Petrin and Tem-Con; what --

4   A.  It was while.

5   Q.  You were smoking at that time?

6   A.  Yes.

7   Q.  Have you ever had any blood in your cough?

8   A.  No, I never -- I never coughed up blood

9        unless it was in the brownish stuff.

10       I don't know.

11  Q.  Are you having chest pains at the present

12       time?

13  A.  Before I started using this -- that

14       thing, that inhaler, Primatene Mist.

15  Q.  Are you still using an inhaler now?

16  A.  Yes.

17  Q.  Do you find that it relieves some of your

18       problems?

19  A.  Yes, some of it, yes.

20  Q.  You told me about some of the medication

21       you're on, so you're using this

22       inhaler medication, the Primatene

23       Mist?

24  A.  Yes.

25  Q.  Anything else you're taking for --

EXHIBIT A

169

1   A.   I take them Halls.

2   Q.   What else do you take on a daily basis?

3   A.   I take, oh, my pills, you know.

4   Q.   And the pills are for your liver?

5   A.   Yes.

6   Q.   Now, --

7   A.   Ecotrin, I take that for pain.

8   Q.   How often do you take that?

9   A.   Well, two or three times a day, but that

10       depends. The pills, I take it -- I

11       take it two times a day.

12  Q.   Okay.

13  A.   Two in the morning, two at night.

14  Q.   Have you ever had pleurisy, do you know?

15  A.   No, I haven't.

16  Q.   Have you ever had pneumonia?

17  A.   No.

18  Q.   To your knowledge, you haven't had

19       bronchitis or emphysema?

20  A.   No.

21  Q.   Have you had any broken ribs?

22  A.   Yes.

23  Q.   In the 1970s, is that right?

24  A.   Yes, around there.

25  Q.   On your left side?

EXHIBIT A

170

1   A.   Yes.

2   Q.   How did you break them?

3   A.   Well, I fell on my toilet.

4   Q.   What caused you to fall on your toilet?

5   A.   My wife had just mopped the floor.

6   Q.   Have you had any kind of heart problems,

7        coronary problems, do you know?

8   A.   Not yet, no.

9   Q.   Have you seen a cardiologist in the recent

10        past?

11   A.   Well, I had the heart and chest, you know,

12        Doctor Jones -- Weill did that when I

13        went there.

14   Q.   Doctor Weill did that?

15   A.   And they did it in Houma, you know, most

16        every doctor I saw for the breathing.

17   Q.   Okay.

18   A.   They did it.

19   Q.   What was the -- what hospital were you in?

20   A.   Well, South Louisiana Medical Center.

21   Q.   That is the one you go to about every

22        three months?

23   A.   I go every three months now, but I was

24        going about every month or six weeks

25        when I first started.

EXHIBIT A

171

1    Q.    That was concerning your liver?

2    A.    Yes.

3    Q.    Okay.

4    A.    And my lungs; my liver and my lungs.

5    Q.    Have you seen the same doctor regarding

6          your liver and your lungs or have --

7          are you seeing the same doctor for

8          your lungs?

9    A.    I am seeing the same doctor?

10   Q.    If I remember correctly, you are seeing

11         whatever doctor is there when you go.

12         There is not one particular doctor?

13   A.    That is -- I am seeing one for the lungs

14         and my stomach.  If you have to see

15         two of them, it takes you a week.

16   Q.    Have you ever been evaluated or treated by

17         a psychiatrist or a psychologist?

18   A.    No, not yet.

19   Q.    Have you ever been treated for depression

20         or nervousness?

21   A.    No.

22   Q.    What do you do now at home, on a regular

23         basis?

24   A.    Well, I have got a few rabbits and I go

25         feed them.  I got four or five

EXHIBIT A

172

| | | |
|---|---|---|
| 1 | | parakeets and I feed those. I go |
| 2 | | around my yard and walk, when I'm |
| 3 | | feeling good, and then I come back to |
| 4 | | my shed, and I sit down there and |
| 5 | | watch my rabbits, watch my birds. |
| 6 | Q. | Do you go to the grocery store? |
| 7 | A. | No. |
| 8 | Q. | Okay. |
| 9 | A. | I can't, I can't walk good. |
| 10 | Q. | What kind of hobbies did you have before |
| 11 | | you left working at Tem-Con and |
| 12 | | Petrin? |
| 13 | A. | Mostly fishing. |
| 14 | Q. | When is the last time you fished? |
| 15 | A. | Oh, that was about -- about two years, |
| 16 | | maybe more. |
| 17 | Q. | What type of fishing did you do? Did you |
| 18 | | go from the bank, did you go out in a |
| 19 | | boat or what? |
| 20 | A. | No, from the bank. |
| 21 | Q. | Do you own a boat? |
| 22 | A. | No, I don't. |
| 23 | Q. | Did you hunt? |
| 24 | A. | Yes, I hunted. |
| 25 | Q. | How long ago? When was the last time you |

EXHIBIT A

173

1                hunted?

2    A.    The last time I hunted was about seven or

3          eight years ago.

4    Q.    You haven't tried to fish lately?

5    A.    No.

6    Q.    Do you think you can fish?

7    A.    No.

8    Q.    Okay.

9    A.    I am talking about fishing with a pole.  I

10         am not talking about running trout

11         lines, you know.

12   Q.    You mean recreational fishing as opposed

13         to commercial, what you were doing

14         before.

15   A.    That is what I'm talking about.

16   Q.    Did Doctor Heck or the doctor in New

17         Orleans or Doctor McCarty in Baton

18         Rouge place you on any type of

19         restriction of activities you can do

20         because of your back problems, I mean

21         lower back and upper back?

22   A.    Yes.  I was restricted when I saw Doctor

23         McCarty, and he told me to take it

24         easy, and when I saw these doctors in

25         South Louisiana Medical Center, I was

EXHIBIT A

174

```
 1                 supposed to be bedridden.  I am not
 2                 supposed to be doing what I'm doing
 3                 right now.  I started and went
 4                 outside, I started building up a
 5                 little bit, and I'm -- I'm feeling,
 6                 -- you know, I don't feel great, but
 7                 I -- I feel better than laying down
 8                 in the bed.
 9   Q.   Did they suggest that you stay in your bed
10                 because of your back?
11   A.   My stomach, you know, okay, my stomach and
12                 my lungs.  I never saw the doctor
13                 over there for my back.
14   Q.   Okay.
15   A.   See, when we are talking about Doctor
16                 Heck, you just stay on Doctor Heck.
17                 You shouldn't go to Doctor Smith,
18                 Doctor Jones and you come back to
19                 Doctor Heck again. If you have
20                 one-hundred questions to ask me about
21                 Doctor Heck, ask them.
22   Q.   When did you first have knowledge that any
23                 of your medical problems were related
24                 to your exposure to
25                 asbestos-containing products?
```

EXHIBIT A

175

1    A.    I really don't know that.  When I went see

2          Doctor Ken Smith, he said "there is

3          nothing else I could think of." I

4          mean, you don't like to think of

5          having that or whatever.

6    Q.    Do you know of any other Avondale workers

7          or anybody who have filed lawsuits as

8          a result of an asbestos-related

9          condition?

10   A.    No.  When your lungs are gone -- I

11         understand Lawrence died, but I don't

12         know if he filed suit or what before

13         he died.

14   Q.    Have you been involved in any automobile

15         accidents?

16   A.    No.

17   Q.    Other than Doctor Ken Smith, have any

18         other doctors told you that you have

19         an asbestos-related condition?

20   A.    Well, they never told me that, but they

21         had it on my papers in Houma.  Plus I

22         had dark spots or whatever on my

23         lungs.  They took x-rays of it, for

24         my lungs, about a year, or over a

25         year.

EXHIBIT A

176

1  Q.  Is Doctor Ory your family doctor right
2      now?
3  A.  No.
4  Q.  Who is your family doctor right now?
5  A.  I don't have no family doctor.
6  Q.  You are going to South Louisiana Medical
7      Center?
8  A.  Right, because I can't afford to go
9      anywhere else.
10  Q.  Do you know how much money you earned in
11      the last full year that you worked?
12      I guess that would have been 1983, I
13      believe. Do you know how much money
14      you made in 1983?
15  A.  An hour?
16  Q.  No, how much did you make that year?
17  A.  I don't remember that, man.
18  Q.  How much were you making an hour when you
19      were working at Petrin or Tem-Con at
20      that time?
21  A.  Eleven dollars.
22  Q.  An hour?
23  A.  Yes.
24  Q.  You were working eight-hour days, five
25      days a week?

EXHIBIT A

177

| | | |
|---|---|---|
| 1 | A. | Well, not really.  That was mostly, you |
| 2 | | know, 10 or 12 hours, 15 hours, |
| 3 | | sometimes 20 hours, and it was not |
| 4 | | every day, because you can't do that |
| 5 | | every day.  And never no regular |
| 6 | | eight hours. |
| 7 | Q. | Okay. |
| 8 | A. | As far as -- as far as how much I made in |
| 9 | | the year, I can't tell you that. |
| 10 | Q. | On any of your jobs were you ever around |
| 11 | | any chemicals? |
| 12 | A. | Chemicals? |
| 13 | Q. | Any chemicals, were you ever around -- |
| 14 | A. | Yes, I -- what they got in the plants is |
| 15 | | chemicals. |
| 16 | Q. | Was there any occasion where they had any |
| 17 | | chemical leaks that caused noxious |
| 18 | | fumes to be emitted? |
| 19 | A. | No. |
| 20 | Q. | I understand that you have settled at |
| 21 | | least one of your claims in this |
| 22 | | lawsuit with one of the parties, |
| 23 | | namely 3-M Company, for $3,000.00. |
| 24 | | Have you received any other monies |
| 25 | | from any other companies in this |

EXHIBIT A

178

```
 1              lawsuit?
 2    A.    No, I don't believe so.
 3    Q.    Have you ever given a deposition in any
 4              other lawsuit whatsoever?
 5    A.    Except that --
 6    Q.    A deposition, a deposition that we are
 7              doing today.
 8    A.    Well, I guess what we did last time --
 9          MR. BRUNO:
10                 We did that, yes, the comp case.
11          MR. STAINES:
12                 You are talking about a
13              deposition or a reported settlement
14              with respect to that?
15          MR. BRUNO:
16                 No, I am talking about a
17              deposition.  He has not been deposed
18              other than that.
19          MR. STAINES:
20                 Other than what?
21          MR. BRUNO:
22                 The comp deposition.
23    EXAMINATION BY MR. STAINES:
24    Q.    You gave a deposition in your compensation
25              case?
```

EXHIBIT A

179

1    A.    Yes.

2    Q.    Who was the comp suit against; Avondale?

3          MR. BRUNO:

4                Yes.  It doesn't do any good to

5             ask him, Tony.  I mean, Jesus Christ.

6          THE WITNESS:

7                I thought you knew all of that.

8          MR. STAINES:

9                You gave a deposition --

10         THE WITNESS:

11               You want me to --

12         MR. BRUNO:

13               Don't worry about it.  I have it

14            under control.

15   EXAMINATION BY MR. STAINES:

16   Q.    When did the deposition take place, do you

17            know, Mr. Kramer?

18   A.    No.  It took place in Joe's office, in

19            Joe's building.

20   Q.    Okay.  That's the only time you have been

21            deposed?

22   A.    What?

23   Q.    That's the only time you have given any

24            deposition?

25   A.    Yes.

EXHIBIT A

180

1    Q.   What was the outcome of that workmen's
2         compensation suit?
3    A.   What?
4    Q.   Did you receive any money?
5    A.   No.
6    Q.   You did not get any money?
7    A.   No; not yet, anyway.
8    Q.   Is it resolved, do you know?  Is it over
9         with?
10   A.   I don't know.
11   Q.   You don't know?
12   A.   No.
13   MR. BRUNO:
14            If you want to ask him, you
15        know, Tony, go ahead.
16   MR. STAINES:
17            I tender the witness.
18   EXAMINATION BY MR. ENTEN:
19   Q.   Would it be correct to state that while
20        you were at Avondale Shipyards
21        working, that at any time you wanted
22        to use a respirator, you could have
23        gotten a respirator?  They were
24        always available?
25   A.   Now, wait a minute.  I did not say

EXHIBIT A

181

```
 1              "respirator."  I said the tools.  You
 2              did not ask me about the respirator.
 3  Q.  Well, I believe some questions were asked
 4              you about the kinds of masks that you
 5              used.
 6  A.  You could get one, but not from the shop.
 7              You had to take out the tools, the
 8              tool chit on it, the tool chit with
 9              your number on it, and if you lost
10              the respirator or whatever, you had
11              to pay for it.  You could not get it.
12              You had to get it from the toolroom.
13  Q.  Now, let me understand what you're saying.
14              You would give them some sort of a
15              number?
16  A.  Yes, a clock number, you know.
17  Q.  A clock number?
18  A.  Yes.
19  Q.  And what do you mean you had to pay for
20              it?
21  A.  If you lost the respirator.
22  Q.  If you lost it, you had to pay for it?
23  A.  Right.
24  Q.  They did not charge you to use it?
25  A.  No.
```

EXHIBIT A

182

1  Q.  Any time you felt that you wanted to use a
2         respirator, you could have gone to
3         the toolshop and got one, is that
4         correct?
5  A.  Yes.
6  Q.  But you chose sometimes of your own free
7         will not to use a respirator for one
8         reason or another.  Is that correct?
9  A.  That's right.
10  Q.  Nobody was preventing you from using one,
11         is that correct?
12  A.  They weren't preventing you, but if you go
13         do it every day, they be getting on
14         you for it.  It is like right now,
15         now they know they have asbestos,
16         they do all of that.
17  Q.  What do you mean they would be getting on
18         you?
19  A.  Well, you would be losing too much time
20         doing that.
21  Q.  Did anyone ever criticize you or make any
22         comments to you in that regard, that
23         you were getting a respirator too
24         much?
25  A.  No.

EXHIBIT A

183

1   Q.   How do you know they would get on you
2        then?
3   A.   Because I know how they were, and that is
4        how they operated.  They don't care
5        about you.
6   Q.   Well, did you know anyone that they ever
7        got on about this?
8   A.   Yes, but you're then going to want to know
9        his name and address, and I don't
10       know.
11  Q.   You can't give me any specific names of
12       anybody that they got on?
13  A.   No.
14  Q.   They never got on you?
15  A.   No.
16  Q.   Did you ever turn in any respirators you
17       had, such as did you turn them in for
18       cleaning at any time?
19  A.   Well, sometimes you clean it yourself and
20       get some more, you know, the filters.
21  Q.   The filters?
22  A.   Yes.
23  Q.   When you got the respirators from the
24       toolroom, were they in bags or boxes
25       or were they just handed to you?

EXHIBIT A

184

1    A.   No, in the box.

2    Q.   In a box?

3    A.   Yes. Some of them were, now.

4    Q.   Do you remember any markings or anything

5           that might have been on the boxes?

6    A.   No, I don't.

7    MR. ENTEN:

8               No other questions.  Thank you.

9    EXAMINATION BY MR. OLINDE:

10   Q.   I represent one of the defendants in the

11          lawsuit.  If I understand your prior

12          testimony correctly, you saw some

13          names on boxes in the supply room at

14          Avondale Shipyard, and those names

15          were Owens-Corning, Pabco and

16          Johns-Manville.  Is that correct?

17   A.   Yes.

18   Q.   Did you see any other names?

19   A.   Not that I know of.

20   Q.   Did you see any products made by

21          Combustion Engineering?

22   A.   No.

23   Q.   Do you know that you sued Combustion

24          Engineering in this lawsuit for

25          supplying asbestos-related products?

EXHIBIT A

185

1    A.    I what?

2    Q.    Do you know that you sued Combustion

3            Engineering in this lawsuit for

4            supplying asbestos-related products?

5    A.    Do I know I did, no.

6    Q.    Okay.  Have you seen Combustion

7            Engineering's name on anything out at

8            Avondale before?

9    A.    Well, I might have.  I am telling you I

10           don't remember.

11   Q.    You don't remember at all?

12   A.    No.

13   Q.    Okay.  So you could not identify

14           Combustion Engineering --

15   A.    No.

16   Q.    -- on any products?

17   A.    No.

18   Q.    Is the answer no?

19   A.    No.

20   Q.    Okay.

21   MR. OLINDE:

22           No other questions.

23   MR. WEST:

24           I don't have any questions at this

25           time.

EXHIBIT A

186

```
 1   EXAMINATION BY MS. MacDONELL:
 2   Q.   I am going to jump around a little bit,
 3             but it is going to be clean-up
 4             questions.  Were you ever married
 5             before the woman that you're
 6             presently married to?
 7   A.   No, ma'am.
 8   Q.   Okay.  Was she ever married before?
 9   A.   No.
10   Q.   Your son that died of cancer at age eight,
11             where did he have the cancer?
12   A.   In the glands.
13   Q.   The glands?
14   A.   Yes.
15   Q.   Lymph glands?
16   A.   Yes.  He had them in his glands, and they
17             spread all over until they got to his
18             lungs and killed him.
19   Q.   When you worked at the sawmill four or
20             five years, way back, and you took
21             the logs out of the swamp and loaded
22             them on the barges, did you ever have
23             to do any of the sawing of the logs
24             yourself?  Did you have to saw?
25   A.   No, ma'am.
```

EXHIBIT A

187

1  Q.  So you were never around the dust,
2       sawdust?
3  A.  No, ma'am.  We took -- the logs were
4       pulled, loaded them out of the swamp,
5       bring them to the canal, and they
6       were catching them with a crane, put
7       them in the barge, and we tow them to
8       the -- to the lake, where the --
9       where the tugboats would catch them.
10      It was nothing to do with sawing wood
11      or nothing.
12 Q.  Okay.  You don't happen to have the
13      medication with you today that you
14      have been taking for your liver, do
15      you?  Do you have the pill bottle
16      with you today?
17 A.  No, ma'am, I don't.
18 Q.  You answered Mr. Staines's questions about
19      the warnings on cigarette packages.
20      You said you saw a warning.  Do you
21      remember when you saw the warning on
22      the package?
23 A.  No, ma'am.
24 Q.  You told us that you had some treatment
25      for alcohol consumption from '83 to

EXHIBIT A

188

1           about '87.  You said you drank a good

2           bit.

3    A.    Yes, ma'am.

4    Q.    Can you tell me how much "a good bit" was?

5    A.    Well, --

6    Q.    I mean an approximation, how much did you

7           drink in a day?

8    A.    About two six-packs.

9    Q.    Were you only drinking beer or were you

10          drinking other things too?

11   A.    No, just beer.

12   Q.    Just beer?

13   A.    Yes.

14   Q.    You mentioned a few minutes ago you have

15          some parakeets.  Have you had pet

16          birds your whole life?

17   A.    No, ma'am, just then.

18   Q.    Back when you first had your problem

19          with your ulcers, and I know that you

20          had them over a period of time, and

21          you had two bad episodes, were you

22          drinking beer then?

23   A.    No, ma'am.

24   Q.    Okay.

25   A.    I didn't -- I would drink water at that

EXHIBIT A

189

```
 1              time.
 2    Q.   Okay.  But before you developed the
 3              ulcers, --
 4    A.   I drank.
 5    Q.   -- were you drinking beer then?
 6    A.   Yes.
 7    Q.   Okay.
 8    A.   Not as much as I was drinking then, you
 9              know.
10    Q.   You had to stop drinking beer when you had
11              the stomach problems?
12    A.   Yes, ma'am.
13    Q.   You mentioned when we were talking about
14              the products that you used at
15              Avondale, you mentioned amocite
16              blankets.
17    A.   Yes, ma'am.
18    Q.   And you said they made blankets.  Now, did
19              you ever have to make any of those
20              blankets?
21    A.   Yes, ma'am.
22    Q.   How much of the time when you were at
23              Avondale did you spend making
24              blankets as opposed to doing
25              insulation, other types of insulation
```

EXHIBIT A

190

1          work?

2    A.   Oh, it wasn't that much, you know.

3    Q.   Okay.  Did you have to do it off and on

4          the whole time or did you just do it

5          once?

6    A.   Just once in a while.

7    Q.   What were the blankets that you were

8          making used for?

9    A.   Well, to cover the valves, you know, the

10          pipe.

11    Q.   Okay.

12    A.   It would keep the heat, just like the cal.

13          sil..

14    Q.   Were they ever used for boilers?

15    A.   What is that?

16    Q.   Were they ever used for any purpose on

17          boilers?

18    A.   I don't know, ma'am.

19    Q.   Avondale has given us some of your

20          records, and it appears that at some

21          time Avondale started giving you

22          chest x-rays while you were working

23          there.

24    A.   Right.

25    Q.   Is that correct?

EXHIBIT A

191

1   A.   Yes, ma'am.

2   Q.   And do you recall what year the first

3        chest x-ray you had was?

4   A.   Not really.  It was around '77 or '78, I

5        guess.

6   Q.   Did they also give you a breathing test?

7   A.   A --

8   Q.   That's where you had to blow into a

9        machine.

10  A.   Yes, ma'am.

11  Q.   Every year that you had a chest x-ray, did

12       you also have a breathing test?

13  A.   Yes, ma'am.

14  Q.   What did Avondale tell you they were doing

15       this for? Why did they have you take

16       a chest x-ray and a breathing test?

17  A.   They never told us, or never told me,

18       anyway.

19  Q.   Did people around the department or

20       anybody at Avondale discuss why you

21       were having these tests taken or what

22       it was that Avondale was doing it

23       for?

24  A.   No, ma'am.

25  Q.   Do you know if anybody besides the

EXHIBIT A

192

| | | |
|---|---|---|
| 1 | | Insulating Department had these chest |
| 2 | | x-rays and breathing tests made? |
| 3 | A. | No, ma'am, I don't -- I don't know. |
| 4 | Q. | Do you know if other people in the |
| 5 | | Insulating Department besides you had |
| 6 | | the chest x-rays and breathing tests |
| 7 | | done? |
| 8 | A. | Yes, ma'am, everybody did. |
| 9 | Q. | Everybody did? |
| 10 | A. | Uh-huh, everybody. |
| 11 | Q. | While you were working at Avondale, did |
| 12 | | anybody at Avondale tell you that |
| 13 | | asbestos could be a problem to your |
| 14 | | health? |
| 15 | A. | They might have, I don't remember. |
| 16 | Q. | Okay. |
| 17 | A. | All I know is when -- when they came out |
| 18 | | with the asbestos, the Federal |
| 19 | | Government let them use the material |
| 20 | | they had instead of throwing it away |
| 21 | | or whatsoever, and they kept using |
| 22 | | the thing. |
| 23 | Q. | Well, where did you hear that from? |
| 24 | A. | What? |
| 25 | Q. | That the Federal Government let them |

EXHIBIT A

193

```
 1                    finish using the asbestos products
 2                    they had on hand.
 3     A.    In the news and in the paper, and on
 4                    television also.
 5     Q.    Mr. Kramer, you have a better memory than
 6                    a lot of the men from Avondale that
 7                    we have deposed.  I would like to see
 8                    if you can help me place on a
 9                    photograph I have of Avondale where
10                    you were working, and that sort of
11                    thing.  I will come down here by you.
12                    This is a copy of a picture, but it
13                    is not very good.  I don't know what
14                    year it was, even.  I tried to make a
15                    copy of it, but it didn't come out.
16                    Show me on here which ones are Wet
17                    Docks 1, 2 and 3, if you can tell?
18     A.    I couldn't tell you, ma'am, this -- this
19                    way --
20     Q.    This is --
21     A.    These are -- this is Avondale here --
22     Q.    My impression is that this is looking from
23                    the bridge upriver, and I just
24                    wondered if you can place anything on
25                    here for me.
```

EXHIBIT A

194

1    A.    Well, this is not --

2    Q.    It is not much of an aerial photo.

3    A.    Looking from the bridge, I don't know in

4          which direction you are talking

5          about.  You know, they have the

6          houses right here.

7    Q.    Those look like sheds to me.  This looks

8          like big storage sheds and tanks

9          right there.

10   MR. STAINES:

11          Do you see the wet docks?

12   THE WITNESS:

13          No.

14   MS. MacDONELL:

15          Look on --

16   MR. BRUNO:

17          Janet, let's not do this.  I

18          will give you my impression. We're

19          not going to do it, okay?  You are

20          not going to give an orientation.

21   MS. MacDONELL:

22          I want to ask him --

23   MR. BRUNO:

24          Janet, --

25   MS. MacDONELL:

EXHIBIT A

195

```
 1                    Stop, Joe. I have a right to ask
 2              my questions.
 3        MR. BRUNO:
 4                    I will stop this right now,
 5              unless you -- let me say to you that
 6              we have got the deposition of
 7              Avondale coming up in a week and a
 8              half, and I --
 9        MS. MacDONELL:
10                    I want to ask the witness --
11        MR. BRUNO:
12                    I can get them to advise of the
13              location of the wet docks at that
14              time.
15        MS. MacDONELL:
16                    I'm asking him now, Joe.
17        MR. BRUNO:
18                    Don't suggest anything to him.
19        MS. MacDONELL:
20                    You have to excuse us. That has
21              nothing to do with you.
22  EXAMINATION BY MS. MacDONELL:
23  Q.   Can you show me on the picture any
24              location to orient me to what is
25              here?  Can you show me any wet docks?
```

EXHIBIT A

196

1   A.   No, ma'am.  I can look at it like this,
2        you know (indicating).
3   Q.   Can you show me on here, without
4        orientation to the wet docks, where
5        the Insulation Department was?
6   A.   (Witness shakes head negatively) I would
7        have to know where Wet Dock 1 is, you
8        know.
9   Q.   If you can tell by the picture, let me
10       just -- well, just forget about the
11       picture and let me ask you where was
12       the Insulation Department in
13       relationship to Wet Dock Number 1?
14  A.   Where it was?
15  Q.   Uh-huh.
16  A.   Well, okay.  You had your pipe shop
17       first, and then you had the metal
18       shop, and you had the big rollers,
19       you know, rolling the metal, and
20       that makes some sheets, and then we
21       have the insulation.
22  Q.   Okay.
23  A.   Then the insulation shop.
24  Q.   Then the insulation shop?
25  A.   Yes.

EXHIBIT A

1    Q.   That insulation shop is where you said
2         that you would go and get the
3         products when you needed them, is
4         that correct?
5    A.   Yes, ma'am.
6    Q.   Was there a separate warehouse on the
7         grounds where they stored other
8         materials?
9    A.   Well, ma'am, they stored it in the
10        building, you know, on top, on
11        pallets, you know, in the shop.
12   Q.   Okay.  Now, was there -- was there any
13        other warehouse besides that -- was
14        there any warehouse besides where
15        insulation materials were stored?
16   A.   Ma'am, I don't know; I don't believe.
17   Q.   Okay. How far away was the toolroom from
18        the insulation shop, where you would
19        have to go to get your masks?
20   A.   That was not far.
21   Q.   Now, in yards, can you estimate?
22   A.   Oh, a couple of hundred yards -- feet. A
23        couple of hundred feet.
24   Q.   So the toolroom was a couple of hundred
25        feet --

EXHIBIT A

198

1  A.  Yes.

2  Q.  If you were working on Wet Dock Number 1,

3      how far away was the toolshop?

4  A.  That is what I'm talking about.  It was

5      about two-hundred feet. You just

6      don't have a toolshop.  You have one

7      at every dock.

8  Q.  Okay.  And at every dock where the

9      toolroom was, that is where you could

10     go to get a mask or a respirator --

11 A.  Yes.

12 Q.  -- if you needed it?

13 A.  Well, some was further than others, you

14     know.

15 Q.  Where was sandblasting done at Avondale

16     when you-all were there?

17 A.  That was between Wet Dock 2 and Wet Dock

18     3.

19 Q.  Wet Dock 2?

20 A.  As far as I can remember.

21 Q.  Wet Docks 2 and 3?

22 A.  Yes, right, right close to the levee.

23 Q.  If you were working at Wet Dock Number 2

24     and they were sandblasting, could you

25     tell that they were sandblasting?  I

EXHIBIT A

199

```
1              mean, would you be able to see it or
2              feel it?
3  A.   Well, you might be able to see it, but you
4              would be four or five thousand feet
5              away, three or four thousand feet
6              away, because you don't feel it
7              there.
8  Q.   It does not --
9  A.   You could not feel it right there, you
10             know.
11 Q.   Okay.  If sandblasting was going on and
12             you were working at Wet Dock Number
13             2, the sandblasting would be two
14             thousand or three thousand feet away,
15             that is how far you would have to be
16             away in order to see it?
17 A.   Well, that is about how far it would be
18             for you to see it.  That is how far
19             you would be to see it from the dock.
20 Q.   You have to excuse me, but I am having a
21             hard time understanding what you are
22             saying.
23 A.   Okay.  If I was at Wet Dock 2, I wouldn't
24             be able to see them blasting, no.
25 Q.   Okay.
```

EXHIBIT A

200

```
 1  A.  Okay.

 2  Q.  And why is that, because it was too far

 3          away?

 4  A.  Well, --

 5  Q.  Or too close?

 6  A.  It was too far away.

 7  Q.  When you had to work inside of ships,

 8          obviously you could not work in the

 9          same hold or the same area as a

10          sandblaster.  If the sandblasters had

11          been there before, was there still

12          sand around that somebody might be

13          cleaning up while you were working?

14  A.  Not usually, ma'am, they would -- they

15          would clean that up and paint it and

16          when it was all done it was put in

17          the water.

18      MS. MacDONELL:

19              No other questions. Thank you.

20      MS. PATINO-CARO:

21              No questions.

22  EXAMINATION BY MS. BUSH:

23  Q.  I have a few questions for you, Mr.

24          Kramer.  Have you also been treated

25          for high blood pressure or
```

EXHIBIT A

201

|    |     |                                          |
|----|-----|------------------------------------------|
| 1  |     | hypertension?                            |
| 2  | A.  | I have, yes.  That is another thing, you |
| 3  |     | see.  One doctor says you have it,       |
| 4  |     | and the other one says you don't have    |
| 5  |     | it.                                      |
| 6  | Q.  | Has some doctor told you that you don't  |
| 7  |     | have high blood pressure?                |
| 8  | A.  | Yes.                                     |
| 9  | Q.  | Who?                                     |
| 10 | A.  | Well, I saw Doctor Ory, said I had it, and |
| 11 |     | I saw another doctor, said I didn't      |
| 12 |     | have it.                                 |
| 13 | Q.  | Who told you that you didn't have it?    |
| 14 | A.  | I didn't have it.                        |
| 15 | Q.  | And who told you that you --             |
| 16 | A.  | I went to the hospital, you know, and my |
| 17 |     | blood has been normal.                   |
| 18 | Q.  | Where is that, Southeast Louisiana Medical |
| 19 |     | Center?                                  |
| 20 | A.  | Yes.                                     |
| 21 | Q.  | Which doctor treated you or told you that |
| 22 |     | you had high blood pressure?             |
| 23 | A.  | Doctor Poole.                            |
| 24 | Q.  | When you first started giving your       |
| 25 |     | deposition, Mr. Kramer, you said you     |

EXHIBIT A

202

```
 1              take medication that makes you woozy.
 2              Were you referring to the pills that
 3              you take for your liver?
 4    A.   Yes, ma'am.
 5    Q.   Any other medication that you take that
 6              makes you woozy?
 7    A.   No.   That's all I can say, you know, those
 8              pills. I can't take drugs, you know,
 9              nothing like that, because it would
10              mess up my liver, and the pills don't
11              work if you take aspirin.  You can't
12              even take aspirin.
13    Q.   You were talking earlier about the
14              Avondale doctor who told you that he
15              looked at your x-rays and saw air
16              pockets on your lungs.  Did he tell
17              you what caused the air pockets?
18    A.   Well, the only thing he said, ma'am, was
19              that probably is the x-rays that done
20              that. The x-rays came out like that,
21              but -- but I never been to take
22              x-rays since that.  When he take the
23              x-rays, if it is not good, they make
24              you wait and they take another one.
25    Q.   Did that happen in this instance?
```

EXHIBIT A

203

```
 1   A.   No.  They took that one and that was it.
 2   Q.   Okay.  When he told you that you had air
 3        pockets, though, did he tell you what
 4        caused the air pockets?
 5   A.   No, ma'am.
 6   Q.   Did he tell you whether or not these air
 7        pockets were bad for your lungs?
 8   A.   No.
 9   Q.   Did he make any recommendations about your
10        continuing to work at Avondale, when
11        he saw the air pockets on your lungs?
12   A.   No.
13   Q.   Do I understand your testimony correctly
14        that you're taking Primatene Mist on
15        your own.  Is that correct?
16   A.   Yes, ma'am.
17   Q.   No doctor has ever prescribed an inhalant
18        for you?
19   A.   No, ma'am.
20   Q.   Why did you go to see Mr. Bruno?
21   A.   Why?
22   Q.   Uh-huh.
23   A.   Because they always told me that you
24        couldn't sue after one year, and I
25        met a colored friend of minute and he
```

EXHIBIT A

204

|    |     |                                               |
|----|-----|-----------------------------------------------|
| 1  |     | said it was baloney.  My lungs were          |
| 2  |     | -- I had something wrong with my             |
| 3  |     | lungs, said to talk to Joe and see           |
| 4  |     | what he say.  Joe recommended me to          |
| 5  |     | see Kenneth Smith.                           |
| 6  | Q.  | Before you saw Mr. Bruno, had you thought     |
| 7  |     | about suing someone like Avondale for        |
| 8  |     | your lungs?                                   |
| 9  | A.  | Before?                                        |
| 10 | Q.  | Yes.                                           |
| 11 | A.  | I was suing whoever was responsible for my    |
| 12 |     | lungs or I wouldn't have come see            |
| 13 |     | Joe.                                           |
| 14 | Q.  | Did you --                                     |
| 15 | A.  | I came see Joe especially for that.  If my    |
| 16 |     | lungs was -- if my lungs was damaged         |
| 17 |     | by the job I did, that is why I saw          |
| 18 |     | Joe.                                           |
| 19 | Q.  | Did you suspect, before you went to see       |
| 20 |     | Doctor Bruno, that your lungs had            |
| 21 |     | been damaged while you were working          |
| 22 |     | at Avondale?                                  |
| 23 | A.  | Yes.                                           |
| 24 | Q.  | Yes?                                           |
| 25 | A.  | Yes.                                           |

EXHIBIT A

1    Q.   And who was this colored friend that you
2         spoke to,?
3    A.   Earl Baptiste.
4    Q.   Earl Baptiste? When did you first suspect
5         that you had damaged your lungs while
6         you had worked at Avondale?
7    A.   I didn't know if it was just Avondale or
8         whoever.  It had to be someplace.
9    Q.   Well, --
10   A.   I worked for the three companies.
11   Q.   When did you first suspect that you had
12        lung damage that was related to your
13        work?
14   A.   When I saw I started getting short of
15        breath.
16   Q.   When was that?
17   A.   Well, that was in '82 or '83, something
18        like that.
19   Q.   In '82 or '83, when you first suspected
20        that your lungs had been damaged by
21        your work, were you seeing a doctor?
22   A.   Yes, I seen Doctor -- like I say, Doctor
23        Ory and them.
24   Q.   Was Doctor Ory treating you for your
25        lungs?

EXHIBIT A

206

```
 1   A.   No.

 2   Q.   No?

 3   A.   (Witness shakes head negatively).

 4   Q.   Is that a "yes" or a "no"?

 5   A.   "No."

 6   Q.   Did you ever tell Doctor Ory that you were

 7        having shortness of breath or that

 8        you suspected that you had damaged

 9        your lungs while you were working?

10   A.   No.

11   Q.   Did you --

12   A.   I told him I was having shortness of

13        breath, but I didn't know if my lungs

14        was damaged or not.

15   Q.   Back in '82 or '83, did you have any

16        conversations with any of your

17        co-workers who had worked at Avondale

18        regarding your suspicions that you

19        may have damaged your lungs while

20        working?

21   A.   No, ma'am, I -- I haven't talked to

22        anybody that works at Avondale,

23        except my son, in the last five or

24        six years, since I quit over there.

25        I never saw somebody.
```

EXHIBIT A

207

1   Q.   When was it that you had the conversation
2        with Mr. Baptiste?
3   A.   Oh, 19 -- around 1983, '84.
4   Q.   Do you remember where it was that you saw
5        Mr. Baptiste?
6   A.   Well, at my house.
7   Q.   He went to visit you at your home?
8   A.   Well, he came to visit us.
9   Q.   Is he a friend of yours?
10  A.   Well, pretty good.
11  Q.   What was the reason for his being at your
12       home at that time?
13  A.   Well, he came to visit.  I mean, you don't
14       have to have a reason to visit
15       people.
16  Q.   Okay.  Did he visit you often?
17  A.   No, ma'am.
18  Q.   Was that the only time he ever visited you
19       at your home?
20  A.   No.
21  Q.   Has he been over to visit you since that
22       time? I mean, since that time you had
23       the conversation, has he been over to
24       your house to visit you since that
25       conversation you had with him?

EXHIBIT A

208

```
 1   A.    He comes every once in a while, but it's
 2             not every week.  It's every couple of
 3             months.
 4   Q.    Earlier you were also talking about
 5             respirators at Avondale and you said
 6             when they found out about asbestos,
 7             they got strict with them in '73
 8             or '75.  Do you remember saying that?
 9   A.    Yes, but I didn't say that.  I said in '77
10             or '78.
11   Q.    '77 or '78, they got more strict about
12             respirators?
13   A.    Yes -- yes, ma'am.
14   Q.    Is that true?
15   A.    Yes.
16   Q.    Okay.  Was this because Avondale had found
17             out that there was something bad in
18             asbestos or something bad about
19             asbestos?
20   A.    I don't know.
21   Q.    You don't know?
22   A.    No.
23   Q.    But they became more strict about
24             respirators in '77 or '78?
25   A.    Yes, ma'am.
```

EXHIBIT A

209

```
 1   Q.   And when you say "more strict," what did
 2            they do?
 3   A.   Well, they made you wear them a little
 4            more often, that's all. They weren't
 5            that strict at that time either.
 6   Q.   Pardon?
 7   A.   They weren't that strict at that time
 8            either.
 9   Q.   What do you mean by that?
10   A.   Just like I said, like I am saying now,
11            you either wear it if you wanted to,
12            and if you didn't want to, they don't
13            care if you wore it or not.
14   Q.   At any time while you were at Avondale,
15            did anyone there tell you that
16            asbestos may harm your lungs or
17            cause some injury to your lungs?
18   A.   No.
19   Q.   Had you heard something about that,
20            though, in the news?
21   A.   Yes.
22   Q.   On television or in the newspaper?
23   A.   (Witness nods head affirmatively).
24   Q.   Yes?
25   A.   Yes.
```

EXHIBIT A

210

```
 1   Q.   Would you have heard about health problems
 2            caused by asbestos while you were
 3            still working at Avondale?
 4   A.   I was not working at Avondale when I heard
 5            about the sickness and all of that.
 6            When Lawrence Granier died, I had
 7            quit Avondale already.  I didn't know
 8            nothing about that.
 9   Q.   When did -- is it Granier?  Lawrence
10            Granier, when did he die?
11   A.   Yes.
12   Q.   What I am asking you, when did he die?
13   A.   Well, --
14   Q.   Do you know?
15   A.   A couple of years back, three or four
16            years.
17   Q.   Okay.
18   A.   I don't know all the dates, you know.
19   Q.   You had alluded to earlier that you had
20            either read in the newspaper or
21            watched on television and heard
22            something that asbestos could cause
23            some harm to your lungs or to your
24            health.  Is that correct?
25   A.   I don't -- I don't remember if it was '78
```

EXHIBIT A

211

```
 1                    or '79, but whenever it was, what I
 2                    said that the Federal Government let
 3                    them keep using asbestos, you know,
 4                    insulation with asbestos in it.
 5    Q.   That is when you were still at Avondale?
 6    A.   Yes, uh-huh, still at Avondale.
 7    Q.   At the time that you were still using the
 8                    asbestos-containing products, had you
 9                    heard on television or had you read
10                    that asbestos may cause damage to
11                    your health or hurt your lungs?
12    A.   I might have; I don't know.
13    Q.   You don't remember?
14    A.   If I heard all of that, you have to work
15                    one way or the other.
16    Q.   I understand that, but my question was
17                    when did you hear either in the news
18                    or from someone else that asbestos
19                    may cause harm to your lungs?
20    A.   I don't know.
21    Q.   You don't know?
22    A.   I don't know.
23    EXAMINATION BY MR. ENTEN:
24    Q.   What do you think was the purpose of the
25                    respirators that Avondale was
```

EXHIBIT A

212

```
 1              providing to you, if you wanted to
 2              use them? What was the purpose of the
 3              respirators or the masks?
 4   A.   What was the purpose of -- that was to
 5              keep that dust stuff away from you.
 6   Q.   And you knew that at the time you were
 7              working at Avondale, didn't you, that
 8              was their purpose?
 9   A.   I knew that, but you don't know --  you
10              are talking about things in here, but
11              you never been in the tanks.  You
12              know, you can't wear those things all
13              the time, plus you take it off from
14              one section and the damned respirator
15              is full of stuff again, and the
16              little masks they gave you there, you
17              know, don't last -- they only last
18              about ten or fifteen minutes.  It
19              might look good in a doctor's office,
20              but when you are working at Avondale
21              in 110, 115 degrees, you start
22              sweating and the first thing happens
23              is the little respirator you got is
24              going to break.
25   Q.   Did you ever make any complaints through
```

EXHIBIT A

213

1           anybody at Avondale about the
2           respirators or the masks?
3    A.   You can complain what you want at
4           Avondale.
5    Q.   My question is did you ever make any
6           complaints?
7    A.   I complained about the -- about the
8           respirators, yes.
9    Q.   When did you complain?
10   A.   I complained to the foreman about it.
11   Q.   What foreman?
12   A.   What is his name? I don't know his name,
13          what --
14   Q.   When was it that you --
15   A.   I didn't have the same ones every day.
16   Q.   When is it that you complained, on how
17          many occasions?
18   A.   Whenever I had to use the little white --
19          the little white surgical masks
20          there.
21   Q.   Every day that you used a white surgical
22          mask you registered a complaint?
23   A.   If I would have done that I would not have
24          a job.  You can't do that like you
25          are talking.

EXHIBIT A

214

1    Q.   About how many times did you complain?
2         That is my question, do you recall?
3    A.   I complained once or twice and -- they
4         could see.  Nobody had to complain.
5    Q.   On those occasions you complained, what
6         specifically did you say in your
7         complaints?  On those occasions that
8         you complained, what specifically
9         were your complaints?
10   A.   The respirators would not stay on, it
11        wouldn't hold that stuff back.
12   Q.   You are talking about the white
13        respirator?
14   A.   Yes.
15   Q.   And who did you complain to - your
16        foreman?
17   A.   The foreman, yes.
18   Q.   Do you remember what the foreman's name
19        was?  Do you remember what the
20        foreman's name was that you
21        complained to?
22   A.   No, I -- I don't know which one it was.
23   Q.   Was he a white man or black man?
24   A.   White, they almost all white.
25   Q.   Do you remember what year it was that

EXHIBIT A

1      these complaints were registered?

2  A.  No, I don't.

3  Q.  You also testified earlier that Avondale

4      would get on you if you went to the

5      toolroom too much to get masks.  Can

6      you tell me who would get on you?

7      Can you give me the name of any

8      specific individual that you ever saw

9      criticize anyone or "get on anybody,"

10      in your own words, for going to the

11      toolroom too much to get respirators?

12  A.  Not for respirators, no, but nobody would

13      hardly go get a respirator.  They

14      would do it for just about anything

15      else.

16  Q.  So then your prior testimony given in this

17      deposition is not correct, that

18      Avondale would not "get on people"

19      for using masks or respirators.  That

20      was an incorrect statement?

21  A.  What I said?

22  Q.  I think you said before that Avondale

23      would "get on people" if they went to

24      get masks on too many occasions.  Is

25      that correct or incorrect?

EXHIBIT A

216

```
 1   A.   That's right, you know, because the
 2             foreman would get on you if you were
 3             taking too much time.
 4   Q.   Did you ever see a foreman get on anybody?
 5   A.   I seen them get on a lot of people for
 6             losing time.
 7   Q.   Can you give me the names of the foremen?
 8   A.   I don't know the names.  I told you five
 9             or six or seven, because you did not
10             work with the same ones every day.
11             You worked with different ones.  I
12             gave you the names of how many --
13             seven of them, you know, six or
14             seven, whatever they were.
15   Q.   So no one ever specifically told you not
16             to wear a mask or a respirator.  Is
17             that the reason you did --
18   A.   Not to wear it?
19   Q.   Yes.
20   A.   They did not tell me not to wear it, and
21             they never told me to wear it either.
22   Q.   You knew that you should wear it for your
23             own protection, is that correct?
24   A.   I knew that everywhere you went, they had
25             that.  The material we used in there,
```

EXHIBIT A

217

```
 1                    it would make dust, and you couldn't
 2                    keep a respirator like you are
 3                    talking about in most places.
 4      Q.    But you chose not to wear one on most
 5                    occasions?
 6      A.    I did like everybody else was doing.
 7      Q.    So the answer would be yes, you chose not
 8                    to wear it on most occasions.  Is the
 9                    answer yes?
10      A.    I told you that because -- they wouldn't
11                    get on me.  They wouldn't tell me to
12                    wear it, and why wear it if they
13                    don't care?
14      MR. ENTEN:
15                    That's all, thank you.
16      MS. MacDONELL:
17                    Thank you very much.
18      MR. BRUNO:
19                    I don't have any questions.
20
21
22                    (Witness excused)
23
24
25
```

EXHIBIT A

218

1                    C_E_R_T_I_F_I_C_A_T_E

2

3

4            I, PAUL W. WILLIAMS, Certified

5    Shorthand Reporter in and for the State of

6    Louisiana, do hereby certify the above and

7    foregoing is true and correct as taken by me on

8    January 25, 1989.

9

10

11

12    _____
                PAUL W. WILLIAMS
13

14

15

16

17

18

19

20

21

22

23

24

25

EXHIBIT A