# Exhibit B

EXHIBIT B

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

CHERYL BECNEL, ET AL.
                Plaintiffs

VERSUS

TAYLOR-SEIDENBACH, INC., ET AL.
                Defendants

CIVIL ACTION NO. 2:23-cv-01124

SECTION P(5)

JUDGE DARREL J. PAPILLION

MAG. JUDGE MICHAEL NORTH

**DECLARATION OF MADELEINE FISCHER**

I, Madeleine Fischer, state under penalty of perjury that the following is true and correct:

1.     I am one of the counsel of record representing McDermott, Inc. in the above captioned matter.

2.     I am over the age of eighteen and am competent to testify to the statements made in this Declaration. I have personal knowledge of all facts set forth herein and if called upon to testify, I could and would testify competently to such facts.

3.     The attached Social Security Print Out of Howard Kraemer Sr.'s social security records was served on counsel of record by plaintiff's counsel on May 1, 2025 in a discovery production attached to Plaintiff's Master Discovery Responses.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed this 19th day of May, 2025.

/s/ Madeleine Fischer
MADELEINE FISCHER

EXHIBIT B

SSA-1826                    ITEMIZED STATEMENT OF EARNINGS

                           SOCIAL SECURITY ADMINISTRATION
                           OFFICE OF CENTRAL OPERATIONS
                           6100 WABASH AVENUE
                           BALTIMORE MARYLAND   21215

                                                Date: 08/08/2023

PHILLIP C HOFFMAN LLC
643 MAGAZINE ST STE 300 - A
NEW ORLEANS LA 70130


We are sending the statement of earnings requested for:

    Number Holder's Name: HOWARD J KRAEMER
   Social Security Number: XXX-XX-4342

        Years Requested: 1950 THRU 2002


Control Number: 23218125050
SERS Order Number: 00001652167

Enclosure(s):
    Earnings Statement


EXHIBIT B

SSA-1826                    ITEMIZED STATEMENT OF EARNINGS


                        SOCIAL SECURITY ADMINISTRATION
                        EARNINGS RECORD INFORMATION

                                             Date: 08/08/2023


    Our records show the amount of earnings reported, not the amount of
    Social Security taxes that were paid.

    Wages were first covered under Social Security in 1937.  Therefore,
    1937 is the first year for which earnings may be shown on our records.
    Employers were required to report earnings semi-annually in 1937,
    and on a quarterly basis for the years from 1938 through 1977.
    Beginning with 1978, employers are required to report earnings annually.

    Our records do not show the exact date of employment (month and day)
    because we do not need this information to figure Social Security
    benefits.  Employers do not give us this information.

    Each year, there is a maximum amount of earnings that is subject to
    Social Security taxes and is used to compute benefits.  If a person
    earns more than this maximum amount, the earnings statement will
    usually show the maximum rather than the total earnings.  Maximum
    benefits can be found on the SSA website.
    http://www.ssa.gov/OACT/COLA/cbb.html

    Beginning in 1951, self-employed persons could also receive
    Social Security credit for their work.  The maximum amounts of
    self-employment earnings that are subject to Social Security taxes
    and are used to compute benefits can also be found on the SSA website.
    http://www.ssa.gov/OACT/COLA/cbb.html

    If you have any questions, you should call, write,  or visit any
    Social Security office.  If you visit or call, please bring this letter.
    It will help us answer questions.  The toll free number to call is
    1-800-772-1213 (for the deaf or hard of hearing, call our TTY number,
    1-800-325-0778).


                              EXHIBIT B

**SOCIAL SECURITY ADMINISTRATION**
Baltimore, Maryland 21290-0300

**CERTIFICATION OF EXTRACT FROM RECORDS**

Pursuant to the provisions of Title 42, United States Code, Section 3505, and the authority vested in me by 45 F. R. 47245-46. I hereby certify that I have legal custody of certain records, documents, and other information established and maintained by the Social Security Administration, pursuant to Title 42, United States Code, Section 405, and that the annexed is a true extract from such records in my custody as aforesaid.

I certify that all signatures of Social Security Administration officials on the annexed document(s) are genuine and made pursuant to the signers' official capacity.

I further certify that these records may not show all the earnings reported for the periods ending after December 31, 2021 because of the time required to receive and process reports.

IN WITNESS WHEREOF, I have hereunto set my hand and caused the seal of the Social Security Administration to be affixed this _____ 8th _____ day of ____ August ____, 2023.

_M. De Los Reyes_
_____
Monica De Los Reyes
Director
Division of Earnings and Business Services
Office of Central Operations

Form **SSA-473** (09/13)
Destroy Prior Edition

EXHIBIT B

```
ᴄSA-18ᴰ6                    ITEMIZED STATEMENT OF EARNINGS
                    * * *     FOR SSN XXX-XX-4342      * * *


FROM:   SOCIAL SECURITY ADMINISTRATION
        OFFICE OF CENTRAL OPERATIONS
        6100 WABASH AVENUE
        BALTIMORE  MARYLAND  21215


NUMBER HOLDER NAME: HOWARD J KRAEMER
    YEARS REQUESTED: 1950 THRU 2002


PHILLIP C HOFFMAN LLC
643 MAGAZINE ST STE 300 - A
NEW ORLEANS LA 70130




EMPLOYER NUMBER:  74-1067837
MARINE EXPLORATION CO A TEXAS CORP
PO BOX 22695
HOUSTON  TX 77227-2695
```

| YEAR | 1ST QTR | 2ND QTR | 3RD QTR | 4TH QTR | TOTAL |
|------|---------|---------|---------|---------|-------|
| 1952 | 252.39  | 568.69  | 662.01  | 32.14   | $1,515.23 |
| 1953 | 34.88   |         |         | 236.83  | $271.71 |
| 1954 | 647.50  | 176.23  |         |         | $823.73 |
| 1955 |         |         | 231.35  | 617.88  | $849.23 |
| 1956 | 771.47  | 808.75  | 962.25  | 931.16  | $3,473.63 |
| 1957 | 876.76  | 895.79  | 698.71  | 1051.17 | $3,522.43 |
| 1958 | 736.33  | 243.31  | 198.32  |         | $1,177.96 |
| 1959 |         | 246.49  | 353.32  |         | $599.81 |

```
EMPLOYER NUMBER:  74-0891870
SEISMIC EXPLORATIONS INC OF
DELAWARE
1007 S SHEPHERD DR
HOUSTON  TX 77019-3607
```

| YEAR | 1ST QTR | 2ND QTR | 3RD QTR | 4TH QTR | TOTAL |
|------|---------|---------|---------|---------|-------|
| 1952 |         |         |         | 18.00   | $18.00 |

PAGE   1

# EXHIBIT B

```
SSA-1826                    ITEMIZED STATEMENT OF EARNINGS
                     * * *    FOR SSN XXX-XX-4342      * * *
```

EMPLOYER NUMBER:  72-0123069
AVONDALE SHIPYARDS INC
PO BOX 50280
NEW ORLEANS  LA 70150-0280

| YEAR | 1ST QTR | 2ND QTR | 3RD QTR | 4TH QTR | TOTAL |
|------|---------|---------|---------|---------|-------|
| 1953 | 44.02   |         |         |         | $44.02 |
| 1966 |         |         | 72.58   |         | $72.58 |
| 1969 |         | 1349.75 | 1495.99 | 1553.63 | $4,399.37 |
| 1970 | 1181.73 | 967.32  | 2033.10 | 2280.45 | $6,462.60 |
| 1971 | 2286.15 | 2704.68 | 2809.17 |         | $7,800.00 |
| 1972 | 2490.96 | 2472.90 | 2582.30 | 1453.84 | $9,000.00 |
| 1973 | 2465.12 | 2757.25 | 2798.85 | 2778.78 | $10,800.00 |
| 1974 | 2629.04 | 3037.68 | 3103.96 | 2142.77 | $10,913.45 |
| 1975 | 2014.74 | 3090.36 | 3350.13 | 3615.92 | $12,071.15 |
| 1976 | 3625.77 | 3702.16 | 3322.08 | 4356.27 | $15,006.28 |
| 1977 | 2580.13 | 3158.78 | 4019.48 | 4510.14 | $14,268.53 |
| 1978 |         |         |         |         | $6,099.74 |

EMPLOYER NUMBER:  72-0377594
THAYER MAY
 EST OF MAY BROS
YOUDEU CITY  LA 00000-0000

| YEAR | 1ST QTR | 2ND QTR | 3RD QTR | 4TH QTR | TOTAL |
|------|---------|---------|---------|---------|-------|
| 1953 | 255.38  | 433.88  | 634.87  |         | $1,324.13 |
| 1954 |         | 330.74  | 483.00  |         | $813.74 |

EMPLOYER NUMBER:  64-0315125
DELTA EXPLORATTON CO
EWIN D & PHIL GABY GEO AUGUSTAT ETOYLE
CONLY JNO J BABB & A G HARVEY
PO BOX 2666
JACKSON  MS 39207-2666

| YEAR | 1ST QTR | 2ND QTR | 3RD QTR | 4TH QTR | TOTAL |
|------|---------|---------|---------|---------|-------|
| 1953 |         |         | 70.13   | 229.03  | $299.16 |
| 1958 |         |         | 145.38  |         | $145.38 |

EMPLOYER NUMBER:  23-0371610
ATLANTIC RICHFIELD CO
 ATTN W MANGAN
EXECUTIVE SUITES AT MCI TOWER
501 WESTLAKE PARK BLVD
HOUSTON  TX 77079-2604

| YEAR | 1ST QTR | 2ND QTR | 3RD QTR | 4TH QTR | TOTAL |
|------|---------|---------|---------|---------|-------|
| 1954 |         |         |         | 789.31  | $789.31 |
| 1955 | 687.38  | 1007.60 | 153.68  |         | $1,848.66 |

PAGE    2

EXHIBIT B

```
SSA-1823                  ITEMIZED STATEMENT OF EARNINGS
                      * * *      FOR SSN XXX-XX-4342      * * *


EMPLOYER NUMBER:  72-0443594
CENTRAL INDUSTRIES INC
PO BOX 259
DUSON  LA 70529-0259


YEAR     1ST QTR     2ND QTR     3RD QTR     4TH QTR            TOTAL
1955                              11.00                        $11.00



EMPLOYER NUMBER:  74-1057595
APACHE EXPLORATION CO INC
 % JOHN COOK
 TRUST DEPT BANK OF THE SOUTHWEST
PO BOX 2626
HOUSTON  TX 77252-2626


YEAR     1ST QTR     2ND QTR     3RD QTR     4TH QTR            TOTAL
1955                              97.57                        $97.57



EMPLOYER NUMBER:  74-1211415
A G NANCE & JOHN C J FULLER
NANCE EXPLORATION COMPANY
2506 ROBINHOOD ST
HOUSTON  TX 77005-2512


YEAR     1ST QTR     2ND QTR     3RD QTR     4TH QTR            TOTAL
1958                             132.50                       $132.50



EMPLOYER NUMBER:  72-0398143
ASHY-HUTCHINSON ENTERPRISES INC
PO BOX 1009
EUNICE  LA 70535-1009


YEAR     1ST QTR     2ND QTR     3RD QTR     4TH QTR            TOTAL
1959                 402.50                                   $402.50



EMPLOYER NUMBER:  72-0470198
JEFFERS & BOUDREAUX
JEFFERS CONSTRUCTION CO
PO BOX 211
THIBODAUX  LA 70302-0211


YEAR     1ST QTR     2ND QTR     3RD QTR     4TH QTR            TOTAL
1960     312.40                                               $312.40
```

PAGE    3

EXHIBIT B

```
SSA-18:..              ITEMIZED STATEMENT OF EARNINGS
                 * * *      FOR SSN XXX-XX-4342      * * *

EMPLOYER NUMBER:  64-0348799
DELTA EXPLORATION CO INC
PO BOX 36928
HOUSTON  TX 77236-6928

YEAR    1ST QTR     2ND QTR     3RD QTR     4TH QTR          TOTAL
1962                            507.00                     $507.00


EMPLOYER NUMBER:  72-0548255
MUSKEG EQUIPMENT INC
PO BOX 565
HOUMA  LA 70361-0565

YEAR    1ST QTR     2ND QTR     3RD QTR     4TH QTR          TOTAL
1964                209.84      829.65                   $1,039.49


EMPLOYER NUMBER:  94-1059374
AMPEX CORPORATION
401 BROADWAY M S 1 # 13
REDWOOD CITY  CA 94063-0000

YEAR    1ST QTR     2ND QTR     3RD QTR     4TH QTR          TOTAL
1965    543.64                                             $543.64


EMPLOYER NUMBER:  74-1301542
B & B ENGINEERING & SUPPLY
 CO OF LOUISIANA INC
PO BOX 2531
HOUSTON  TX 77252-2531

YEAR    1ST QTR     2ND QTR     3RD QTR     4TH QTR          TOTAL
1966                                        131.10         $131.10
1967    1501.90                                          $1,501.90


EMPLOYER NUMBER:  13-1855904
FOSTER WHEELER CORP
 PERRYVILLE CORPORATE PARK
CLINTON  NJ 08809-0000

YEAR    1ST QTR     2ND QTR     3RD QTR     4TH QTR          TOTAL
1968                                        370.80         $370.80
```

PAGE    4

EXHIBIT B

```
SSA-18..                ITEMIZED STATEMENT OF EARNINGS
                 * * *      FOR SSN XXX-XX-4342      * * *

EMPLOYER NUMBER:  75-1279909
LAJET INC
3617 N LABARRE RD
METAIRIE  LA 70002-1812

YEAR    1ST QTR    2ND QTR    3RD QTR    4TH QTR         TOTAL
1977    413.00                273.00                    $686.00


EMPLOYER NUMBER:  72-0721542
PETRIN LLC
% PETRIN ACQUISITION LLC SOLE MBR
2600 CITIPLACE CT STE 500
BATON ROUGE  LA 70808-2720

YEAR    1ST QTR    2ND QTR    3RD QTR    4TH QTR         TOTAL
1978                                                  $9,728.00
1983                                                  $9,009.00
1984                                                    $913.00


EMPLOYER NUMBER:  72-0850905
TEMP-CON INC
 HWY 3185
3622 GOVERNMENT ST
BATON ROUGE  LA 70806-5720

YEAR    1ST QTR    2ND QTR    3RD QTR    4TH QTR         TOTAL
1979                                                 $19,157.30
1980                                                 $20,674.39
1981                                                 $19,897.50
1983                                                  $9,951.38


*************************************************************************
*********    THERE ARE NO OTHER EARNINGS RECORDED UNDER THIS    *********
*********    SOCIAL SECURITY NUMBER FOR YEAR(S) REQUESTED       *********
*************************************************************************
```

PAGE    5

EXHIBIT B