# Exhibit C

EXHIBIT C



# Deposition of
# Roseanne M. Pierron

**Date:** May 18, 2023

**Case:** CHERYL BECNEL, ET AL. v. TAYLOR-SEIDENBACH, INC., ET AL.

**No.** 2-23-cv-1124

**Court Reporter:** Cindy Rogers La Cour, CSR, RPR, RMR

Paszkiewicz Court Reporting
Phone: (618) 307-9320 / (855) 595-3577 toll-free
Fax: 618-855-9513
Web Site: www.spreporting.com

EXHIBIT C

Page 1

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

CIVIL ACTION NO: 2-23-cv-1124


CHERYL BECNEL, ET AL.

PLAINTIFFS

VERSUS

TAYLOR-SEIDENBACH, INC., ET AL.

DEFENDANTS


Videotaped deposition of ROSEANNE M. PIERRON, 615 Cypress Street, Gibson, Louisiana 70356, taken via Zoom Video Conference, by the Plaintiff, on Thursday, May 18, 2023, commencing at 10:07 a.m.

EXHIBIT C

```
                                                         Page 2
 1                         INDEX
 2
                                                    Page
 3

 4     CAPTION......................................1
       APPEARANCES..................................3
 5     AGREEMENT OF COUNSEL.........................8
       REPORTER'S CERTIFICATE.....................169
 6

 7

 8                      EXAMINATION

 9
       MR. HOFFMAN.................................10
10     MR. MINYARD.................................60
       MR. ELAM...................................111
11     MR. NUNZIATO...............................120
       MS. LeFEVE.................................126
12     MS. YOUNG..................................128
       MS. McQUILLAR..............................151
13     MR. KINLER.................................154
       MR. ELAM...................................165
14     MS. YOUNG..................................167

15

16
                         EXHIBITS
17

18     #1.........................................163

19

20

21

22

23

24

25
```

EXHIBIT C

```
                                                          Page 3
 1   APPEARANCES:

 2
             Philip C. Hoffman, LLC
 3           BY:  Philip C. Hoffman, Esquire
             BY:  Dayal S. Reddy, Esquire
 4           643 Magazine Street
             Suite 300-A
 5           New Orleans, Louisiana 70130
             (504) 822-6050
 6           phil@pchlawfirm.com
             dayalsreddy@gmail.com
 7
                  ATTORNEYS FOR PLAINTIFFS
 8

 9           Courington, Kiefer, Sommers,
             Marullo & Matherne, LLC
10           BY:  April A. McQuillar, Esquire
             616 Girod Street
11           New Orleans, Louisiana 70130
             (504) 524-5510
12           amcquillar@courington-law.com

13                   ATTORNEYS FOR HOPEMAN BROTHERS,
                     INC.
14

15           Cosmich Simmons & Brown, PLLC
             BY:  Jason Elam, Esquire
16           650 Poydras Street
             Suite 2215
17           New Orleans, Louisiana 70130
             (504) 262-0040
18           jason.elam@cs-law.com

19                   ATTORNEYS FOR PETRIN LLC

20
             Forman Watkins & Krutz LLP
21           BY:  McCann E. LeFeve, Esquire
             201 St. Charles Avenue
22           Suite 2100
             New Orleans, Louisiana 70170
23           (504) 799-4383
             mccann.lefeve@formanwatkins.com
24
                     ATTORNEYS FOR CHEVRON ORONITE
25
```

EXHIBIT C

```
 1   APPEARANCES (Continued):

 2
             Frilot, LLC
 3           BY:  Kelly Long, Esquire
             1100 Poydras Street
 4           Suite 3700
             New Orleans, Louisiana 70163
 5           (504) 599-8000
             klong@frilot.com
 6
                    ATTORNEYS FOR PARAMOUNT GLOBAL,
 7                  GENERAL ELECTRIC COMPANY AND
                    FOSTER WHEELER LLC
 8

 9           Hailey, McNamara, Hall,
             Larmann & Papale, LLP
10           BY:  Nicole C. Palmisano, Esquire
             3445 North Causeway Boulevard
11           Suite 800
             Metairie, Louisiana 70001
12           (504) 836-6500
             npalmisano@hmhlp.com
13
                    ATTORNEYS FOR
14                  TAYLOR-SEIDENBACH, INC.

15
             Irwin Fritchie Urquhart & Moore LLC
16           BY:  Scott Minyard, Esquire
             400 Poydras Street
17           Suite 2700
             New Orleans, Louisiana 70130
18           (504) 310-2213
             sminyard@irwinllc.com
19
                    ATTORNEYS FOR HUNTINGTON
20                  INGALLS, INCORPORATED

21

22

23

24

25
```

EXHIBIT C

```
 1   APPEARANCES (Continued):

 2
             Jones Walker LLP
 3           BY:  Joseph J. Lowenthal, Jr., Esquire
             201 St. Charles Avenue
 4           Suite 5100
             New Orleans, Louisiana 70170
 5           (504) 582-8000
             jlowenthal@joneswalker.com
 6
                   ATTORNEYS FOR MCDERMOTT, INC.
 7

 8           Larzelere Picou Wells
             Simpson Lonero, LLC
 9           BY:  Amanda G. Morse, Esquire
             3850 North Causeway Boulevard
10           Suite 500
             Metairie, Louisiana 70002
11           (504) 834-6500
             amorse@lpwsl.com
12
                     ATTORNEYS FOR FIRST STATE
13                   INSURANCE, THIRD PARTY
                     DEFENDANT
14
15           Leake & Andersson LLP
             BY:  Marc E. Devenport, Esquire
16           1100 Poydras Street
             Suite 1700
17           New Orleans, Louisiana 70163
             (504) 585-7500
18           mdevenport@leakeandersson.com

19                   ATTORNEYS FOR ZURICH AMERICAN
                     INSURANCE COMPANY AS ALLEGED
20                   INSURER OF MARQUETTE
                     INSULATIONS, INC.
21

22

23

24

25
```

EXHIBIT C

```
                                                              Page 6
 1    APPEARANCES (Continued):

 2
              Logan Law Offices, LLC
 3            BY:  James R. Logan, IV, Esquire
              650 Poydras Street
 4            Suite 2708
              New Orleans, Louisiana 70130
 5            (504) 291-9905
              jlogan@loganlawoffices.com
 6
                      ATTORNEYS FOR CERTAIN
 7                    UNDERWRITERS AT LLOYD'S LONDON

 8
              Pugh, Accardo, Haas,
 9            Radecker & Carey, LLC
              BY:  Francis X. deBlanc, Esquire
10            1100 Poydras Street
              Suite 3600
11            New Orleans, Louisiana 70163
              (504) 799-4500
12            fdeblanc@pugh-law.com

13                    ATTORNEYS FOR BAYER
                      CROPSCIENCE, THIRD PARTY
14                    DEFENDANT

15
              Pugh, Accardo, Haas,
16            Radecker & Carey, LLC
              BY:  Donna Young, Esquire
17            1100 Poydras Street
              Suite 3600
18            New Orleans, Louisiana 70163
              (504) 799-4500
19            dyoung@pugh-law.com

20                    ATTORNEYS FOR BOLLINGER
                      SHIPYARDS, LLC
21

22

23

24

25
```

EXHIBIT C

```
 1   APPEARANCES (Continued):

 2
             Simon, Peragine, Smith & Redfearn, LLP
 3           BY:  Douglas R. Kinler, Esquire
             1100 Poydras Street
 4           Suite 3000
             New Orleans, Louisiana 70163
 5           (504) 569-2965
             douglask@spsr-law.com
 6
                    ATTORNEYS FOR EAGLE, INC.
 7

 8           Taylor Wellons Politz & Duhe, APLC
             BY:  Christopher Nunziato, Esquire
 9           1555 Poydras Street
             Suite 2000
10           New Orleans, Louisiana 70112
             (504) 525-9888
11           cnunziato@twpdlaw.com

12                  ATTORNEYS FOR BERKSHIRE
                    HATHAWAY SPECIALTY INSURANCE
13                  COMPANY

14
     ALSO PRESENT:
15
             Mr. Kenneth Pierron
16

17   VIDEOGRAPHER:

18           Tammy Busch

19
     REPORTED BY:
20
             CINDY ROGERS LA COUR, CSR, RPR, RMR
21           Certified Court Reporter

22

23

24

25
```

EXHIBIT C

| | |
|---|---|
| 1 | Q. Is that what his buddies would call |
| 2 | him, Mutt? |
| 3 | **A. Yeah, Mu- -- Mutt.** |
| 4 | Q. Do you know if that's what people that |
| 5 | worked with him would also call him? |
| 6 | **A. Yeah, they shoulda. Everybody --** |
| 7 | Q. So for instance if -- |
| 8 | **A. -- at work called him -- yeah, they** |
| 9 | **called him "Mutt."** |
| 10 | Q. Okay. So if I was trying to find |
| 11 | somebody that might have worked with your dad at |
| 12 | Avondale -- |
| 13 | **A. Uh-huh (affirmative response).** |
| 14 | Q. -- or anywhere else, I would probably |
| 15 | ask them if they knew Mutt Kraemer instead of |
| 16 | asking about Howard, correct? |
| 17 | **A. Yep.** |
| 18 | Q. All right. |
| 19 | **A. They would know.** |
| 20 | Q. That's fair. All right. |
| 21 | And your dad looks to have died in |
| 22 | 2001. |
| 23 | And -- |
| 24 | **A. Right.** |
| 25 | Q. -- his -- his death certificate |

EXHIBIT C