UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| CHERYL BECNEL, ET AL.<br>　　　　　　　　Plaintiffs | CIVIL ACTION NO. 2:23-cv-01124 |
| | SECTION P(5) |
| VERSUS | JUDGE DARREL J. PAPILLION |
| TAYLOR-SEIDENBACH, INC., ET AL.<br>　　　　　　　　Defendants | MAG. JUDGE MICHAEL NORTH |

**MCDERMOTT, INC.'S STATEMENT OF UNDISPUTED MATERIAL FACTS**

1.　　　On October 6, 2022, then-Plaintiffs, Darwin Kraemer, Roseanne Pierron, Cheryl Becnel and Wendy Vonlienen filed a Petition for Damages alleging that they were exposed to asbestos attributable to Taylor-Seidenbach and Eagle and subsequently each Plaintiff developed an asbestos-related medical condition.  R. Doc. 1-2.

2.　　　On January 24, 2023, the same Plaintiffs filed a First Supplemental and Amending Petition for Damages with Incorporated Motion for Leave of Court in which they added numerous defendants including McDermott, Inc.  R. Doc. 1-3, ¶ 5.

3.　　　In the First Supplemental and Amending Petition for Damages the Plaintiffs alleged that their father Howard Kraemer had worked at many different facilities, one being "McDermott in Morgan City," at which he worked installing and removed asbestos insulation and was in close proximity to others using asbestos-containing materials.  R. Doc. 1-3, ¶ 10.

4.　　　Plaintiffs alleged that as a result of this work Howard Kraemer's work clothes became contaminated with asbestos fibers and "all of Mr. Kraemer's children came into contact with his asbestos contaminated work clothes and were each individually exposed to asbestos which they all inhaled."  R. Doc. 1-3, ¶ 10.

#103938622v1

5.      On September 20, 2023, Plaintiffs filed a Second Amended Complaint which changed the named plaintiffs in the following respects:

> a.      Due to the death of Roseanne Pierron, allegedly from lung cancer, her husband Kenneth Pierron and her adult children Brandon Oubre and Amy Oubre Billiot were substituted in place of Roseanne Pierron for wrongful death and survival actions.  R. Doc. 102, ¶¶ 2, 3, and 4; and
>
> b.      Michael Kraemer, another child of Howard Kraemer, was added as a new plaintiff.  R. Doc. 102, ¶ 7.

6.      On February 23, 2024, Plaintiffs filed a Third Amended Complaint, but there were no material changes in the allegations against McDermott.  R. Doc. 155.

7.      Nonetheless, since the Third Amended Complaint was filed there have been two significant changes in the Plaintiffs.

8.      First, On October 1, 2024 a "Suggestion of Death" was filed into the record stating that Wendy Vonlienen died on July 30, 2024.  R. Doc. 221.  Wendy Vonlienen never gave a deposition and to date no other persons have been substituted in her place as plaintiff for her claim.

9.      Second, On March 6, 2025, Michael Kraemer filed a motion to dismiss his claim as a plaintiff without prejudice.  R. Doc. 225.  On March 7, 2025, the Court signed an order granting dismissal of Michael Kraemer.  R. Doc. 227.

10.      Howard Kraemer, the alleged person who exposed the Kraemer children (Roseanne, Darwin, Cheryl, Wendy and Michael) to asbestos fibers on his work clothing, at one time had an asbestos lawsuit in the Eastern District by the following name:  *Howard Kramer v. Avondale Industries, et al.*, No. 88-1987, Section K (apparently consolidated with *In re: Julius Ducre*, No. 80-4338).

11.      Howard Kraemer gave a deposition in his own case on January 25, 1989, which has been produced here by Plaintiff's counsel.  A copy of the deposition is attached as Exhibit A.

2

12.     Howard Kraemer's Social Security Print Out has also been produced in the instant case as part of Plaintiffs' Master Discovery Production.  A copy of the Social Security Print Out together with an identifying Declaration is attached as Exhibit B.

13.     Howard Kraemer died in 2001.  Exhibit C, Deposition of Roseanne Pierron (excerpt), p. 76, ll. 21-24.

14.     Howard Kraemer made no mention whatsoever of McDermott in his deposition, Exhibit A.

15.     Howard Kraemer's Social Security Print Out contains no reference whatsoever to McDermott.  Exhibit B.

16.     There is no evidence in this case that Howard Kraemer ever worked for or at McDermott.

17.     Due to his death, there will be no supplemental testimony from Howard Kraemer.

Respectfully submitted,

*/s/ Joseph J. Lowenthal, Jr.*
JOSEPH J. LOWENTHAL, JR. (8909)
MADELEINE FISCHER (5575)
JONES WALKER LLP
201 St. Charles Avenue, 51st Floor
New Orleans, Louisiana 70170
Telephone:  (504) 582-8000 / Direct: 582-8240
Direct Facsimile:  (504) 589-8240
E-mail:  jlowenthal@joneswalker.com

*Attorneys for Defendant, McDermott, Inc.*

3

## CERTIFICATE OF SERVICE

I hereby certify that on May 19, 2025, a copy of the foregoing pleading has been filed through the Court's CM/ECF filing system and that all counsel of record will be served with this pleading through that system or by e-mail.

*/s/ Joseph J. Lowenthal, Jr.*
JOSEPH J. LOWENTHAL, JR.