UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| CHERYL BECNEL, ET AL.<br>　　　　　Plaintiffs<br><br>VERSUS<br><br>TAYLOR-SEIDENBACH, INC., ET AL.<br>　　　　　Defendants | CIVIL ACTION NO. 2:23-cv-01124<br><br>SECTION P(5)<br><br>JUDGE DARREL J. PAPILLION<br><br>MAG. JUDGE MICHAEL NORTH |

## NOTICE OF SUBMISSION

Defendant, McDermott, Inc., hereby requests that its Motion for Summary Judgment pursuant to Fed R. Civ. P. 56 be submitted for decision in front of Judge Darrel J. Papillion for the United States District Court for the Eastern District of Louisiana, on June 11, 2025.

　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　*/s/ Joseph J. Lowenthal, Jr.*
　　　　　　　　　　　　　　　　　　JOSEPH J. LOWENTHAL, JR. (8909)
　　　　　　　　　　　　　　　　　　MADELEINE FISCHER (5575)
　　　　　　　　　　　　　　　　　　JONES WALKER LLP
　　　　　　　　　　　　　　　　　　201 St. Charles Avenue, 51st Floor
　　　　　　　　　　　　　　　　　　New Orleans, Louisiana 70170
　　　　　　　　　　　　　　　　　　Telephone:  (504) 582-8000 / Direct: 582-8240
　　　　　　　　　　　　　　　　　　Direct Facsimile:  (504) 589-8240
　　　　　　　　　　　　　　　　　　E-mail:  jlowenthal@joneswalker.com

　　　　　　　　　　　　　　　　　　*Attorneys for Defendant, McDermott, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on May 19, 2025, a copy of the foregoing pleading has been filed through the Court's CM/ECF filing system and that all counsel of record will be served with this pleading through that system or by e-mail.

　　　　　　　　　　　　　　　　　　*/s/ Joseph J. Lowenthal, Jr.*
　　　　　　　　　　　　　　　　　　JOSEPH J. LOWENTHAL, JR.

#103938630v1