UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **CHERYL BECNEL, et al.,**<br>　　　　　　**Plaintiffs,**<br><br>**VERSUS**<br><br>**TAYLOR SEIDENBACH, INC., et al.,**<br>　　　　　　**Defendants.** | **CIVIL ACTION NO. 2:23-cv-1124**<br><br>**SECTION: P(5)**<br><br>**JUDGE DARREL JAMES PAPILLION**<br><br>**MAGISTRATE JUDGE MICHAEL B. NORTH** |

### AMENDED RULE 7.1(a)(1) CORPORATE DISCLOSURE STATEMENT OF FIRST STATE INSURANCE COMPANY

**NOW INTO COURT**, through undersigned counsel, comes Third-Party Defendant, First State Insurance Company, and amends its previously filed Corporate Disclosure Statement pursuant to Federal Rule of Civil Procedure 7.1(a)(1) (Rec. Doc. 85), as follows:

First State Insurance Company, a Connecticut corporation, is wholly owned by Heritage Holdings, Inc., a Connecticut corporation. Heritage Holdings, Inc. is a wholly owned company of The Hartford Insurance Group, Inc. ("HIG"), a Delaware corporation. The Hartford Insurance Group, Inc. is a publicly traded corporation that has no parent corporation. HIG stock is traded on the New York Stock Exchange under the symbol HIG. According to a Schedule 13G/A filed with the U.S. Securities and Exchange Commission ("SEC") on December 6, 2024, BlackRock, Inc., 50 Hudson Yards, New York, NY 10001, beneficially owns 10.0% of the common stock of HIG. To the best of HIG's knowledge, no other publicly held corporation currently owns 10% or more of its stock. This statement is based solely on the absence of required filings with the SEC for investors acquiring an ownership interest of 10% or greater of HIG common stock and speaks solely as of today's date.

Respectfully submitted,

**LARZELERE PICOU WELLS
    SIMPSON LONERO, LLC**
3850 N. Causeway Boulevard
Suite 500 – Two Lakeway Center
Metairie, Louisiana 70002
Telephone: (504) 834-6500
Facsimile: (504) 834-6565
E-mail:  wmaloz@lpwsl.com
           pgautier@lpwsl.com

**BY:**   */s/ Wilson L. Maloz, III*
       **WILSON L. MALOZ, III (#26396)**
       **PAMELA B. GAUTIER (#23999)**

       **ATTORNEYS FOR THIRD-PARTY
       DEFENDANT,
       FIRST STATE INSURANCE COMPANY**

### CERTIFICATE OF SERVICE

I hereby certify that on this 19th day of June, 2025, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel registered for electronic service. I further certify that I have served a copy of the foregoing pleading on all parties to this proceeding not registered for electronic service, by e-mailing, faxing, and/or mailing the same by United States Mail, properly addressed and postage prepaid.

*/s/ Wilson L. Maloz, III*