UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| CHERYL BECNEL, ET AL.<br>　　　　　Plaintiffs<br><br>VERSUS<br><br>TAYLOR-SEIDENBACH, INC., ET AL.<br>　　　　　Defendants | CIVIL ACTION<br><br>NO. 23-1124<br><br>SECTION: "P" (5) |

**ORDER**

Considering the foregoing Unopposed Ex Parte Motion of McDermott, Inc. to Continue and Reset Submission Date on Summary Judgment Motion (R. Doc. 242);

**IT IS ORDERED** that the motion is **GRANTED** and the submission date of McDermott, Inc.'s Motion for Summary Judgment (R. Doc. 234) is hereby RESET from July 16, 2025 to September 3, 2025.

New Orleans, Louisiana, this 1st day of July 2025.

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　**DARREL JAMES PAPILLION**
　　　　　　　　　　　　　　　　　　　**UNITED STATES DISTRICT JUDGE**

1

#104051340v1