UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| CHERYL BECNEL, ET AL. | * | |
| | * | CIVIL ACTION NO. 2-23-cv-1124 |
| Plaintiffs | * | |
| | * | |
| VERSUS | * | JUDGE DARREL J. PAPILLION |
| | * | |
| TAYLOR-SEIDENBACH, INC., ET AL. | * | MAGISTRATE JUDGE |
| | * | MICHAEL B. NORTH |
| Defendants | * | |

### *EX PARTE* MOTION TO SUBSTITUTE REDACTED EXHIBITS

Now into Court, through undersigned counsel, comes Huntington Ingalls Incorporated ("Avondale"), which moves this Court for an Order substituting redaction versions of Exhibits "A" and "B" appended to its Motion to Sever Under Rules 20(a)(1) and 21 (R.Doc. 196).

The undersigned has contacted all counsel of record and has received no opposition to this motion.

[SIGNATURE BLOCK ON FOLLOWING PAGE]

Respectfully submitted,

**IRWIN FRITCHIE URQUHART MOORE & DANIELS LLC**

/s/ *David M. Melancon*
Gus A. Fritchie (#5751)
Timothy F. Daniels (#16878)
David M. Melancon (#23216)
Edward W. Trapolin (#27667)
Alexander R. Saunders (#28753)
Michael Scott Minyard (#31879)
Alison A. Spindler (#34103)
Connor W. Peth (#39499)
Kelli Murphy Miller (#40465)
400 Poydras Street, Suite 2700
New Orleans, Louisiana 70130
Telephone: (504) 310-2100
Facsimile: (504) 310-2101
IrwinAvondale@irwinllc.com
***Counsel for Huntington Ingalls Incorporated***