UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| CHERYL BECNEL, ET AL. | * | |
| | * | CIVIL ACTION NO. 2-23-cv-1124 |
| Plaintiffs | * | |
| | * | |
| VERSUS | * | JUDGE DARREL J. PAPILLION |
| | * | |
| TAYLOR-SEIDENBACH, INC., ET AL. | * | MAGISTRATE JUDGE |
| | * | MICHAEL B. NORTH |
| Defendants | * | |

**MEMORANDUM IN SUPPORT OF**
**_EX PARTE_ MOTION TO SUBSTITUTE REDACTED EXHIBITS**

MAY IT PLEASE THE COURT:

Huntington Ingalls Incorporated ("Avondale"), moves this Court for an Order substituting the attached redacted versions of Exhibits "A" and "B" originally appended to its Motion to Sever Under Rules 20(a)(1) and 21 (R.Doc. 196) (the "Motion"). Exhibits "A" and "B" to Avondale's Motion were inadvertently filed into the Record without requisite redactions, and Avondale now moves this Court to substitute the attached Exhibits "A" and "B", striking the formerly-filed exhibits from the Record of this matter.[1]

The undersigned has contacted all counsel of record, and has received no opposition to this motion.

WHEREFORE, Avondale respectfully requests that its redacted versions of Exhibits "A" and "B" be substituted for the previously-filed versions of those Exhibits, and the previously-filed versions be stricken from the Record of this matter.

---

[1] Excerpts of the deposition testimony of Cheryl Becnel (**Exhibit "A"**) and Darwin Kraemer (**Exhibit "B"**) are attached hereto.

Respectfully submitted,

**IRWIN FRITCHIE URQUHART MOORE & DANIELS LLC**

/s/ David Melancon
Gus A. Fritchie (#5751)
Timothy F. Daniels (#16878)
David M. Melancon (#23216)
Edward W. Trapolin (#27667)
Alexander R. Saunders (#28753)
Michael Scott Minyard (#31879)
Alison A. Spindler (#34103)
Connor W. Peth (#39499)
Kelli Murphy Miller (#40465)
400 Poydras Street, Suite 2700
New Orleans, Louisiana 70130
Telephone: (504) 310-2100
Facsimile: (504) 310-2101
IrwinAvondale@irwinllc.com
***Counsel for Huntington Ingalls Incorporated***