UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| CHERYL BECNEL, ET AL. | * | |
| | * | CIVIL ACTION NO. 2-23-cv-1124 |
| Plaintiffs | * | |
| | * | |
| VERSUS | * | JUDGE DARREL J. PAPILLION |
| | * | |
| TAYLOR-SEIDENBACH, INC., ET AL. | * | MAGISTRATE JUDGE |
| | * | MICHAEL B. NORTH |
| Defendants | * | |

## **O R D E R**

CONSIDERING the foregoing *Ex Parte* Motion to Substitute Redacted Exhibits filed by Defendant Huntington Ingalls Incorporated.:

**IT IS HEREBY ORDERED** that said motion is **GRANTED** and the redacted Exhibits "A" and "B" to Huntington Ingalls Incorporated's Motion to Sever Under Rules 20(a)(1) and 21 are hereby substituted for the former Exhibits "A" and "B" of the Motion to Sever Under Rules 20(a)(1) and 21 (R.Doc. 196), and the former versions of Exhibit "A" and "B" are stricken from the Record.

NEW ORLEANS, LOUISIANA this _____ day of July, 2025.

_____
U.S. DISTRICT JUDGE DARREL J. PAPILLION