CHERYL BECNEL                                                    May 8, 2024

                                                                          1

                    UNITED STATES DISTRICT COURT

                    EASTERN DISTRICT OF LOUISIANA

CHERYL BECNEL, et al              CIVIL ACTION NO.
              Plaintiffs          2:23-CV-1124
VERSUS
                                  SECTION B(5)
TAYLOR SEIDENBACH, INC.,
et al                             JUDGE IVAN L.R. LEMELLE
              Defendants
                                  MAGISTRATE JUDGE
                                  MICHAEL B. NORTH




          The videotaped deposition of CHERYL BECNEL, a

witness herein, was taken on Wednesday, the 8th day of

May 2024, both in person and via Zoom.us, at the Hampton Inn

& Suites, 826 North Canal Boulevard, Thibodaux, Louisiana

70301.




     REPORTED BY:

          Gail G. Freese, CCR


JOHNS, PENDLETON, FAIRBANKS AND FREESE        EXHIBIT A        504 219-1993

CHERYL BECNEL                                                       May 8, 2024

                                                                           2

```
 1                          I N D E X

 2     Caption                                              1

 3     Index                                                2

 4     Appearances                                        3-5

 5     Stipulations                                         6

 6     WITNESS:
              MS. CHERYL BECNEL
 7
       EXAMINATION BY:
 8
              MR. SAUNDERS                          9, 39, 42
 9            MR. ANDRADE                              38, 44
              MR. KINLER                               40, 46
10            MR. REDDY                                    43
              MS. HANGARTNER    43
11            MR. REDFEARN                             45, 48
              MR. PORTEOUS                                 49
12            MS. FISCHER                                  50

13                         E X H I B I T S

14
              (NO EXHIBITS WERE INTRODUCED AT THE TAKING
15                      OF THIS DEPOSITION)

16

17

18

19

20

21

22

23

24

25
```

JOHNS, PENDLETON, FAIRBANKS AND FREESE                        504 219-1993

CHERYL BECNEL                                                          May 8, 2024

                                                                              3

1    APPEARANCES:
2
         REPRESENTING THE PLAINTIFFS:
3
         THE LAW OFFICE OF PHILIP C. HOFFMAN
4        BY: DAYAL REDDY, ESQ.
         643 Magazine Street - Suite 300 A
5        New Orleans, Louisiana   70130
6
         REPRESENTING HUNTINGTON INGALLS INCORPORATED:
7
         IRWIN, FRITCHIE, URQUHART, MOORE & DANIELS
8        BY:  ALEXANDER SAUNDERS, ESQ.
         400 Poydras Street
9        Suite 2700
         New Orleans, Louisiana   70130
10
11       REPRESENTING MOSAIC GLOBAL HOLDINGS, INCORPORATED:
12       LISKOW & LEWIS
         BY:  ALEC ANDRADE, ESQ.
13       701 Poydras Street - Suite 5000
         New Orleans, Louisiana   70139
14
15       REPRESENTING LIBERTY MUTUAL INSURANCE COMPANY AS
         INSURER OF MOSAIC GLOBAL HOLDINGS, INC./IMC
16       GLOBAL, INC./FREEPORT-MCMORAN, INC./FREEPORT
         MINERALS CO.:
17
         PIPES MILES BECKMAN, LLP
18       BY:  THOMAS A. PORTEOUS, ESQ.
         1100 Poydras Street - 33rd Floor
19       New Orleans, Louisiana   70163
20
         REPRESENTING ALLIED SHIPYARD:
21
         DEUTSCH KERRIGAN
22       BY:  ERIN CASEY HANGARTNER, ESQ.   (VIA ZOOM)
         755 Magazine Street
23       New Orleans, Louisiana   70130
24
25

JOHNS, PENDLETON, FAIRBANKS AND FREESE                          504 219-1993

CHERYL BECNEL                                              May 8, 2024

                                                                    4

```
 1   APPEARANCES - Continued
 2
         REPRESENTING BOLLINGER SHIPYARDS, LLC:
 3
     PUGH ACCARDO
 4   BY:  DONNA YOUNG, ESQ.   (Via Zoom)
     1100 Poydras Street - Suite 3600
 5   New Orleans, Louisiana   70163
 6
         REPRESENTING HOPEMAN INTERESTS:
 7
     COURINGTON, KIEFER, SOMMERS, MARULLO & MATHERNE, LLC
 8   BY:  BRITTNEY BULLOCK ANKERSEN, ESQ. (Via Zoom)
     616 Girod Street
 9   New Orleans, Louisiana   70130
10
11       REPRESENTING McDERMOTT, INC.:
12   JONES WALKER, LLP
     BY:  MADELEINE FISCHER, ESQ.   (Via Zoom)
13   201 St. Charles Avenue - Suite 5100
     New Orleans, Louisiana   70170
14
15       REPRESENTING TAYLOR-SEIDENBACH, INC.:
16   HAILEY McNAMARA HALL LARMANN & PAPALE, LLP
     BY:  NICOLE PALMISANO, ESQ.   (Via Zoom)
17   3445 N. Causeway Boulevard - Suite 800
     Metairie, Louisiana   70002
18
19       REPRESENTING PETRIN, LLC:
20   COSMICH SIMMONS & BROWN, PLLC
     BY:  DOUGLAS R. KINLER, ESQ.   (Via Zoom)
21   650 Poydras Street - Suite 2215
     New Orleans, Louisiana   70130
22
23       REPRESENTING CHEVRON ORONITE COMPANY, LLC:
24   FORMAN WATKINS
     BY:  McCANN E. LEFEVE, ESQ.   (Via Zoom)
25   201 St. Charles Avenue - Suite 2100
```

CHERYL BECNEL                                                May 8, 2024

                                                                       5

```
 1   APPEARANCES - Continued

 2
         REPRESENTING ZURICH AMERICAN INSURANCE COMPANY:
 3
         LEAKE & ANDERSSON, LLP
 4       BY:  MARC DEVENPORT, ESQ.          (Via Zoom)
         1100 Poydras Street - Suite 1700
 5       New Orleans, Louisiana   70163

 6
         REPRESENTING FOSTER WHEELER, LLC., GENERAL
 7       ELECTRIC COMPANY and PARAMOUNT GLOBAL:

 8       FRILOT, LLC
         BY:  KELLY L. LONG, ESQ.           (Via Zoom)
 9       1100 Poydras Street - Suite 3700
         New Orleans, Louisiana   70163
10

11       REPRESENTING EAGLE, INC.:

12       SIMON PERAGINE SMITH & REDFEARN, LLP
         BY:  DOUGLAS W. REDFEARN, ESQ.     (Via Zoom)
13       1100 Poydras Street - Suite 3000
         New Orleans, Louisiana   70163
14

15       REPRESENTING BAYER CROPSCIENCE:

16       PUGH ACCARDO
         BY:  PERREY S. LEE, ESQ.   (Via Zoom)
17       1100 Poydras Street - Suite 3600
         New Orleans, Louisiana   70163
18

19       REPRESENTING INTERNATIONAL PAPER CO.:

20       FORMAN WATKINS
         BY:  AUTUMN T. BREEDEN, ESQ.  (Via Zoom)
21       210 East Capitol Street - Suite 2200
         Jackson, Mississippi   39201-2375
22

23

24

25
```

JOHNS, PENDLETON, FAIRBANKS AND FREESE                    504 219-1993

```
 1   APPEARANCES - Continued

 2
         REPRESENTING BERKSHIRE HATHAWAY SPECIALTY
 3       INSURANCE COMPANY

 4       TAYLOR WELLONS POLITZ & DUHE
         BY:  TRAVIS WILKINSON, ESQ.        (Via Zoom)
 5       1555 Poydras Street - Suite 2000
         New Orleans, Louisiana   70112
 6

 7       REPRESENTING FIRST STATE INSURANCE COMPANY:

 8       LARZELERE PICOU WELLS SIMPSON LONERO, LLC
         BY:  WILSON L. MALOZ, III, ESQ.   (Via Zoom)
 9       Two Lakeway Center
         3850 N. Causeway Boulevard - Suite 500
10       Metairie, Louisiana   70002-8142

11
         REPRESENTING CERTAIN UNDERWRITERS AT LLOYD'S LONDON:
12
         LOGAN LAW OFFICES, LLC
13       BY:  JAMES R. LOGAN, IV, ESQ.
         650 Poydras Street - Suite 2708
14       New Orleans, Louisiana    70130

15
     Also Present:
16

17       Shanna Laborde            (Via Zoom)
         Paralegal -
18       Law Office of Philip C. Hoffman

19       Jordan LaFrance - Depo-Vue Legal Video Services

20

21

22

23

24

25
```

CHERYL BECNEL                                                      May 8, 2024

                                                                          11

```
 1                    Right.
 2   EXAMINATION BY MR. SAUNDERS:
 3        Q     Okay, Ms. Becnel, what is your current address?
 4        A     13663 Pool Street, like a swimming pool,
 5   Vacherie, Louisiana 70090.
 6        Q     Okay.  And what is your Social Security Number?
 7        A     ▇▇▇ -- oh, boy.  I think it's ▇▇▇▇▇▇▇
 8        Q     Okay.  And the information that was provided to
 9   us tells me that your birthday is October 31st of 1954; is
10   that correct?
11        A     Yes.  Yes.
12        Q     Have you ever filed any other lawsuits?
13        A     No.
14        Q     Okay.  And I asked you if you've given a
15   deposition, and you told me you have not.  Have you ever had
16   to testify in a courtroom?
17        A     No.
18        Q     A lot of the information that I'm seeking
19   concerning this lawsuit is really about your family
20   background:  Residential history, where y'all lived, who
21   lived where and when, and things like that.  I don't want
22   you to think I'm unnecessarily prying, but a lot of those
23   informational pieces are critical to this -- this lawsuit.
24   But you have it a little easier, because I just went over a
25   lot of that with Darwin.
```

CHERYL BECNEL                                             May 8, 2024

                                                               16

1               BY THE WITNESS:
2                    Chlorine.  Like Clorox, chlorine.
3      EXAMINATION BY MR. SAUNDERS:
4          Q    Do you have any reason to believe that, since
5      you've been married to your husband, that his work involved
6      exposure to asbestos?
7          A    No.
8          Q    I have been told you are the one sibling in your
9      family that was never a smoker; is that true?
10         A    That's correct.
11         Q    And it's my understanding that your father,
12     Howard, Sr., and your siblings who did smoke, were free to
13     smoke in the house back when y'all were growing up and
14     living at home?
15         A    Yes, they did.  They did.
16         Q    All right.  So you started out living in
17     Kraemer, and then in 1965 moved to Vacherie?
18         A    Yes.
19         Q    When did you move out of the family home in
20     Vacherie?
21         A    When I got married; April '6, 1974.
22         Q    Okay.  After you moved out in April of 1974 to
23     get married, has there been any time where you've needed to
24     go back and live with your parents, siblings or anybody in
25     the family home?

JOHNS, PENDLETON, FAIRBANKS AND FREESE                    504 219-1993

CHERYL BECNEL                                           May 8, 2024

                                                              21

1   that happened?
2       A    Yes.
3       Q    All right.  Your brother Howard, Jr. also went
4   to work at Avondale at some point, correct?
5       A    Correct.
6       Q    Were you still living at home in the family
7   house in Vacherie when he went to work at Avondale?
8       A    I believe so.  I remember him going to work when
9   I was a teenager.
10      Q    Okay.  Well --
11      A    I'm not sure which places, but --
12      Q    I understand.  And let's see.  Now, when your
13  brother Darwin went to work at Avondale, were you still
14  living in the family home during that time?
15      A    Yes.
16      Q    Okay.
17           BY MR. KINLER:
18                I'm going to object to the form of the
19           question.
20           BY MR. SAUNDERS:
21                Okay.
22  EXAMINATION BY MR. SAUNDERS:
23      Q    All right.  You've never worked at Avondale,
24  have you?
25      A    No.

JOHNS, PENDLETON, FAIRBANKS AND FREESE              504 219-1993

1    Q     And I apologize, I'm just trying to make sure
2    that I --
3    A     That's fine.
4    Q     -- don't waste your time by asking you things I
5    already know the answer to.
6          Okay, have you been diagnosed with any type of
7    cancer?
8    A     No.
9    Q     Have you been diagnosed with any disease that
10   you believe is related to asbestos exposure?
11   A     Well, I have one spot on my lung.
12   Q     Which doctor has informed you that you have a
13   spot on your lung?
14   A     Dr. Kenneth Wong, W-O-N-G.  He's a cardiologist.
15   Q     And where does Dr. Wong practice?
16   A     In Raceland.
17   Q     Okay.  What do you understand about --
18         BY MR. SAUNDERS:
19              Strike that.
20   EXAMINATION BY MR. SAUNDERS:
21   Q     What did Dr. Wong tell about the spot on your
22   lung that makes you believe that it's related to exposure to
23   asbestos?
24   A     Okay, I went in June 2020 as preventative, you
25   know, for heart stuff, because my daddy died with a stroke

```
 1   at 68; my mama died with a heart attack at 71, and she had a
 2   heart attack at 59, so I wanted to know where I stood.  So I
 3   had went, and he sent me to do a CAT scan, a calcium test.
 4   I went to CIS in Thibodaux.
 5            So when I went back for my follow-up visit, the
 6   first thing he asked me is, "Did you ever work with
 7   asbestos?"  And I said, "No."  He said, "What about family?"
 8   And I said, "Well, my dad did and my brothers."  I said,
 9   "Well, why?" because I was confused.  He said, "Because we
10   see a spot on the side of your lung; the left side of your
11   lung, and I would suggest that you go get it checked."  And
12   I was like, "Well, how do you know that?"  I said, "You
13   didn't do a chest x-ray or anything."  And he said, "No, it
14   showed on your CAT scan when we did the calcium test."
15   That was my first time they ever told me this.
16       Q    When was that?
17       A    This was in June 2020.  That's when I did the
18   calcium test, and then I did a follow-up thing.
19       Q    Okay.
20       A    So I went, and I saw a lung doctor, and I'm
21   getting it checked.  Dr. Brian Parker in Thibodaux.
22            BY MR. PORTEOUS:
23                Did you say Parker or Barker?
24            BY THE WITNESS:
25                Parker, with a "P."
```

CHERYL BECNEL                                                      May 8, 2024

24

1   EXAMINATION BY MR. SAUNDERS:
2       Q    And what is Dr. Parker doing for you?
3       A    He's just telling me he's going to observe it
4   once a year, because of my family history.
5       Q    And that's -- that's still ongoing?
6       A    Yes.
7       Q    Okay.  So Dr. Wong --
8       A    Right.
9       Q    -- sent you to go get --
10      A    He told me -- Yeah, he suggested I go and get a
11  second opinion, and check it out.
12      Q    Has either Dr. Wong or Dr. Parker suggested or
13  recommended that you get any treatment now, other than
14  simply keeping an eye on it once a year?
15      A    No.  He just told me to keep an eye on it once a
16  year.  Or if I had any symptoms, of course to go:  Like
17  shortness of breath or --
18      Q    Okay.  Have you been diagnosed with any other
19  condition, other than that spot on your lung for which you
20  are keeping an eye on it once a year that you believe or you
21  you have been told is related to exposure to asbestos?
22      A    No, that's the only thing.
23      Q    Okay.  You told me that for five years you
24  worked as a nurse's aid, and you told me where you worked
25  during those five years, correct?

CHERYL BECNEL                                                May 8, 2024

32

1   Ernest Schexnayder, that worked at Avondale for some time?
2       A      Yes.
3       Q      Okay. So other than those people that we've
4   just talked about: Your father; Howard, Jr.; Darwin;
5   Earnest Schexnayder; and for one year your husband, any
6   other family members that worked at Avondale that you know o
7   that we haven't talked about yet?
8       A      I think Dennis. My uncle, Dennis Schexnayder,
9   too.
10      Q      Okay. Is he still with us?
11      A      No, ah-ah.
12      Q      Oh, okay. Do you know what he did at Avondale?
13      A      No. I'm not sure.
14      Q      Okay. You said you uncle?
15      A      Yeah. Ernest and Dennis were brothers to my
16  mama.
17      Q      Okay. All right. My next set of questions for
18  you is about when your family members would come back home
19  to the family home in Vacherie --
20      A      Um-hmm (AFFIRMATIVE RESPONSE).
21      Q      -- after working. Who would do the laundry in
22  your family?
23      A      My mama, but I helped her sometimes.
24      Q      Okay. And if you can recall, let's start with
25  your father. What did your father look like when he got

JOHNS, PENDLETON, FAIRBANKS AND FREESE                      504 219-1993

CHERYL BECNEL                                                May 8, 2024

33

1   home from work after working at Avondale?

2   A      I don't know.  I'm trying to remember what he
3   ever wore and stuff.  I do remember -- Okay, I remember one
4   incident, if I could add?  I just remember him coming home.
5   Like I said, we were sitting on a step outside.  The house
6   is off the ground.  And we were just sitting, talking.  And
7   that's how you get into the house, you wouldn't go through
8   the front because that was bedrooms.  It was an old time
9   house.  And he came back from work, and my mama would make
10  him -- We were sitting on the steps just talking, me and my
11  sister.  And my mama would make him stop on the porch with
12  the clothes, because it was itchy and the stuff could go all
13  over.  So she didn't want that going all over her kitchen,
14  so she would make him take the clothes off on the porch.

15         And I remember her coming outside.  And they had
16  this pipe right next to the step, like an antenna pole?

17  Q      Um-hmm.

18  A      And she was hitting the clothes like this, to
19  make all the stuff get off, and this is flying all over
20  around us.  We never thought nothing of it, you know?

21  Q      She would beat those clothes outside?

22  A      Yeah.  And then she would go put them in the
23  basket, I guess, to wash 'em.

24  Q      Okay.  That process that you just described,
25  would that be the same when your father came home from work

JOHNS, PENDLETON, FAIRBANKS AND FREESE                    504 219-1993

CHERYL BECNEL                                              May 8, 2024

                                                                   34

 1   as an insulator at either Petrin or Tempcon?
 2        A      It could be.  I don't remember exactly which
 3   place he was working, but I remember that happening.
 4        Q      Okay.
 5        A      But to say which place, I don't know.
 6        Q      Okay.  So would it be fair then, the questions
 7   that I'm going to ask you about laundry, and who did it, and
 8   how it was done --
 9        A      Okay.
10        Q      -- you're not able to tell me whether that was
11   only after he came home from Avondale or if it was the whole
12   employment as an insulator at --
13        A      I'm not positive which one it was.  I really
14   can't, you know.
15               BY MR. REDDY:
16                    Object to form.
17   EXAMINATION BY MR. SAUNDERS:
18        Q      All right.  So when your father, Howard, Sr.,
19   would come home from work after working as an insulator, he
20   would be told by your mom to get dressed outside on the --
21   get undressed --
22        A      Yeah, to kind of keep the outfit, whatever he
23   had on, on the porch.  She didn't want him putting that all
24   over house.  And it still would go, I guess, but getting the
25   biggest part off.

JOHNS, PENDLETON, FAIRBANKS AND FREESE                  504 219-1993

CHERYL BECNEL                                                May 8, 2024

35

```
 1      Q      That's right.  And then she would beat or shake
 2  out the clothes against that pole outside the house?
 3      A      At that time, yeah, when I was there.  I'm not
 4  saying she did it all the time, but that's an incident.  I
 5  remember that.
 6      Q      And the washing machine, that was inside the
 7  house near the kitchen, right?
 8      A      Right.
 9      Q      Okay.  When you were growing up, did y'all have
10  a dryer?
11      A      Um-hmm (AFFIRMATIVE RESPONSE).
12      Q      Or was it line dried outside?
13      A      No, it was a washer and dryer.
14      Q      Okay.  And they were both in that laundry area
15  near the kitchen?
16      A      Yeah, a little porch.
17      Q      All right.  Would it be the same process for the
18  family laundry --
19             BY MR. SAUNDERS:
20                  Strike that.
21  EXAMINATION BY MR. SAUNDERS:
22      Q      Was it the same process for laundering the work
23  clothes of your brother, Howard, Jr., when he would come
24  home from work?
25      A      I'm not positive for that.
```