DARWIN KRAEMER

May 8, 2024

1

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

CHERYL BECNEL, et al
            Plaintiffs

VERSUS

TAYLOR SEIDENBACH, INC.,
et al
         Defendants

CIVIL ACTION NO.
2:23-CV-1124

SECTION B(5)

JUDGE IVAN L.R. LEMELLE

MAGISTRATE JUDGE
MICHAEL B. NORTH

      The videotaped deposition of DARWIN KRAEMER, a
witness herein, was taken on Wednesday, the 8th day of
May 2024, both in person and via Zoom.us, at the Hampton Inn
& Suites, 826 North Canal Boulevard, Thibodaux, Louisiana
70301.

REPORTED BY:
      Gail G. Freese, CCR

JOHNS, PENDLETON, FAIRBANKS AND FREESE


EXHIBIT
B

504 219-1993

DARWIN KRAEMER                                          May 8, 2024

2

```
 1                      I N D E X

 2   Caption                                    1

 3   Index                                      2

 4   Appearances                              3-5

 5   Stipulations                               6

 6   WITNESS:
             Mr. Darwin Kraemer
 7
     EXAMINATION BY:
 8
             MR. SAUNDERS                      10
 9           MR. ANDRADE                       71
             MS. FISCHER                       77
10           MS. LEFEVE                        77
             MR. KINLER                     79, 114
11           MS. HANGARTNER        104
             MR. REDFEARN                     106
12           MS. ANKERSEN                     115

13                  E X H I B I T S

14
     1 in globo - Avondale Personnel File for
15       Darwin P. Kraemer                     14

16

17

18

19

20

21

22

23

24

25
```

JOHNS, PENDLETON, FAIRBANKS AND FREESE              504 219-1993

DARWIN KRAEMER                                        May 8, 2024

                                                              3

1    APPEARANCES:

2
          REPRESENTING THE PLAINTIFFS:
3
          THE LAW OFFICE OF PHILIP C. HOFFMAN
4         BY: DAYAL REDDY, ESQ.
          643 Magazine Street - Suite 300 A
5         New Orleans,Louisiana  70130

6
          REPRESENTING HUNTINGTON INGALLS INCORPORATED:
7
          IRWIN, FRITCHIE, URQUHART, MOORE & DANIELS
8         BY:  ALEXANDER SAUNDERS, ESQ.
          400 Poydras Street
9         Suite 2700
          New Orleans, Louisiana  70130
10
11        REPRESENTING MOSAIC GLOBAL HOLDINGS, INCORPORATED:

12        LISKOW & LEWIS
          BY:  ALEC ANDRADE, ESQ.
13        701 Poydras Street - Suite 5000
          New Orleans, Louisiana  70139
14
15        REPRESENTING LIBERTY MUTUAL INSURANCE COMPANY AS
          INSURER OF MOSAIC GLOBAL HOLDINGS, INC./IMC
16        GLOBAL, INC./FREEPORT-MCMORAN, INC./FREEPORT
          MINERALS CO.:
17
          PIPES MILES BECKMAN, LLP
18        BY:  THOMAS A. PORTEOUS, ESQ.
          1100 Poydras Street - 33rd Floor
19        New Orleans, Louisiana  70163
20
          REPRESENTING ALLIED SHIPYARD:
21
          DEUTSCH KERRIGAN
22        BY:  ERIN CASEY HANGARTNER, ESQ. (VIA ZOOM)
          755 Magazine Street
23        New Orleans, Louisiana  70130
24
25

JOHNS, PENDLETON, FAIRBANKS AND FREESE          504 219-1993

DARWIN KRAEMER                                          May 8, 2024

                                                              4

```
 1    APPEARANCES - Continued

 2
          REPRESENTING BOLLINGER SHIPYARDS, LLC:
 3
          PUGH ACCARDO
 4        BY:  DONNA YOUNG, ESQ.  (Via Zoom)
          1100 Poydras Street - Suite 3600
 5        New Orleans, Louisiana  70163

 6
          REPRESENTING HOPEMAN INTERESTS:
 7
          COURINGTON, KIEFER, SOMMERS, MARULLO & MATHERNE, LLC
 8        BY:  BRITTNEY BULLOCK ANKERSEN, ESQ. (Via Zoom)
          616 Girod Street
 9        New Orleans, Louisiana  70130

10

11        REPRESENTING McDERMOTT, INC.:

12        JONES WALKER, LLP
          BY:  MADELEINE FISCHER, ESQ.  (Via Zoom)
13        201 St. Charles Avenue - Suite 5100
          New Orleans, Louisiana  70170

14

15        REPRESENTING TAYLOR-SEIDENBACH, INC.:

16        HAILEY McNAMARA HALL LARMANN & PAPALE, LLP
          BY:  NICOLE PALMISANO, ESQ.  (Via Zoom)
17        3445 N. Causeway Boulevard - Suite 800
          Metairie, Louisiana  70002

18

19        REPRESENTING PETRIN, LLC:

20        COSMICH SIMMONS & BROWN, PLLC
          BY:  DOUGLAS R. KINLER, ESQ.  (Via Zoom)
21        650 Poydras Street - Suite 2215
          New Orleans, Louisiana  70130

22

23        REPRESENTING CHEVRON ORONITE COMPANY, LLC:

24        FORMAN WATKINS
          BY:  McCANN E. LEFEVE, ESQ.   (Via Zoom)
25        201 St. Charles Avenue - Suite 2100
```

JOHNS, PENDLETON, FAIRBANKS AND FREESE              504 219-1993

DARWIN KRAEMER                                        May 8, 2024

                                                              5

```
 1   APPEARANCES - Continued

 2
         REPRESENTING ZURICH AMERICAN INSURANCE COMPANY:
 3
         LEAKE & ANDERSSON, LLP
 4       BY:  MARC DEVENPORT, ESQ.        (Via Zoom)
         1100 Poydras Street - Suite 1700
 5       New Orleans, Louisiana  70163

 6
         REPRESENTING FOSTER WHEELER, LLC., GENERAL
 7       ELECTRIC COMPANY and PARAMOUNT GLOBAL:

 8       FRILOT, LLC
         BY:  KELLY L. LONG, ESQ.        (Via Zoom)
 9       1100 Poydras Street - Suite 3700
         New Orleans, Louisiana  70163
10

11       REPRESENTING EAGLE, INC.:

12       SIMON PERAGINE SMITH & REDFEARN, LLP
         BY:  DOUGLAS W. REDFEARN, ESQ.    (Via Zoom)
13       1100 Poydras Street - Suite 3000
         New Orleans, Louisiana  70163
14

15       REPRESENTING BAYER CROPSCIENCE:

16       PUGH ACCARDO
         BY:  PERREY S. LEE, ESQ.  (Via Zoom)
17       1100 Poydras Street - Suite 3600
         New Orleans, Louisiana  70163
18

19       REPRESENTING INTERNATIONAL PAPER CO.:

20       FORMAN WATKINS
         BY:  ETIENNE F. RENE', ESQ.  (Via Zoom)
21       201 St. Charles Avenue - Suite 2100
         New Orleans, Louisiana  70170
22

23

24

25
```

JOHNS, PENDLETON, FAIRBANKS AND FREESE                504 219-1993

DARWIN KRAEMER                                              May 8, 2024

                                                                    6

```
 1   APPEARANCES - Continued

 2
          REPRESENTING BERKSHIRE HATHAWAY SPECIALTY
 3        INSURANCE COMPANY

 4        TAYLOR WELLONS POLITZ & DUHE
          BY:  TRAVIS WILKINSON, ESQ.        (Via Zoom)
 5        1555 Poydras Street - Suite 2000
          New Orleans, Louisiana  70112
 6
 7        REPRESENTING FIRST STATE INSURANCE COMPANY:

 8        LARZELERE PICOU WELLS SIMPSON LONERO, LLC
          BY:  WILSON L. MALOZ, III, ESQ.  (Via Zoom)
 9        Two Lakeway Center
          3850 N. Causeway Boulevard - Suite 500
10        Metairie, Louisiana  70002-8142

11
          REPRESENTING CERTAIN UNDERWRITERS AT LLOYD'S LONDON:
12
          LOGAN LAW OFFICES, LLC
13        BY:  JAMES R. LOGAN, IV, ESQ.
          650 Poydras Street - Suite 2708
14        New Orleans, Louisiana   70130

15

16

17   Also Present:

18
          Shanna Laborde             (Via Zoom)
19        Paralegal -
          Law Office of Philip C. Hoffman
20
          Jordan LaFrance - Depo-Vue Legal Video Services
21

22

23

24

25
```

JOHNS, PENDLETON, FAIRBANKS AND FREESE                    504 219-1993

DARWIN KRAEMER

May 8, 2024

10

1          with a lawsuit that was filed on behalf of

2          yourself and some other family members.

3          BY THE WITNESS:

4                Yes, sir.

5    EXAMINATION BY MR. SAUNDERS:

6      Q    For the record, can you state your full name?

7      A    My full name is Darwin Paul Kraemer.

8      Q    All right.  And what is your current address?

9      A    19414 Mulberry Street, Vacherie, Louisiana

10   70090.

11     Q    All right.  And what is your Social Security

12   Number?

13     A    ███████████

14     Q    All right.  And I understand you were born on

15   September 16, 1957; is that correct?

16     A    Yeah.

17     Q    All right.  I'm here to ask you questions about

18   the lawsuit today.  And I'll tell you right off the bat, if

19   you have any difficulty understanding me or if you don't

20   understand what I'm asking you for, please let me know,

21   because I want to make sure you understand my questions

22   completely.

23     A    All right.

24     Q    All right.  Have you ever given a deposition

25   before?

JOHNS, PENDLETON, FAIRBANKS AND FREESE                    504 219-1993

DARWIN KRAEMER                                    May 8, 2024

17

1    You've got some siblings that lived with you, as well?

2        A      Yes.

3        Q      Okay.  When you moved to Vacherie in 1965, were

4    you still living with your mom and dad at that time at eight

5    years old, I suspect?

6        A      Yeah.

7        Q      How long did you live at this family home in

8    Vacherie, that you moved to in approximately 1965?

9        A      1965 until I got married in 1989.

10       Q      Okay.  All right.  Did you attend high school?

11       A      Yes.

12       Q      And which high school was that?

13       A      That was St. James.

14       Q      Okay.  And did you finish high school?

15       A      I quit in twelfth grade, but I got my GED.

16       Q      Okay.  And when was that?

17       A      My GED was probably about 10 years later.

18       Q      Okay.  And when did you quit the twelfth grade?

19       A      Oh, I don't know.

20       Q      Okay.

21       A      You would have to do the math on that.

22       Q      All right.  So I just want to make sure I

23   understand before I move on to my next set of questions.

24   When you were born, you were living with your family at the

25   family home in Kraemer.  And when you were about eight years

JOHNS, PENDLETON, FAIRBANKS AND FREESE              504 219-1993

DARWIN KRAEMER                                          May 8, 2024

                                                              22

1         A       Yes.

2         Q       All right.  Have you been a smoker at any time

3    during your life?

4         A       Yes.

5         Q       When did you start smoking?

6         A       I was 13.

7         Q       Okay.  And how long did you smoke?

8         A       I smoked until 2004.

9         Q       Okay.  Were you allowed to smoke in the family

10   home?

11        A       Yes.

12        Q       What about your siblings, did any of your

13   siblings smoke when you lived at the family home?

14        A       Everyone but Cheryl.  Cheryl's the only one

15   didn't smoke.

16        Q       All right.

17        A       And my mother, she didn't smoke.

18        Q       Your mother didn't smoke?

19        A       (SHAKES HEAD NEGATIVELY)

20        Q       Okay.  But in the family home, your dad smoked,

21   and you and your siblings were allowed to smoke, correct?

22        A       Yes, sir.  Yes.

23        Q       Okay.  All right.  Mr. Kraemer, your --

24                BY MR. SAUNDERS:

25                    Strike that.

DARWIN KRAEMER                                    May 8, 2024

25

1        Q       All right.

2        Q       What did Howard, Jr. do for work when you and he

3   were both living together at the family home?

4        A       My brother worked for Avondale.

5        Q       Do you know when he started working at Avondale?

6        A       Around the time (INAUDIBLE) --

7        Q       I'm sorry?

8        A       Around the time I started.  It was before.

9        Q       Okay.  And did you start working at Avondale

10   before you moved out and got married?

11       A       Yes.

12       Q       Okay.  Okay.  What year did you start working at

13   Avondale, if you know?

14       A       1976.

15       Q       Okay.  And you said Howard, Jr. started there

16   around the same time as you did, or before?

17       A       I would say before.

18       Q       What did Cheryl do for work?

19       A       She was a nurse.

20       Q       So Howard, Jr. and Cheryl would be the only

21   siblings of yours that worked outside the home when you were

22   still living there before you got married, correct?

23       A       Yes.

24       Q       Okay.  Mr. Kraemer, have you been diagnosed with

25   any form of cancer?

JOHNS, PENDLETON, FAIRBANKS AND FREESE                504 219-1993

DARWIN KRAEMER                                         May 8, 2024

                                                            26

1       A       Yes.

2       Q       And what kind of cancer is that?

3       A       CLL.

4       Q       When were you diagnosed with CLL?

5       A       Ah, it was right around -- Right before I made

6   65.

7       Q       May of 1965?

8       A       No, not May.  I don't know the month.

9       Q       Okay.  1965?

10      A       No, ah -- Oh, my age.

11              BY MR. PORTEOUS:

12                      Right before he turned 65.

13              BY THE WITNESS:

14                      My age.

15  EXAMINATION BY MR. SAUNDERS:

16      Q       Oh, okay.  Did you receive treatment for that?

17      A       I'm on that right now.

18      Q       And what kind of treatment are you under --

19  undergoing?

20      A       I'm taking a pill known as Vonjo.

21      Q       Okay. And what kind of --

22      A       It's like a chemo.  A chemo pill.

23      Q       Any other treatment you have to undergo for

24  that?

25      A       I see him once a month.  I just do a checkup, do

JOHNS, PENDLETON, FAIRBANKS AND FREESE                504 219-1993

DARWIN KRAEMER

May 8, 2024

37

1     Q     What was your trade or craft at Avondale?

2     A     My trade was pipefitter.

3     Q     Okay. When y'all would come home dirty after

4 work, to the family home in Vacherie, would you describe

5 that as like muddy dirty or dusty dirty?

6     A     Ahh, my daddy would be dusty and I would be

7 both.

8     Q     Okay.  At the family home in Vacherie, did y'all

9 have a washing machine and/or a dryer to do family laundry?

10     A     Yes.

11     Q     Was the laundry done inside of the family home

12 or out back?

13     A     Inside.

14     Q     Inside, okay.

15     Where inside the family home was the laundry

16 machines?

17     A     Attached to the kitchen.

18     Q     Who did the laundry in your family home when you

19 were growing up?

20     A     My mother, and my older sister would help.

21     Q     And which sister?

22     A     Cheryl.

23     Q     Was that true pretty much the whole time you

24 lived there?

25     A     Huh?

DARWIN KRAEMER                                      May 8, 2024

38

1      Q      Was that true pretty much the whole time you

2  lived there?

3      A      Until she got married.

4      Q      Okay.  Did you ever do your own laundry when you

5  were living at home?

6      A      No.  My mother would do it.

7      Q      Do you recall that also being the case when you

8  were living in Kraemer, before you moved to Vacherie?

9      A      Yes.  I was too young.  Yes.

10     Q      Okay.  If I had questions about the specific

11  work that went into doing the family laundry, are those

12  question I should ask of you, or should I ask Cheryl?

13     A      Are you talking about just the laundry part?

14     Q      That's right.  I mean, do you know if your

15  mother and/or Cheryl would separate the laundry based on who

16  brought it home, did they shake it out first; like the

17  process of doing the laundry.  You said you didn't do your

18  own laundry, so I'm trying to find out, should I ask those

19  questions to you?

20     A      No, Cheryl.

21     Q      Okay.  You said your father left Avondale to go

22  work as an insulator at either Tempcon or Petrin.  Do you

23  know what specifically your father did when he went to one

24  or both of those jobs?

25     A      Insulator.

JOHNS, PENDLETON, FAIRBANKS AND FREESE            504 219-1993

DARWIN KRAEMER                                    May 8, 2024

                                                        42

1    mother was still doing the laundry primarily?

2         A      Yes.

3         Q      Okay.  Anything different about the laundry from

4    your father's work at Avondale versus his work at some of

5    these other places?

6              BY MR. KINLER:

7                   Object to the form.

8              BY THE WITNESS:

9                   No.

10   EXAMINATION BY MR. SAUNDERS:

11        Q      I understand your brother, Howard, Jr., also

12   worked at either Petrin and/or Tempcon during some of the

13   same time your father did; is that right?

14        A      Yes.

15             BY MR. KINLER:

16                  Objection.

17   EXAMINATION BY MR. SAUNDERS:

18        Q      Do you remember which one of those two

19   companies, or any others, that your brother Howard, Jr.

20   worked at with your father?

21        A      No.

22        Q      What did your brother do when he went to work at

23   one of those companies with your father?

24        A      My brother used to make the blankets.

25        Q      Okay.

DARWIN KRAEMER                                          May 8, 2024

84

1   Avondale was asking you questions, so I'm going to kind of

2   flip through here and ask you questions on this.  Bear with

3   me.

4              We were talking about your leukemia diagnosis,

5   Mr. Kraemer.  Do you recall that earlier in the deposition?

6        A     Yes.

7        Q     Do you recall, has any doctor ever told you that

8   your leukemia was in any possible way related to asbestos?

9        A     No.

10       Q     All right.  You say you're going to see a

11  pulmonologist right now.  Have you been diagnosed with any

12  type of respiratory condition or anything with the --

13       A     I've got two spots on one of my lungs; two

14  scars.

15       Q     Two scars on your lung?

16       A     Yeah, I guess it's scar tissue.

17       Q     And what doctor told you that?  Is that

18  Dr. Brady?

19       A     Dr. Brady.

20       Q     Are you being treated for that in any way?

21       A     They do an MRI, and then they check to see if

22  it's grown, or watching the stages if it's growing.

23       Q     How long ago did you have an MRI?

24       A     '23 sometime.

25       Q     '23?

DARWIN KRAEMER

May 8, 2024

85

```
 1    A      Yes.

 2    Q      Do you have another one scheduled?

 3    A      No.

 4    Q      Okay. Is that the only MRI you've had on your

 5  chest?

 6    A      No.

 7    Q      How many have you had?

 8    A      At least five.

 9    Q      I'm sorry?

10    A      Five.

11    Q      Five?  Okay.  Were those all ordered by

12  Dr. Brady?

13    A      Yeah.

14    Q      Can you give me like a time frame on when these

15  occurred?

16    A      2019.  From 2019 to 2023, once a year.

17    Q      Okay. Do you recall, did you go to the same --

18  Did you go to a hospital to have that done, or can you tell

19  me where?

20    A       That was either Thibodaux or the Wellness

21  Center.  They have a Wellness Center in Thibodaux and they

22  have the hospital.  They're both the same.

23           BY MR. KINLER:

24               I don't know what that noise -- Is that in

25               the room, that noise?
```