**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **CHERYL BECNEL, ET AL** | **CIVIL ACTION** |
| **VERSUS** | **NO. 23-1124** |
| **TAYLOR SEIDENBACH INC., ET AL** | **SECTION P(5)** |

**NOTICE**

The scheduling conference set for July 15, 2025 is hereby **RESET** to be held on **August 19, 2025 at 3:30 p.m.**

**Please use the following information to call in for the conference:**
**Dial-In: 571-353-2301 / Toll Free: 833-990-9400**
**Guest ID: 819977081**

COURTNEY ANCAR
CASE MANAGER
SECTION "P"
504-589-7715