## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **CHERYL BECNEL, ET AL.** | * | **CIVIL ACTION** |
| | * | **NO. 2:23-cv-1124** |
| | * | |
| | * | **SECTION: "P" (5)** |
| **VERSUS** | * | |
| | * | **JUDGE: DARREL J. PAPILLION** |
| | * | |
| | * | **MAGISTRATE JUDGE:** |
| **TAYLOR-SEIDENBACH, INC., ET AL.** | * | **MICHAEL NORTH** |
| | * | |

**\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \***

### JOINT MOTION AND ORDER FOR DISMISSAL OF CROSS-CLAIMS AS TO LIBERTY MUTUAL INSURANCE COMPANY, AS ALLEGED INSURER OF MOSAIC GLOBAL HOLDINGS, INC.

**NOW INTO COURT,** through undersigned counsel, comes Cross-Claim Plaintiff, Huntington Ingalls Incorporated (f/k/a Northrop Grumman Ship Systems, Inc., f/k/a Avondale Industries, Inc.) (hereinafter "Avondale"**),** and Cross-Claim Defendant, Liberty Mutual Insurance Company, as the alleged insurer of Mosaic Global Holdings, Inc., individually and f/k/a IMC Global, Inc., successor to Freeport-McMoran, Inc., successor to Freeport Minerals Company (hereinafter "Liberty"), who hereby move this Honorable Court for an order of dismissal, dismissing Avondale's Cross-Claims, without prejudice, against Liberty, only, each party to bear its own respective costs. It is recognized that Avondale has specifically reserved its rights against all other Defendants, Cross-Claim Defendants, Third Party Defendants, solidary obligors and other persons and/or entities named or not named herein.

Respectfully submitted:

**IRWIN FRITCHIE URQUHART
MOORE & DANIELS, LLC**

_/s/ Alexander Saunders_
Gus A. Fritchie (#5751)
Timothy F. Daniels (#16878)
David M. Melancon (#23216)
Edward W. Trapolin (#27667)
Alexander R. Saunders (#28753)
Camala E. Capodice (#29117)
Michael Scott Minyard (#31879).
Alison A. Spindler (#34103)
Connor W. Peth (#39499)
Kelli Murphy Miller (#40465)
400 Poydras Street, Suite 2700
New Orleans, Louisiana 70130
Telephone: (504) 310-2100
Facsimile: (504) 310-2101
**Counsel for Huntington Ingalls
Incorporated**

**PIPES MILES BECKMAN, LLC**

_/s/ Thomas A. Porteous_
H. Minor Pipes, III, 24603
Thomas A. Porteous, 27039
1100 Poydras St., Suite 3300
New Orleans, LA 70163
504-322-7070
504-322-7500
**Attorneys for Liberty Mutual Insurance
Company, as the alleged insurer of Mosaic
Global Holdings, Inc., individually and f/k/a
IMC Global, Inc., successor to Freeport-
McMoran, Inc., successor to Freeport
Minerals Company**

## CERTIFICATE OF SERVICE

I hereby certify on this 17th day of July, 2025, that I electronically filed the foregoing pleading with the Clerk of Court using CM/ECF, which will send notification of such filing to all enrolled counsel of record.

_/s/ Thomas A. Porteous_