UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **CHERYL BECNEL, ET AL.** | * | CIVIL ACTION |
| | * | NO. 2:23-cv-1124 |
| | * | |
| | * | SECTION: "P" (5) |
| **VERSUS** | * | |
| | * | JUDGE: DARREL J. PAPILLION |
| | * | |
| | * | MAGISTRATE JUDGE: |
| **TAYLOR-SEIDENBACH, INC., ET AL.** | * | MICHAEL NORTH |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

Considering the forgoing Joint Motion to Dismiss Cross-Claims Without Prejudice:

**IT IS ORDERED, ADJUDGED AND DECREED,** that all claims of Cross-Claim Plaintiff, Huntington Ingalls Incorporated (f/k/a Northrop Grumman Ship Systems, Inc., f/k/a Avondale Industries, Inc.) (hereinafter "Avondale"), against Cross-Claim Defendant, Liberty Mutual Insurance Company, as the alleged insurer of Mosaic Global Holdings, Inc., individually and f/k/a IMC Global, Inc., successor to Freeport-McMoran, Inc., successor to Freeport Minerals Company, **only**, be and the same hereby dismissed, without prejudice, each party to bear its own costs specifically reserving to Avondale all rights to prosecute claims and/or actions against all other Defendants, Cross-Claim Defendants, Third Party Defendants, solidary obligors and other persons and/or entities named or not named herein.

New Orleans, Louisiana, on this _____ day of _____, 2025.

_____
**UNITED STATES DISTRICT JUDGE**
