**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **CHERYL BECNEL, ET AL** | **CIVIL ACTION** |
| **VERSUS** | **NO. 23-1124** |
| **TAYLOR SEIDENBACH INC., ET AL** | **SECTION P(5)** |

## NOTICE

    Due to a conflict on the Court's calendar, the telephone scheduling conference set for August 19, 2025 at 3:30 p.m. is hereby **RESET** to be held on **September 2, 2025 at 3:30 p.m.**

**Please use the following information to call in for the conference:**
**Dial-In: 571-353-2301 / Toll Free: 833-990-9400**
**Guest ID: 819977081**

                                         COURTNEY ANCAR
                                         CASE MANAGER
                                         SECTION "P"
                                         504-589-7715