UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| CHERYL BECNEL, ET AL.<br>　　　　　　Plaintiffs<br><br>VERSUS<br><br>TAYLOR-SEIDENBACH, INC., ET AL.<br>　　　　　　Defendants | CIVIL ACTION NO. 2:23-cv-01124<br><br>SECTION P(5)<br><br>JUDGE DARREL J. PAPILLION<br><br>MAG. JUDGE MICHAEL NORTH |

**UNOPPOSED *EX PARTE* MOTION OF MCDERMOTT, INC. TO CONTINUE AND RESET SUBMISSION DATE ON SUMMARY JUDGMENT MOTION**

McDermott, Inc. moves the Court for an order allowing it to continue the current submission date on its Motion for Summary Judgment[1] from September 3, 2025 to December 2, 2025. Opposing counsel for Plaintiffs has been contacted, has no opposition to this motion, and in fact agrees with and joins in this request.

The deposition of the recently located but previously undisclosed witness who may have testimony affecting the subject matter of the McDermott's Motion for Summary Judgment has now been scheduled for August 26, 2025. Additionally, the Court has recently set a date for a scheduling conference on September 2, 2025. McDermott, Inc. is in need of and moves the Court for a continuance and resetting of the submission date of its Motion for Summary Judgment to complete the deposition, receive the transcript and assess the impact if any of this new witness to determine whether the witness's testimony will affect the motion. Further, although no deposition has been taken in this case since January, this new deposition setting and the anticipated entry of the scheduling order may prompt additional discovery that could affect the motion. At this point,

---

[1] The Motion for Summary Judgment was originally filed as R. Doc. 234. It was amended to correct a clerical error by motion (R. Doc. 237-1) and order of this Court (R. Doc. 239).

1

if the motion goes forward on the present submission date, it will likely be opposed on the ground that pertinent discovery has not been completed.

McDermott, Inc. further advises the Court that at this time no trial date has been set and the granting of this motion will not result in an extension of any existing deadlines.  However, if the Court's scheduling order to be entered after the September 2 conference sets an earlier date for submission of motions than the requested extension here, McDermott understands that the scheduling order will govern.  McDermott therefore includes language in its proposed order to provide for this eventuality.

A proposed order is attached to this Motion for the Court's use in the event the Court grants this Motion.

Respectfully submitted,

*/s/ Joseph J. Lowenthal Jr.*
JOSEPH J. LOWENTHAL, JR. (8909)
MADELEINE FISCHER (5575)
JONES WALKER LLP
201 St. Charles Avenue, 51st Floor
New Orleans, Louisiana 70170
Telephone:  (504) 582-8000 / Direct: 582-8240
Direct Facsimile:  (504) 589-8240
E-mail:  jlowenthal@joneswalker.com

*Attorneys for Defendant, McDermott, Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that on August 8, 2025, a copy of the foregoing pleading has been filed through the Court's CM/ECF filing system and that all counsel of record will be served with this pleading through that system or by e-mail.

*/s/ Joseph J. Lowenthal Jr.*
JOSEPH J. LOWENTHAL, JR.

#104200558v1