UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| CHERYL BECNEL, ET AL.<br>　　　　　Plaintiffs<br><br>VERSUS<br><br>TAYLOR-SEIDENBACH, INC., ET AL.<br>　　　　　Defendants | CIVIL ACTION NO. 2:23-cv-01124<br><br>SECTION P(5)<br><br>JUDGE DARREL J. PAPILLION<br><br>MAG. JUDGE MICHAEL NORTH |

**PROPOSED ORDER**

　　Considering the foregoing Unopposed Ex Parte Motion of McDermott, Inc. to Continue And Reset Submission Date On Summary Judgment Motion;

　　IT IS ORDERED that the motion is GRANTED and the submission date of September 3, 2025 is continued and reset to December 2, 2025.  Should the submission date of December 2, 2025 be later than any applicable deadline in the scheduling order that will be entered following the Court's upcoming scheduling conference, the deadline set in the scheduling order will preempt the December 2, 2025 date in this Order

　　New Orleans, Louisiana, this ___ day of August, 2025.

　　　　　　　　　　　　　　　　　　　　　　　**DARREL JAMES PAPILLION**
　　　　　　　　　　　　　　　　　　　　　　　**UNITED STATES DISTRICT JUDGE**

1

#104200558v1