UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| CHERYL BECNEL, ET AL. | CIVIL ACTION |
| VERSUS | NO. 23-1124 |
| TAYLOR-SEIDENBACH, INC., ET AL. | SECTION: "P" (5) |

### ORDER

On May 20, 2025, Defendant McDermott, Inc. filed a Motion for Summary Judgment.[1] The motion was originally set for submission on July 16, 2025. The Court previously granted an unopposed motion to continue the submission date of McDermott, Inc.'s summary judgment motion due to the parties' need to conduct additional discovery.[2] The motion for summary judgment is presently set for submission on September 3, 2025. In addition, a scheduling conference in this matter is presently set to be held on September 2, 2025.

Now before the Court is a second unopposed motion to continue the submission date of Defendant McDermott, Inc.'s motion for summary judgment.[3] In support of the motion, the parties explain that the deposition of a witness whose testimony could affect the subject matter of the motion for summary judgment is scheduled for August 26, 2025, and the parties need time to complete the deposition, receive the transcript, and assess the impact of the witness's testimony on the motion. The parties also note that the anticipated entry of a scheduling order following the scheduling conference on may prompt additional discovery that could affect the motion for summary judgment. The parties therefore request to continue the submission date of McDermott's motion from September 3, 2025 to December 2, 2025.

---

[1] R. Doc. 234.
[2] *See* R. Docs. 242, 244.
[3] R. Doc. 268.

The Court, however, finds the more appropriate course of action is to deny Defendant McDermott, Inc.'s Motion for Summary Judgment as premature, fully reserving McDermott, Inc.'s right to re-file the motion after the close of discovery in this matter, in accordance with the Court's Scheduling Order that will be entered following the upcoming scheduling conference. Indeed, the parties seek a new submission date of December 2, 2025, but it is likely the discovery deadline in this matter will fall after this proposed submission date. Accordingly,

**IT IS ORDERED** that Defendant McDermott, Inc.'s Motion for Summary Judgment (R. Doc. 234) is **DENIED, without prejudice, as premature**. The Court fully reserves Defendant McDermott, Inc.'s right to re-file the motion after the discovery deadline in this matter lapses, in accordance with the Court's Scheduling Order.

**IT IS FURTHER ORDERED** that the Unopposed *Ex Parte* Motion of McDermott, Inc. to Continue and Reset Submission Date on Summary Judgment Motion (R. Doc. 268) is **DENIED AS MOOT**.

New Orleans, Louisiana, this 12th day of August 2025.

                                            **DARREL JAMES PAPILLION**
                                            **UNITED STATES DISTRICT JUDGE**