UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| CHERYL BECNEL et al., | * | CIVIL ACTION NO. 2:23-cv-1124-DJP-MBN |
| | * | |
| Plaintiffs, | * | SECTION : P (5) |
| | * | |
| v. | * | JUDGE: DARREL JAMES PAPILLION |
| | * | |
| TAYLOR SEIDENBACH, INC., ET AL., | * | MAG. JUDGE: MICHAEL B. NORTH |
| | * | |
| | * | |
| Defendants. | * | |
| | * | |

### CORPORATE DISCLOSURE STATEMENT OF EIDP, INC.

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant EIDP, Inc., ("EIDP"), makes the following disclosure:

1. EIDP is a non-governmental corporate party.

2. The parent corporation of EIDP is Corteva, Inc.

3. Corteva, Inc. is the only publicly traded company that owns more than 10% of the stock of EIDP.

August 13, 2025                                             Respectfully submitted,

**KUCHLER POLK WEINER, LLC**

_s/ Michael B. Harrison, II_
**Monique Weiner (#23233)**
**Michael S. Harrison, II (#38256)**
**Cory A. Lewis (#40854)**
**Tyler M. Ellis (#41130)**
1615 Poydras Street, Suite 1300
New Orleans, Louisiana 70112
Telephone: (504) 592-0691
Facsimile: (844) 731-2302
mweiner@kuchlerpolk.com
mharrison@kuchlerpolk.com
clewis@kuchlerpolk.com
tellis@kuchlerpolk.com
*Attorneys for Defendant, EIDP, Inc.*
*f/k/a E. I. du Pont de Nemours and Company*