# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **CHERYL BECNEL, et al.** | * | **CIVIL ACTION NO. 2:23-cv-1124** |
| Plaintiffs, | | |
| | * | **SECTION P, DIVISION 5** |
| **VERSUS** | | |
| | * | **JUDGE DARREL JAMES PAPILLION** |
| **TAYLOR-SEIDENBACH, INC., et al.** | | |
| Defendants. | * | **MAGISTRATE JUDGE MICHAEL B. NORTH** |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

**CONSIDERING** the *Consent Motion for Extension of Time to Plead* (the "Consent Motion") filed by Defendant, Murphy Oil USA, Inc. ("Murphy"),

**IT IS ORDERED** that the Consent Motion (R. Doc. 274) is hereby **GRANTED**, and that Murphy is hereby granted leave until and through September 12, 2025 to answer, move, or otherwise respond to the *Petition for Damages*, *First Supplemental and Amending Petition for Damages With Incorporated Motion for Leave of Court*, *Second Amended Complaint*, *Third Amended Complaint*, and *Fourth Amended and Restated Complaint* filed by Plaintiffs.

New Orleans, Louisiana, this 14th day August 2025.

*[signature]*
DARREL JAMES PAPILLION
UNITED STATES DISTRICT JUDGE