**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

**CHERYL BECNEL, ET AL.**                          **CIVIL ACTION**

**VERSUS**                                         **NO. 23-1124**

**TAYLOR SEIDENBACH, INC., ET AL.**                **SECTION: "P" (5)**


**<u>ORDER</u>**

This action is set for a scheduling conference on September 2, 2025.[1]  The Court has before it the Motion to Sever Under Rules 20(a)(1) and 21 filed by Huntington Ingalls Incorporated ("Avondale"), which seeks an Order severing the Plaintiffs' claims into separate actions.[2] Avondale's motion has been joined by co-defendants Hopeman Brothers, Inc., Liberty Mutual Insurance Company, Foster Wheeler LLC, General Electric Company, and Paramount Global.[3]  Plaintiffs oppose the motion to the extent it seeks to sever the action under Rule 21, but Plaintiff is not opposed to allowing this action to proceed as a single action with separate trials for each plaintiff, which the Court has discretion to order under Rule 20(b) or Rule 42(b).[4]

Having reviewed the briefing and arguments of the parties, as well as the record in this action, and the applicable law, the Court denies, without prejudice, Avondale's motion. This action shall proceed through discovery as a single action, and any party interested in severance or separate trials under Rules 20, 21, or 42 may file a motion seeking such relief after the discovery period in this action has closed.

Accordingly,

---

[1] R. Doc. 266.
[2] R. Doc. 196.
[3] R. Docs. 202, 208.
[4] R. Doc. 219.

**IT IS ORDERED** that Avondale's Motion to Sever Under Rules 20(a)(1) and 21 (R. Doc. 196) is **DENIED**, without prejudice, as set forth herein.

New Orleans, Louisiana, this 20th day of August 2025.

_____
**DARREL JAMES PAPILLION**
**UNITED STATES DISTRICT JUDGE**