UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **CHERYL BECNEL, ET AL.,** | * | **CIVIL ACTION NO. 23-1124** |
| Plaintiff, | * | |
| | * | |
| **VERSUS** | * | **JUDGE PAPILLION** |
| | * | |
| **TAYLOR-SEIDENBACH, INC., ET AL.** | * | |
| Defendants | * | **MAGISTRATE JUDGE NORTH** |
| | * | |

## EX PARTE MOTION TO DISMISS WITHOUT PREJUDICE

NOW INTO COURT through undersigned counsel, comes Plaintiffs, Darwin Kraemer, Kenneth Pierron, Brandon Oubre, Amy Oubre Billiot, Cheryl Becnel, Casey Lynn Symonds, Cindy Efird, and Caitlyn Efird, and Defendant, Mosaic Global Holdings Inc. (hereinafter "Mosaic"), who respectfully move this Honorable Court for an order of dismissal, dismissing all claims of all Plaintiffs, without prejudice, against Mosaic, only, each party to bear its own respective costs. It is recognized that Plaintiffs have specifically reserved their rights against all other Defendants, third parties, solidary obligors and other persons and/or entities named or not named herein.

Respectfully submitted,

| | |
|---|---|
| */s/ Devin C. Reid* | */s/ Philip C. Hoffman* |
| Charles B. Wilmore, T.A. (#28812) | Philip C. Hoffman (Bar # 32277) |
| Devin C. Reid  (#32645) | Dayal S. Reddy (Bar # 31928) |
| Brady M. Hadden (#37708) | PHILLIP C. HOFFMAN, LLC |
| Alec N. Andrade (#38659) | 643 Magazine Street, Suite 300A |
| 701 Poydras Street, Suite 5000 | New Orleans, LA 70130 |
| New Orleans, Louisiana 70139-5099 | Telephone: (504) 822-6050 |
| Telephone: (504) 581-7979 | Facsimile: (504) 313-3911 |
| cbwilmore@liskow.com | Email: phil@pchlawfirm.com |
| dcreid@liskow.com | dayal@phclawfirm.com |
| bhadden@liskow.com | |
| aandrade@liskow.com | ***Attorneys for Plaintiffs  Darwin Kraemer, Kenneth Pierron, Brandon Oubre, Amy Oubre Billiot, Cheryl Becnel, Casey Lynn Symonds, Cindy Efird, and Caitlyn Efird*** |
| ***Attorneys for Mosaic Global Holdings Inc.*** | |

## CERTIFICATE OF SERVICE

I hereby certify that on this 20th day of August 2025, a true and correct copy of the foregoing instrument was filed with the Clerk of Court by using the CM/ECF system. Notice of this filing will be sent to all counsel of record registered to receive electronic service by operation of the Court's electronic filing system.

/s/ *Devin C. Reid*

Devin C. Reid