UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **CHERYL BECNEL, ET AL.,** | * | **CIVIL ACTION NO. 23-1124** |
| Plaintiff, | * | |
| | * | |
| **VERSUS** | * | **JUDGE PAPILLION** |
| | * | |
| **TAYLOR-SEIDENBACH, INC., ET AL.** | * | |
| Defendants | * | **MAGISTRATE JUDGE NORTH** |
| | * | |

## ORDER

Considering the foregoing Joint Motion to Dismiss Without Prejudice:

**IT IS ORDERED** that all claims of Plaintiffs, Darwin Kraemer, Kenneth Pierron, Brandon Oubre, Amy Oubre Billiot, Cheryl Becnel, Casey Lynn Symonds, Cindy Efird, and Caitlyn Efird, against Defendant Mosaic Global Holdings Inc. in the above-captioned matter be and hereby are dismissed, without prejudice, each party to be responsible for their own costs, and further reserving all rights Plaintiffs may have against other parties and non-parties.

Signed in New Orleans, Louisiana, this ____ day of _____, 2025.

　

**JUDGE DARREL JAMES PAPILLION**
**UNITED STATES DISTRICT COURT**