UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **CHERYL BECNEL, ET AL.,** | * | **CIVIL ACTION NO. 23-1124** |
| **Plaintiff,** | * | |
| | * | |
| **VERSUS** | * | **JUDGE PAPILLION** |
| | * | |
| **TAYLOR-SEIDENBACH, INC., ET AL.** | * | |
| **Defendants** | * | **MAGISTRATE JUDGE NORTH** |
| | * | |

## ORDER

Considering the foregoing Joint Motion to Dismiss Cross-Claims Without Prejudice (R. Doc. 302):

**IT IS ORDERED** that all claims of Cross-Claim Plaintiff, Huntington Ingalls Incorporated (f/k/a Northrop Grumman Ship Systems, Inc., f/k/a Avondale Industries, Inc.) (hereinafter "Avondale"), against Cross-Claim Defendant, Mosaic Global Holdings Inc., **only**, be and the same are hereby **dismissed**, **without prejudice**, each party to bear its own costs specifically reserving to Avondale all rights to prosecute claims and/or actions against all other Defendants, Cross-Claim Defendants, Third Party Defendants, solidary obligors and other persons or entities named or not named herein.

Signed in New Orleans, Louisiana, this 26th day of August 2025.

_____
**DARREL JAMES PAPILLION**
**UNITED STATES DISTRICT JUDGE**