**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

CHERYL BECNEL, ET AL                                    CIVIL ACTION

VERSUS                                                  NO. 23-1124

TAYLOR SEIDENBACH INC., ET AL                           SECTION P(5)

## SCHEDULING ORDER

A Scheduling Conference was held September 2, 2025.

Participating were:    Dayal Reddy, for plaintiffs;
Edward J. Lassus, Jr., for Taylor Seidenbach, Inc.;
Robert L. Redfearn, Jr., for Eagle, Inc.;
Alexander R. Saunders, for Huntington Ingalls Inc.;
Autumn Smith, for International Paper Company and Uniroyal, Inc.;
Kelly L. Long, for Paramount Global, General Electric Company, and Foster Wheeler LLC;
Roth M. Hainkel, for Occidental Chemical Corporation;
Marc E. Davenport, for Zurich American Insurance Company;
Donna M. Young, for Bollinger Shipyards LLC;
Erin C. Hangartner, for Allied Shipyard Inc.;
Joseph J. Lowenthal, Jr., for McDermott, Inc.;
Michael H. Abraham, for Chevron Oronite Company LLC;
James R. Logan, IV, for Certain Underwriters at Lloyd's, London;
Kristopher T. Wilson, for Travelers Indemnity Company;
Stephen R. Whalen, for Honeywell International Inc.;
Blake C. Donewar, for CF Industries Nitrogen LLC;
Hailey Maldonado, for Dow Chemical Company;
Monique M. Weiner, for EIDP Inc. and Shell USA Inc.;
Robert Emmett, for Trinity Industries, Inc.;
Brandon W. Keay, for Murphy Oil USA, Inc.;
Jordan B. Nixon, for Pharmacia LLC;
Taylor Mutavdzic for Milele St. Julien, for Bayer CropScience and Union Carbide Corporation;
Wilson Maloz, III, for Frist State Insurance Company;
James Guidry, for Berkshire Hathaway Specialty Insurance Company;
Samantha Kennedy and Jace Austin, for ExxonMobil Corporation

Issue is joined as to all parties. Jurisdiction and venue are established.

Initial disclosures pursuant to Fed. R. Civ. P. 26(a)(1) must be exchanged no later than

**SEPTEMBER 16, 2025.**

Amendments to pleadings, third-party actions, crossclaims, and counterclaims shall be filed no later than **OCTOBER 2, 2025,** in accordance with Local Rule 7.6.

Counsel adding new parties subsequent to the issuance of this Notice shall serve on each new party a copy of this Minute Entry. Pleadings responsive thereto, when required, shall be filed within the applicable delays therefor.

Written reports of experts, as defined by the Federal Rules of Civil Procedure 26(a)(2)(B), who may be witnesses for Plaintiffs, shall be obtained and delivered to counsel for Defendant as soon as possible, but in no event later than **AUGUST 17, 2026.** This deadline shall also apply to all expert disclosures, as defined by the Federal Rules of Civil Procedure 26(a)(2)(C).

Written reports of experts, as defined by the Federal Rules of Civil Procedure 26(a)(2)(B), who may be witnesses for Defendants, shall be obtained and delivered to counsel for Plaintiff as soon as possible, but in no event later than **SEPTEMBER 15, 2026.** This deadline shall also apply to all expert disclosures, as defined by the Federal Rules of Civil Procedure 26(a)(2)(C).

Written <u>rebuttal</u> reports of experts, as defined by the Federal Rules of Civil Procedure 26(a)(2)(B), who may be witnesses for Plaintiffs, shall be obtained and delivered to counsel for Defendant no later than **OCTOBER 15, 2026.** Plaintiff is cautioned that rebuttal reports should be strictly limited to opinions in response to the Defendant's expert reports.

Counsel for the parties shall file in the record and serve upon their opponents a list of all witnesses who may or will be called to testify at trial and a list of all exhibits which may or will be used at trial no later than **DECEMBER 14, 2026.**

Depositions for trial use shall be taken and all discovery shall be completed no later than **NOVEMBER 13, 2026.** This case does not involve extensive documentary evidence, depositions

or other discovery. No special discovery limitations beyond those established in the Federal Rules, Local Rules of this Court, or the Plan are established.

All non-evidentiary pretrial motions, motions in limine, and dispositive motions shall be filed no later than **DECEMBER 14, 2026, with a submission date of JANUARY 13, 2027**.  Oral argument will not be scheduled on any motion unless specifically ordered by the Court. **<u>The parties should ONLY submit pertinent pages of deposition transcripts. Submission of an entire transcript will not be accepted without prior leave of Court.</u>**

Prior to filing a motion in limine or a dispositive motion, the filing party must confer with any party against whom the motion seeks relief and certify in the motion that the parties met, conferred, and were unable to resolve the dispute.

Motions filed in violation of this order will not be considered unless good cause is shown.

Counsel shall deliver a hard copy of any pleadings along with any exhibits and attachments that together exceed 50 pages in total length to chambers at 500 Poydras Street, Room C-555 for the Court's use. This copy must be forwarded at the time of CM/ECF filing. **This copy must be in a three-ring binder, tabbed and reflect pagination and document numbers consistent with the electronic document stamping of CM/ECF.  The case name and number must be included on the front of the binder, as well as on the spine of the binder.**

The parties must attend a settlement conference with the assigned magistrate judge. **The parties must contact the assigned magistrate judge six weeks prior to the pretrial conference date for the purpose of scheduling a settlement conference which should be held within two weeks prior to the pretrial conference.**

A Final Pretrial Conference will be held on **AUGUST 11, 2027 at 9:30 a.m.** Counsel will be prepared in accordance with the final Pretrial Notice attached. The pretrial order must be

electronically filed with the Court by 12:00 p.m. ten (10) workdays prior to the conference. **THE PRETRIAL ORDER SUBMITTED TO THE COURT MUST BE DOUBLE SPACED AND BEAR THE ELECTRONIC SIGNATURE OF ALL COUNSEL.**

Trial will commence **MONDAY, SEPTEMBER 13, 2027 at 9:00 a.m.** before the District Judge WITH a jury.  Attorneys are instructed to report for trial no later than 30 minutes prior to this time.  Trial is estimated to last fifteen (15) days.

Deadlines, cut-off dates, or other limits fixed herein may only be extended by the Court upon timely motion filed in compliance with Local Rules and upon a showing of good cause. Continuances will not be granted, except for good cause.

The parties are urged to work diligently to comply with the rules and deadlines set forth in this order.

**DARREL JAMES PAPILLION**
**UNITED STATES DISTRICT JUDGE**

**Issued for the Court:**

**By:**   **s/Courtney Ancar**
**Case Manager**
**504-589-7715**