**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **CHERYL BECNEL, et al.,**<br>                    **Plaintiffs,**<br><br>**VERSUS**<br><br>**TAYLOR SEIDENBACH, INC., et al.,**<br>                    **Defendants.** | **CIVIL ACTION NO. 2:23-cv-1124**<br><br>**SECTION: P(5)**<br><br>**JUDGE DARREL JAMES**<br>**PAPILLION**<br><br>**MAGISTRATE JUDGE**<br>**MICHAEL B. NORTH** |

## MOTION TO WITHDRAW COUNSEL

**NOW INTO COURT**, through undersigned counsel, comes third-party defendant, First State Insurance Company, and respectfully requests that Pamela B. Gautier (La. # 23999) be withdrawn as additional counsel of record for third-party defendant. Undersigned counsel, Wilson L. Maloz, III, of the law firm Larzelere Picou Wells Simpson Lonero, LLC, will remain as counsel of record representing third-party defendant's interests in this matter.

First State Insurance Company submits that this filing will not delay or impede the proceedings of this matter.

Respectfully submitted,
**LARZELERE PICOU WELLS**
        **SIMPSON LONERO, LLC**
3850 N. Causeway Boulevard
Suite 500 – Two Lakeway Center
Metairie, Louisiana 70002
Telephone: (504) 834-6500
Facsimile: (504) 834-6565
E-mail:   wmaloz@lpwsl.com

**BY:**   */s/ Wilson L. Maloz, III*
        **WILSON L. MALOZ, III (#26396)**

        **ATTORNEYS FOR THIRD-PARTY**
        **DEFENDANT,**
        **FIRST STATE INSURANCE COMPANY**

2

## CERTIFICATE OF SERVICE

I hereby certify that on this 12th day of September, 2025, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel registered for electronic service. I further certify that I have served a copy of the foregoing pleading on all parties to this proceeding not registered for electronic service, by e-mailing, faxing, and/or mailing the same by United States Mail, properly addressed and postage prepaid.

*/w/ Wilson L. Maloz, III*