UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **CHERYL BECNEL, et al.,**<br>　　　　　　**Plaintiffs,**<br><br>**VERSUS**<br><br>**TAYLOR SEIDENBACH, INC., et al.,**<br>　　　　　　**Defendants.** | **CIVIL ACTION NO. 2:23-cv-1124**<br><br>**SECTION: P(5)**<br><br>**JUDGE DARREL JAMES PAPILLION**<br><br>**MAGISTRATE JUDGE MICHAEL B. NORTH** |

**O R D E R**

Considering the foregoing *Motion to Withdraw Counsel*;

**IT HEREBY IS ORDERED** that said Motion is **GRANTED** and that Pamela B. Gautier (La. # 23999) is hereby withdrawn as additional counsel of record for third-party defendant, First State Insurance Company. Wilson L. Maloz, III, of the law firm Larzelere Picou Wells Simpson Lonero, LLC, hereby remains as counsel of record representing the interests of third-party defendant in this matter.

New Orleans, Louisiana, this _____ day of _____, 2025.

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　**HON. MICHAEL NORTH**
　　　　　　　　　　　　　　　　　　　　**MAGISTRATE JUDGE**
　　　　　　　　　　　　　　　　　　　　**UNITED STATES DISTRICT COURT**
　　　　　　　　　　　　　　　　　　　　**EASTERN DISTRICT OF LOUISIANA**