Case 2:23-cv-01124-DJP-MBN    Document 331    Filed 10/09/25    Page 1 of 3
Case 2:23-cv-01124-DJP-MBN    Document 324    Filed 09/23/25    Page 1 of 2

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Louisiana

| | |
|---|---|
| CHERYL BECNEL, ET AL.<br>*Plaintiff(s)*<br>v.<br>TAYLOR-SEIDENBACH, INC., ET AL.<br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>) Civil Action No. 2:23-CV-1124 P(5)<br>)<br>)<br>)<br>)<br>) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* **PHARMACIA, LLC; Registered Agent, CT Corporation System, 3867 Plaza Tower Dr., Baton Rouge, LA 70816**

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: **Philip C. Hoffman, 400 Poydras Street, Suite 1625, New Orleans, LA 70130.**

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

I

Date: __Sep 23 2025__

Carol L. Michel
Name of clerk of court

_____
Deputy clerk's signature

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* C.T. Corporation System, who is
designated by law to accept service of process on behalf of *(name of organization)* Pharmacia, LLC
on *(date)* 09/25/25 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*

My fees are $ 0 for travel and $ 0 for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 10/09/25

Server's signature: [signature] Laborde

Printed name and title: Shanna Laborde, paralegal

Server's address: 400 Poydras St. Ste 1625
New Orleans, LA 70130

Additional information regarding attempted service, etc: Please see FedEx proof of delivery attached.

**Fed**

September 25, 2025

Dear Customer,

The following is the proof-of-delivery for tracking number: 884635587766

| Delivery Information: | | | |
|---|---|---|---|
| Status: | Delivered | Delivered To: | Shipping/Receiving |
| Signed for by: | S.Statewide | Delivery Location: | |
| Service type: | FedEx Standard Overnight | | |
| Special Handling: | Deliver Weekday | | Baton Rouge, LA, |
| | | Delivery date: | Sep 25, 2025 10:10 |

| Shipping Information: | | | |
|---|---|---|---|
| Tracking number: | 884635587766 | Ship Date: | Sep 24, 2025 |
| | | Weight: | 0.5 LB/0.23 KG |

| Recipient: | Shipper: |
|---|---|
| BATON ROUGE, LA, US, | NEW ORLEANS, LA, US, |

| Reference | Kraemer |
|---|---|

FedEx Express proof-of-delivery details appear below; however, no signature is currently available for this shipment. Please check again later for a signature.