## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **CHERYL BECNEL, et al.** | * | **CIVIL ACTION NO.: 2:23-cv-1124** |
| Plaintiffs, | * | |
| | * | |
| **VERSUS** | * | **JUDGE: DARREL JAMES PAPILLION** |
| | * | |
| **TAYLOR SEIDENBACH, INC.,** *et al.* | * | |
| | * | **MAG. JUDGE: MICHAEL B. NORTH** |
| Defendants. | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

### NOTICE OF PLAINTIFFS' SETTLEMENT
### WITH PETRIN, LLC

**NOW INTO COURT,** through undersigned counsel, comes Defendant, Petrin, LLC, (hereafter "Petrin"), who files this Notice to advise the Court that Petrin, and Plaintiff, **Darwin Kraemer;** Kenneth Pierron, Brandon Oubre, and Amy Oubre Billiot, as Plaintiffs and wrongful death beneficiaries of **Roseanne Pierron**; Plaintiff, **Cheryl Becnel**; and Casey Lynn Symonds, Cindy Marie Efird, and Caitlyn Efird, as Plaintiffs and wrongful death beneficiaries of **Wendy Von Lienen**, have agreed, in principle, to settle the disputes between them in the above-captioned matter. Counsel for the parties are in the process of preparing and finalizing their settlement agreement and a Stipulated Joint Dismissal. Following finalization of the settlement agreement, the Joint Dismissal will be filed with the Court.

Respectfully submitted,

**COSMICH SIMMONS & BROWN, PLLC**

*/s/ Forrest Ren Wilkes*
FORREST REN WILKES (LSBA No. 22897)
650 Poydras Street, Suite 2215
New Orleans, Louisiana 70130
Telephone: (504) 262-0040
Facsimile: (601) 863-0078
la-asbestos@cs-law.com
***Attorneys for Petrin, LLC***

## CERTIFICATE OF SERVICE

      I hereby certify that the above and foregoing was electronically filed with the Clerk of Court of the Eastern District of Louisiana by using the CM/EDF system, which will send a notice of electronic filing to all counsel of record, on this 24th day of November, 2025.

                                    */s/ Forrest Ren Wilkes*
                                    **FORREST REN WILKES**