UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **CHERYL BECNEL, ET AL.** | **CIVIL ACTION** |
| **VERSUS** | **NO. 23-1124** |
| **TAYLOR SEIDENBACH, INC., ET AL.** | **SECTION: "P" (5)** |

**ORDER**

The Court has been notified that Plaintiffs[1] and Defendant, Petrin, LLC, have agreed in principle to settle the disputes between them in the above-captioned matter.[2]

Accordingly, **IT IS ORDERED** that the action between Plaintiffs and Defendant, Petrin, LLC, is hereby **DISMISSED WITHOUT PREJUDICE** to the right, upon good cause shown, to reassert the claims or to seek summary judgment enforcing the compromise if settlement is not consummated within sixty (60) days from the date of this order. Each party will bear its own costs. The Court retains jurisdiction for all purposes, including enforcing the settlement agreement entered into by the parties.

New Orleans, Louisiana, this 25th day of November 2025.

_____
**DARREL JAMES PAPILLION**
**UNITED STATES DISTRICT JUDGE**

---

[1] "Plaintiffs" refers to: Darwin Kraemer; Kenneth Pierron, Brandon Oubre, and Amy Oubre Billiot, *individually and on behalf of decedent Roseanne Pierron*; Cheryl Becnel; and Casey Lynn Symonds, Cindy Marie Efird, and Caitlyn Efird, individually and on behalf of decedent Wendy Von Lienen.

[2] R. Doc. 334.