UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **CHERYL BECNEL, et al.,**<br>            Plaintiffs,<br><br>**VERSUS**<br><br>**TAYLOR SEIDENBACH, INC., et al.,**<br>            Defendants. | **CIVIL ACTION NO. 2:23-cv-1124**<br><br>**SECTION: P(5)**<br><br>**JUDGE DARREL JAMES PAPILLION**<br><br>**MAGISTRATE JUDGE MICHAEL B. NORTH** |

### NOTICE OF CHANGE OF ADDRESS AND FIRM AFFILIATION OF WILSON L. MALOZ III (LA. BAR NO. 26396)

**NOW INTO COURT**, comes Wilson L. Maloz III (La. Bar No. 26396), counsel of record and designated Trial Attorney for First State Insurance Company in the captioned matter, and pursuant to Local Rule 83.2.2, notifies the Court of his new address and firm affiliation, which is:

> **The Waltz Law Group, L.L.C.**
> 1100 Poydras Street, Suite 2620
> New Orleans, Louisiana 70163
> Telephone:    (504) 264-5260
> Facsimile:    (504) 264-5487
> E-Mail:       wilson@waltzlawgroup.com

Undersigned counsel certifies that he has previously notified the Clerk of Court of these changes and that such notice was provided within 35 days of such changes.

[Signature Block on Following Page]

Respectfully submitted,

**The Waltz Law Group, L.L.C.**

   *s/ Wilson L. Maloz III*
**WILSON L. MALOZ, III (#26396) (T.A.)**
1100 Poydras Street, Suite 2620
New Orleans, Louisiana 70163
Telephone:  (504) 264-5260
Facsimile:  (504) 264-5487
E-Mail:  wilson@waltzlawgroup.com
**ATTORNEYS FOR THIRD-PARTY DEFENDANT,
FIRST STATE INSURANCE COMPANY**

### CERTIFICATE OF SERVICE

I hereby certify that on this 3rd day of February, 2026, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel registered for electronic service. I further certify that I have served a copy of the foregoing pleading on all parties to this proceeding not registered for electronic service, by e-mailing, faxing, and/or mailing the same by United States Mail, properly addressed and postage prepaid.

   *s/ Wilson L. Maloz III*