# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **CHERYL BECNEL,** *et al.* | * | |
| | * | **CIVIL ACTION NO. 2-23-cv-1124** |
| **Plaintiffs** | * | |
| | * | **SECTION: "P" (5)** |
| **VERSUS** | * | |
| | * | **JUDGE DARREL JAMES PAPILLION** |
| | * | |
| **TAYLOR SEIDENBACH, INC.,** *et al.* | * | **MAGISTRATE JUDGE** |
| | * | **MICHAEL B. NORTH** |
| **Defendants** | * | |

## ORDER

Considering the foregoing *Ex Parte Motion to Enroll Additional Counsel of Record* (R. Doc. 345),

**IT IS HEREBY ORDRED** that the motion is **GRANTED** and that Michael A. Beck (#41660) of the firm Bienvenu, Foco & Viator, LLC be **ENROLLED** as additional counsel of record for Exxon Mobil Corporation.

**NEW ORLEANS, LOUISIANA,** this 2nd day of April 2026.

_____
**DARREL JAMES PAPILLION**
**UNITED STATES DISTRICT JUDGE**

3