UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| CHERYL BECNEL, *et al.* | * | CIVIL ACTION NO. 2:23-CV-1124 |
| | * | |
| Plaintiffs | * | SECTION B(5) |
| | * | |
| VERSUS | * | JUDGE IVAN L.R. LEMELLE |
| | * | |
| TAYLOR SEIDENBACH, INC., *et al.* | * | MAGISTRATE JUDGE |
| | * | MICHAEL B. NORTH |
| Defendants | * | |

---

**JOINT MOTION FOR PARTIAL DISMISSAL WITHOUT PREJUDICE**

**NOW INTO COURT,** through undersigned counsel, come Plaintiffs, Darwin Kraemer, Kenneth Pierron, Brandon Oubre, Amy Oubre Billiot, Cheryl Becnel, Casey Lynn Symonds, as daughter to Wendy Von Lienen, Cindy Efird, as daughter to Wendy Von Lienen, and Caitlyn Efird, as daughter to Wendy Von Lienen, and Defendants, Huntington Ingalls Incorporated (f/k/a Northrop Grumman Ship Systems, Inc., f/k/a Avondale Industries, Inc.) ("Avondale") and The Travelers Indemnity Company (incorrectly named as "The Travelers Insurance Company") ("Travelers"), in its capacity as an alleged insurer of the following alleged "Executive Officers of Avondale Industries, Inc.": James Bull, Henry "Zac" Carter, C. Edwin Hartzman, Hettie Margaret Dawes-Eaves, Albert Bossier, Jr., Earl Spooner, Ewing Moore, George Kelmell, J. Melton Garrett, J. D. Roberts, James O'Donnell, James T. Cole, John Chantrey, John McCue, Ollie Gatlin, Peter Territo, Roy Barkdull, and Steven Kennedy ("Avondale's Alleged Executive Officers"),  who jointly move this Honorable Court to dismiss, without prejudice, any and all claims asserted by Plaintiffs against Avondale and Travelers for past, present and future lost earnings and loss of earning capacity, reserving all of the Plaintiffs' rights against all other parties, whether named or

1

unnamed, with each party to bear its own costs. All of the above-named parties have expressly consented to this motion.

Wherefore, Plaintiffs, Avondale, and Travelers pray that the Court enter an Order, dismissing without prejudice any and all claims for past, present, and future lost earnings and loss of earning capacity, reserving to Plaintiffs all remaining rights, claims, and causes of action against all parties and nonparties, whether named or unnamed.

Respectfully submitted,


/s/ *Philip C. Hoffman*
**PHILIP C. HOFFMAN, LLC**
Philip C. Hoffman (#32277)
Dayal S. Reddy (#31928)
400 Poydras Street, Suite 1625
New Orleans, Louisiana 70130
Telephone: (504) 822-6050
Facsimile: (504) 313-3911
phil@pchlawfirm.com
dayal@pchlawfirm.com
tara@pchlawfirm.com
shanna@pchlawfirm.com

**-and-**

**IRWIN FRITCHIE URQUHART MOORE & DANIELS LLC**

/s/ *David M. Melancon*
Gus A. Fritchie (#5751)
Timothy F. Daniels (#16878)
David M. Melancon (#23216)
Kevin Powell (#25324)
M. Scott Minyard (#31879)
Alexander R. Saunders (#28753)
Diana J. Masters (#37372)
400 Poydras Street, Suite 2700
New Orleans, Louisiana 70130
Telephone: 504-310-2100
Facsimile: 504-310-2101
IrwinAvondale@irwinllc.com
***Counsel for Huntington Ingalls Incorporated***

2

-and-

/s/ Kristopher T. Wilson
Kristopher T. Wilson, Bar #23978
Patricia C. Penton, Bar #1120
**LUGENBUHL, WHEATON, PECK,
RANKIN & HUBBARD**
601 Poydras Street, Suite 2775
New Orleans, LA 70130
Telephone: (504) 568-1990
Facsimile: (504) 310-9195
kwilson@lawla.com
ppenton@lawla.com
**Attorneys for The Travelers Indemnity Company (incorrectly named as "The Travelers Insurance Company"), in its capacity as an alleged insurer of the following alleged "Executive Officers of Avondale Industries, Inc.": James Bull, Henry "Zac" Carter, C. Edwin Hartzman, and Hettie Margaret Dawes-Eaves, Albert Bossier, Jr., Earl Spooner, Ewing Moore, George Kelmell, J. Melton Garrett, J. D. Roberts, James O'Donnell, James T. Cole, John Chantrey, John McCue, Ollie Gatlin, Peter Territo, Roy Barkdull, and Steven Kennedy.**

3