UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| CHERYL BECNEL, *et al.* | * | CIVIL ACTION NO. 2:23-CV-1124 |
| | * | |
| Plaintiffs | * | SECTION B(5) |
| | * | |
| VERSUS | * | JUDGE IVAN L.R. LEMELLE |
| | * | |
| TAYLOR SEIDENBACH, INC., *et al.* | * | MAGISTRATE JUDGE |
| | * | MICHAEL B. NORTH |
| Defendants | * | |

## **ORDER**

Considering the foregoing *Joint Motion for Partial Dismissal without Prejudice*;

**IT IS HEREBY ORDERED** that any and all claims for past, present and future lost earnings and loss of earning capacity asserted by Plaintiffs, Darwin Kraemer, Kenneth Pierron, Brandon Oubre, Amy Oubre Billiot, Cheryl Becnel, Casey Lynn Symonds, Cindy Efird, and Caitlyn Efird, against Huntington Ingalls Incorporated (f/k/a Northrop Grumman Ship Systems, Inc., f/k/a Avondale Industries, Inc.) ("Avondale") and The Travelers Indemnity Company (incorrectly named as "The Travelers Insurance Company") ("Travelers"), in its capacity as an alleged insurer of the following alleged "Executive Officers of Avondale Industries, Inc.": James Bull, Henry "Zac" Carter, C. Edwin Hartzman,  Hettie Margaret Dawes-Eaves, Albert Bossier, Jr., Earl Spooner, Ewing Moore, George Kelmell, J. Melton Garrett, J. D. Roberts, James O'Donnell, James T. Cole, John Chantrey, John McCue, Ollie Gatlin, Peter Territo, Roy Barkdull, and Steven Kennedy ("Avondale's Alleged Executive Officers"), be and are hereby dismissed, without prejudice, reserving all of the Plaintiffs' rights against all other parties, whether named or unnamed, with each party to bear its own costs.

2

New Orleans, Louisiana this _____ day of April 2026.

_____
UNITED STATES DISTRICT JUDGE