**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| CHERYL BECNEL, ET AL | CIVIL ACTION NO.: 2:23-cv-01124 |
| VERSUS | SECTION P (5) |
| TAYLOR-SEIDENBACH, INC., ET AL | JUDGE DARREL JAMES PAPILLION |
| | MAG. JUDGE MICHAEL B. NORTH |

**OCCIDENTAL CHEMICAL CORPORATION'S ANSWER AND AFFIRMATIVE DEFENSES TO AVONDALE'S SUPPLEMENTAL AND AMENDED CROSS-CLAIMS AND THIRD-PARTY COMPLAINT**

**NOW INTO COURT**, through undersigned counsel, comes Defendant, Occidental Chemical Corporation (hereinafter "Occidental" or "Defendant"), who responds to Huntington Ingalls Incorporated's Supplemental and Amended Cross-Claims and Third-Party Complaint ("Avondale's Cross-Claims") as follows:

1.

The allegations contained within paragraphs 1 and 2 of Avondale's Cross-Claims are admitted.

2.

The allegations contained within paragraph 3 of Avondale's Cross-Claims pertain to other defendant(s) and/or do not otherwise appear to require a response from this Defendant; however, to the extent any further response is deemed necessary, the allegations are denied for lack of sufficient information to justify a belief therein.

3.

To the extent the allegations contained within paragraphs 4 and 5 of Avondale's Cross-Claims pertain to this Defendant, the allegations are denied. Defendant specifically denies that it caused or contributed to the alleged exposures to asbestos, is a joint and/or solidary obligor, or that

1

it is in any way liable to the Plaintiffs, or otherwise. The remaining allegations are denied for lack of sufficient information to justify a belief therein. To the extent the allegations contain legal conclusions, no response is required; otherwise, to the extent any further response is deemed necessary, those allegations are denied.

4.

In response to the allegations contained within paragraph 6 of Avondale's Cross-Claims, Defendant adopts all of its previous exceptions, answers, and affirmative defenses as if copied herein *in extenso*. Defendant specifically denies that it caused or contributed to the alleged exposures to asbestos, is a joint and/or solidary obligor, or that it is in any way liable to Plaintiffs, or otherwise. Defendant denies knowledge or information as to the allegations as they pertain to the other defendants.

5.

To the extent the allegations contained within paragraphs 7 and 8 of Avondale's Cross-Claims pertain to this Defendant, the allegations are denied. The remaining allegations are denied for lack of sufficient information to justify a belief therein. To the extent the allegations contain legal conclusions, no response is required; otherwise, to the extent any further response is deemed necessary, those allegations are denied.

6.

Any and all allegations contained in the "WHEREFORE" paragraph(s), any incorrectly numbered paragraph, or in any other paragraph, including all subparts, found in Avondale's Cross-Claims that have not yet been addressed above are denied.

## AFFIRMATIVE DEFENSES

**AND NOW**, Defendant further avers the following Affirmative Defenses to Avondale's

2

Crossclaim:

7.

Defendant specifically denies it is jointly and severally liable, that it is responsible for contribution or indemnity or that it is alone liable to Plaintiffs or any other party in this action in any amount or upon any basis whatsoever.

8.

Avondale fails to state a claim upon which relief can be granted.

9.

Defendant adopts all of its previously pled affirmative defenses as if copied herein *in extenso*.

10.

Defendant adopts all applicable affirmative defenses, if any, not specifically set out in this Answer but asserted by any other defendant, third-party defendant, or cross-claim defendant not inconsistent with its position.

**WHEREFORE**, Defendant, Occidental Chemical Corporation, prays that its Answer and Affirmative Defenses be deemed good and sufficient and that after due proceedings are had, there be judgment rendered in favor of Defendant and against Plaintiffs and Avondale, dismissing their claims *with prejudice*, at their cost, and for all other general and equitable relief.

3

Respectfully submitted,

**FRILOT L.L.C.**


*/s/ Roth M. Hainkel*
JOHN J. HAINKEL, III – 18246
ANGELA M. BOWLIN – 20714
ROTH M. HAINKEL – 38765
BRIDGET K. SNYDSTRUP – 41423
KATIE S. CHONG – 41698
1100 Poydras Street, Suite 3700
New Orleans, Louisiana 70163
T: (504) 599-8000; F: (504) 599-8100
rhainkel@frilot.com
**Counsel for Occidental Chemical Corporation**


## CERTIFICATE OF SERVICE

I hereby this 10th day of April, 2026, that I electronically filed the foregoing pleading with the Clerk of Court using CM/ECF, which will send notification of such filing to all enrolled counsel of record.

*/s/ Roth M. Hainkel*

4