**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **CHERYL BECNEL, ET AL** | * | |
| | * | **CIVIL ACTION NO. 2:23-cv-1124** |
| **Plaintiffs** | * | |
| **VERSUS** | * | **SECTION "P" (5)** |
| | * | |
| **TAYLOR-SEIDENBACH,** | * | **JUDGE DARREL JAMES PAPILLION** |
| **INC., ET AL.** | * | |
| | * | **MAG.  MICHAEL B. NORTH** |
| **Defendants** | * | |
| | * | |

## JOINT MOTION FOR PARTIAL DISMISSAL WITHOUT PREJUDICE

**NOW INTO COURT,** through undersigned counsel, come Plaintiffs, Darwin Kraemer, Kenneth Pierron, Brandon Oubre, Amy Oubre Billiot, Cheryl Becnel, Casey Lynn Symonds, as daughter to Wendy Von Lienen, Cindy Efird, as daughter to Wendy von Lienen, and Caitlyn Efird, as daughter to Wendy Von Lienen, and Defendants, Certain Underwriters at Lloyd's, London and London Market Companies (collectively, "London Market Insurers"), in their capacity as alleged insurers of certain alleged Avondale executive officers, who jointly move this Honorable Court to dismiss, without prejudice, any and all claims asserted by Plaintiffs against London Market Insurers for past, present and future lost earnings and loss of earning capacity, reserving all of the Plaintiffs' rights against all other parties, whether named or unnamed, with each party to bear its own costs. All of the above-named parties have expressly consented to this motion.

Wherefore, Plaintiffs and London Market Insurers pray that the Court enter an Order, dismissing without prejudice any and all claims for lost earnings and loss of earning capacity, reserving to Plaintiffs all remaining rights, claims, and causes of action against all parties and nonparties, whether named or unnamed.

Respectfully submitted,

*[SIGNATURE BLOCKS ON*
*FOLLOWING PAGE]*

/s/ *Philip C. Hoffman*
**PHILIP C. HOFFMAN, LLC**
Philip C. Hoffman (#32277)
Dayal S. Reddy (#31928)
400 Poydras Street, Suite 1625
New Orleans, Louisiana 70130
Telephone: (504) 822-6050
Facsimile: (504) 313-911
phil@pchlawfirm.com
dayal@pchlawfirm.com
tara@pchlawfirm.com
shanna@pchlawfirm.com
Counsel for Plaintiffs

and

/s/ *James R. Logan, IV*
**LOGAN LAW OFFICES, LLC**
James R. Logan, IV (#01095)
650 Poydras Street
Suite 2708
New Orleans, Louisiana 70130
Telephone: (504) 291-9905
Facsimile: (504) 522-5406
Email: jlogan@loganlawoffices.com

Attorneys for Defendants, Certain Underwriters
at Lloyd's, London & London Market Companies

## CERTIFICATE OF SERVICE

I do hereby certify that on this 29<u>th</u> day of April 2026, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

*/s/ James R. Logan, IV*

JAMES R. LOGAN, IV