**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **CHERYL BECNEL, ET AL** | * | |
| | * | **CIVIL ACTION NO. 2:23-cv-1124** |
| **Plaintiffs** | * | |
| | * | |
| **VERSUS** | * | **SECTION "P" (5)** |
| | * | |
| **TAYLOR-SEIDENBACH,** | * | **JUDGE DARREL JAMES PAPILLION** |
| **INC., ET AL.** | * | |
| | * | **MAG.  MICHAEL B. NORTH** |
| **Defendants** | * | |
| | * | |

## ORDER

Considering the foregoing *Joint Motion for Partial Dismissal without Prejudice*;

**IT IS HEREBY ORDERED** that any and all claims for past, present and future lost earnings and loss of earning capacity asserted by Plaintiffs, Darwin Kraemer, Kenneth Pierron, Brandon Oubre, Amy Oubre Billiot, Cheryl Becnel, Casey Lynn Symonds, as daughter to Wendy Von Lienen, Cindy Efird, as daughter to Wendy von Lienen, and Caitlyn Efird, as daughter to Wendy Von Lienen, against Defendants, Certain Underwriters at Lloyd's, London and London Market Companies, be and are hereby dismissed, without prejudice, reserving all of the Plaintiffs' rights against all other parties, whether named or unnamed, with each party to bear its own costs.

New Orleans, Louisiana this _____ day of April 2026.

_____
UNITED STATES DISTRICT JUDGE