**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **CHERYL BECNEL, et al.,** | **CIVIL ACTION NO. 2:23-cv-1124** |
|           **Plaintiffs,** | |
| | **SECTION: P(5)** |
| **VERSUS** | |
| | **JUDGE DARREL JAMES** |
| **TAYLOR SEIDENBACH, INC., et al.,** | **PAPILLION** |
|           **Defendants.** | |
| | **MAGISTRATE JUDGE** |
| | **MICHAEL B. NORTH** |

**MOTION TO ENROLL AS ADDITIONAL COUNSEL OF RECORD**
**FOR FIRST STATE INSURANCE COMPANY**

**NOW INTO COURT**, through undersigned counsel, comes Third-Party Defendant, First State Insurance Company, who respectfully requests that Delaney P. Shea (La. Bar No. 39337), of the law firm, The Waltz Law Group LLC, be enrolled as additional counsel of record representing Third-Party Defendant's interests in this matter.  Wilson L. Maloz III and Estelle C. Eiserloh of The Waltz Law Group will both remain as counsel of record and Wilson L. Maloz III will remain as designated Trial Attorney.

First State Insurance Company submits that this filing will not delay or impede the proceedings of this matter.

*SIGNATURE BLOCK ON FOLLOWING PAGE*

Respectfully submitted,

**The Waltz Law Group, L.L.C.**

*/s/ Wilson L. Maloz, III*
**WILSON L. MALOZ, III (#26396) (T.A.)**
**ESTELLE C. EISERLOH (#40353)**
1100 Poydras Street,  Suite 2620
New Orleans, Louisiana 70163
Telephone:    (504) 264-5260
Facsimile:    (504) 264-5487
E-Mail:         wilson@waltzlawgroup.com
                    estelle@waltzlawgroup.com
**ATTORNEYS    FOR    THIRD-PARTY**
**DEFENDANT        FIRST        STATE**
**INSURANCE COMPANY**

## CERTIFICATE OF SERVICE

I hereby certify that on this 16th day of June, 2026, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel registered for electronic service. I further certify that I have served a copy of the foregoing pleading on all parties to this proceeding not registered for electronic service, by e-mailing, faxing, and/or mailing the same by United States Mail, properly addressed and postage prepaid.

*/s/ Wilson L. Maloz, III*

2