**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **CHERYL BECNEL, et al.,**<br>                    **Plaintiffs,**<br><br>**VERSUS**<br><br>**TAYLOR SEIDENBACH, INC., et al.,**<br>                    **Defendants.** | **CIVIL ACTION NO. 2:23-cv-1124**<br><br>**SECTION: P(5)**<br><br>**JUDGE DARREL JAMES PAPILLION**<br><br>**MAGISTRATE JUDGE MICHAEL B. NORTH** |

**O R D E R**

Considering the foregoing *Motion to Enroll as Additional Counsel of Record for First State Insurance Company*;

**IT HEREBY IS ORDERED** that said Motion is **GRANTED** and that Delaney P. Shea (La. Bar No. 39337), of the law firm, The Waltz Law Group LLC, be and hereby is enrolled as additional counsel of record representing the interests of Third-Party Defendant, First State Insurance Company, in this matter, with Wilson L. Maloz III and Estelle C. Eiserloh to remain as counsel of record and Wilson L. Maloz III to remain as designated Trial Attorney.

New Orleans, Louisiana, this _____ day of _____, 2026.


_____
**UNITED STATES DISTRICT JUDGE**