**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **CHERYL BECNEL, ET AL.** | * | |
| | * | **CIVIL ACTION NO. 2-23-cv-1124** |
| **Plaintiffs** | * | |
| | * | **SECTION: P (5)** |
| **VERSUS** | * | |
| | * | **JUDGE DARREL JAMES PAPILLION** |
| **TAYLOR-SEIDENBACH, INC., ET AL.** | * | |
| | * | **MAGISTRATE JUDGE** |
| **Defendants** | * | **MICHAEL NORTH** |

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

## *EX PARTE* UNOPPOSED MOTION TO SET STATUS CONFERENCE TO MODIFY SCHEDULING ORDER

NOW INTO COURT, through undersigned counsel, come Plaintiffs who hereby move this Court, pursuant to Federal Rule of Civil Procedure 16(a), to convene a status conference at the Court's earliest convenience to address procedures and the current discovery schedule.

The parties do not wish to disturb the currently scheduled September 13, 2027 trial date, but do wish to modify the current discovery and dispositive motions deadlines currently set.

WHEREFORE, Plaintiffs respectfully request that the Court issue an order setting this matter for a status conference, at which time the Court can modify the current scheduling order such that the parties are afforded a reasonable opportunity to have their day in court.

Respectfully submitted,

PHILIP C. HOFFMAN, LLC

*/s/ Dayal Reddy*
Philip C. Hoffman (#32277)
Dayal S. Reddy (#31928)
400 Poydras Street; Suite 1625
New Orleans, LA 70130
Telephone: (504) 822-6050

Facsimile: (504) 313-3911
Email: *phil@pchlawfirm.com*
*dayal@pchlawfirm.com*
*tara@pchlawfirm.com*
*shanna@pchlawfirm.com*

**COUNSEL FOR PLAINTIFFS**

**<u>CERTIFICATE OF SERVICE</u>**

I HEREBY CERTIFY that on July 23rd, 2026, a copy of the foregoing pleading was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to all CM/ECF participants by operation of the Court's electronic filing system and to defense counsel by electronic mail.

*/s/ Dayal Reddy*
Dayal Reddy

2