**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **CHERYL BECNEL, ET AL.** | * | |
| | * | **CIVIL ACTION NO. 2-23-cv-1124** |
| **Plaintiffs** | * | |
| | * | **SECTION: P (5)** |
| **VERSUS** | * | |
| | * | **JUDGE DARREL JAMES PAPILLION** |
| **TAYLOR-SEIDENBACH, INC., ET AL.** | * | |
| | * | **MAGISTRATE JUDGE MICHAEL NORTH** |
| **Defendants** | * | |

**************************************************************************

## ORDER

CONSIDERING the foregoing *Ex Parte Unopposed Motion To Set Status Conference To Modify Scheduling Order*:

IT IS HEREBY ORDERED that Plaintiffs' *Ex Parte Unopposed Motion To Set Status Conference To Modify Scheduling Order* is GRANTED.

IT IS FURTHER ORDERED that the parties appear before the Court at _____a.m./p.m., on the _____ day of _____ 2026, for a Status Conference for the purpose of modifying the Scheduling Order for the timely and efficient resolution of this matter.

NEW ORLEANS, LOUISIANA, this _____ day of _____ 2026.

_____
U.S. DISTRICT JUDGE

1