# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **CHERYL BECNEL, ET AL** | * | |
| | * | **CIVIL ACTION NO. 2:23-CV-1124** |
| **PLAINTIFF** | * | |
| | * | **SECTION: P (5)** |
| **VERSUS** | * | |
| | * | **JUDGE: DARREL JAMES PAPILLION** |
| | * | |
| **TAYLOR-SEIDENBACH, INC., ET AL** | * | **MAG. JUDGE:** |
| | * | **MICHAEL B. NORTH** |
| **DEFENDANTS** | * | |

## SUPPLEMENTAL CORPORATE DISCLOSURE STATEMENT
## ON BEHALF OF EXXON MOBIL CORPORATION

Pursuant to Federal Rule of Civil Procedure 7.1(b)(2), Defendant, Exxon Mobil Corporation (hereinafter, "**ExxonMobil**"), files this supplemental corporate disclosure statement and advises the Court as follows:

(i)     Effective July 1, 2026, Exxon Mobil Corporation is a wholly owned subsidiary of ExxonMobil Holdings Corporation, a publicly traded corporation. No publicly held corporation owns 10% or more of ExxonMobil Holdings Corporation.

[*signatures on following page*]

1

Respectfully submitted,

**BIENVENU, FOCO & VIATOR, LLC**

/s/Melissa Jade Avant
David M. Bienvenu, Jr., #20700
John Allain Viator, #25915
Anthony J. Lascaro, #32546
Melissa Jade Avant, #37867
Samantha M. Kennedy, #39428
Katherine E. Roberts, #40927
Michael A. Beck, #41660
4210 Bluebonnet Blvd.
Baton Rouge, LA 70809
Phone: (225) 388-5600
Fax: (225) 388-5622
asbestos@bblawla.com

*Attorneys for Exxon Mobil Corporation*

**CHEHARDY, SHERMAN, WILLIAMS, RECILE & HAYES, LLP**

James M. Williams, Bar No. 26141
Inemesit U. O'Boyle, Bar No. 30007
Daniel E. Buras, Jr., Bar No. 26226
Patrick R. Follette, Bar No. 34547
Tiffany Delery Davis, Bar No. 29830
One Galleria Boulevard, Suite 1100
Metairie, Louisiana 70001
Telephone: (504) 833-5600
Fax: (504) 833-8080
CSW-Exxon@thetrialteam.com,
james@thetrialteam.com,
inem@thetrialteam.com,
dan@thetrialteam.com,
patrick@thetrialteam.com,
tiffany@thetrialteam.com

*Attorneys for Exxon Mobil Corporation*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 24th day of July, 2026, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, which will send a notice of electronic filing to all attorneys of record.

/s/Melissa Jade Avant
Melissa Jade Avant

2