**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **CHERYL BECNEL, ET AL.** | * | |
| | * | **CIVIL ACTION NO. 23-cv-1124** |
| **Plaintiffs** | * | |
| | * | **SECTION: P (5)** |
| **VERSUS** | * | |
| | * | **JUDGE DARREL JAMES PAPILLION** |
| **TAYLOR-SEIDENBACH, INC., ET AL.** | * | |
| | * | **MAGISTRATE JUDGE MICHAEL NORTH** |
| **Defendants** | * | |

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

**ORDER**

Considering the foregoing *Ex Parte Unopposed Motion To Set Status Conference To Modify Scheduling Order* (R. Doc. 355):

**IT IS ORDERED** that Plaintiffs' *Ex Parte Unopposed Motion To Set Status Conference To Modify Scheduling Order* is **GRANTED**.

**IT IS FURTHER ORDERED** that the Court will hold a **telephone status conference** on **August 4, 2026, at 1:30 p.m.**

To participate in the conference, counsel shall call in promptly at 1:25 p.m. using telephone number 571-353-2301 and Call ID 515773125.

NEW ORLEANS, LOUISIANA, this 27th day of July 2026.

DARREL JAMES PAPILLION
UNITED STATES DISTRICT JUDGE

1