**MINUTE ORDER**
**PAPILLION, J.**
**August 4, 2026**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

CHERYL BECNEL, ET AL                          CIVIL ACTION

VERSUS                                        NO. 23-1124

TAYLER SEIDENBACH, INC., ET AL                SECTION: "P" (5)

<u>MINUTE ORDER</u>

On August 4, 2026, the Court held a telephone status conference with the parties. Participating were: Dayal Reddy on behalf of Plaintiffs; Erin Hangartner on behalf of Allied Shipyard, Inc.; Milele St. Julien on behalf of Bayer CropScience; James Guidry on behalf of Berkshire Hathaway Specialty Insurance; Donna Young on behalf of Bollinger Shipyards, LLC; James Logan on behalf of Certain Underwriters at Lloyd's London; Michael Abraham on behalf of Chevron Oronite Company, LLC; Hailey Maldonado on behalf of The Dow Chemical Company; Robert Redfearn on behalf of Eagle, Inc.; Michael Harrison on behalf of EIDP, Inc. and Shell USA; Samantha Kennedy on behalf of Exxon Mobil Corporation; Estelle Eiserloh on behalf of First State Insurance Company; Kelly Long on behalf of Foster Wheeler, General Electric Company, Paramount Global, and Occidental Chemical Corporation; Scott Minyard on behalf of Huntington Ingalls Incorporated; Madeleine Fischer on behalf of McDermott, Inc.; Brandon W. Keay on behalf of Murphy Oil USA, Inc.; Jordan Nixon on behalf of Pharmacia, LLC; Stephen R. Whalen on behalf of Sterling Wander, LLLP; Nicole Palmisano on behalf of Taylor Seidenbach, Inc.; Patricia Penton on behalf of Travelers Insurance Company; Kimberly Delk on behalf of Trinity Industries, Inc.; Autumn Smith on behalf of Uniroyal Inc.; and Marc Devenport on behalf of Zurich American Insurance Company.

The conference was set at the request of Plaintiffs' counsel for the purpose of discussing modifications to the discovery and dispositive motions deadlines currently set in the Scheduling Order (R. Doc. 314). After discussions with counsel regarding the basis for the requested continuance, the Court agreed to extend, by approximately 90 days, the deadlines for expert reports, witness and exhibit lists, discovery (including depositions for trial use), and all pre-trial motions. The Court informed the parties that the precise deadlines would be set forth in this Minute Order. Accordingly,

**IT IS ORDERED** that the Scheduling Order (R. Doc. 314) is modified with respect to the deadlines set forth below:

- Written reports of experts, as defined by the Federal Rules of Civil Procedure 26(a)(2)(B), who may be witnesses for Plaintiffs, shall be obtained and delivered to counsel for Defendant as soon as possible, but in no event later than **NOVEMBER 16, 2026.** This deadline shall also apply to all expert disclosures, as defined by the Federal Rules of Civil Procedure 26(a)(2)(C).

- Written reports of experts, as defined by the Federal Rules of Civil Procedure 26(a)(2)(B), who may be witnesses for Defendants, shall be obtained and delivered to counsel for Plaintiff as soon as possible, but in no event later than **DECEMBER 14, 2026.** This deadline shall also apply to all expert disclosures, as defined by the Federal Rules of Civil Procedure 26(a)(2)(C).

- Written rebuttal reports of experts, as defined by the Federal Rules of Civil Procedure 26(a)(2)(B), who may be witnesses for Plaintiffs, shall be obtained and delivered to counsel for Defendant no later than **JANUARY 13, 2027.**

- Counsel for the parties shall file in the record and serve upon their opponents a list of all witnesses who may or will be called to testify at trial and a list of all exhibits which may or will be used at trial no later than **MARCH 15, 2027.**

- Depositions for trial use shall be taken and all discovery shall be completed no later than **FEBRUARY 19, 2027.**

- All non-evidentiary pretrial motions, motions in limine, and dispositive motions shall be filed no later than **MARCH 15, 2027,** with a submission date of **APRIL 14, 2027**.

**IT IS FURTHER ORDERED** that all other dates, deadlines, and instructions set forth in the Scheduling Order (R. Doc. 314) remain unchanged and shall continue to apply and govern this action.

The parties are cautioned that future extensions are unlikely to be granted.

New Orleans, Louisiana, this 4th day of August 2026.

_____
**DARREL JAMES PAPILLION**
**UNITED STATES DISTRICT JUDGE**

(JS-10 00:27)