**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **CHERYL BECNEL, ET AL.** | **CIVIL ACTION** |
| **VERSUS** | **NO. 23-1124** |
| **TAYLOR SEIDENBACH, INC., ET AL.** | **SECTION: "P" (5)** |

## ORDER

Considering the Suggestion of Bankruptcy (R. Doc. 362) filed by Third-Party Defendant, Uniroyal Holding, Inc.; and considering the discussion with all counsel during the telephone status conference on August 4, 2026, during which all parties agreed that any stay ordered as a result of Uniroyal's bankruptcy proceeding would be limited to the third-party claims against Uniroyal, only;

**IT IS ORDERED** that all claims against Third-Party Defendant, Uniroyal Holding, Inc. are hereby **STAYED**.

New Orleans, Louisiana, this 12th day of August 2026.

_____
**DARREL JAMES PAPILLION**
**UNITED STATES DISTRICT JUDGE**