**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **CHERYL BECNEL, et al.,**<br>**Plaintiffs,**<br><br>**VERSUS**<br><br>**TAYLOR-SEIDENBACH, INC., et al.,**<br>**Defendants.** | **CIVIL ACTION NO. 2:23-cv-1124**<br><br>**SECTION: P (5)**<br><br>**JUDGE DARREL JAMES PAPILLION**<br><br>**MAG. JUDGE MICHAEL B. NORTH** |

**AMENDED RULE 7.1(a)(1) CORPORATE DISCLOSURE STATEMENT AND RULE 7.1(a)(2) CITIZENSHIP DISCLOSURE STATEMENT OF FIRST STATE INSURANCE COMPANY**

**NOW INTO COURT**, through undersigned counsel, comes Third-Party Defendant, First State Insurance Company, and amends its previously filed Corporate Disclosure Statement pursuant to Federal Rule of Civil Procedure 7.1(a)(1) (Rec. Doc. 240), as follows:

First State Insurance Company, a Connecticut corporation, is wholly owned by Heritage Holdings, Inc., a Connecticut corporation. Heritage Holdings, Inc. is a wholly owned company of The Hartford Insurance Group, Inc. ("HIG"), a publicly traded Delaware corporation that has no parent corporation. HIG stock is traded on the New York Stock Exchange under the symbol HIG. To the best of our knowledge, no publicly held corporation owns 10% or more of HIG's stock.

**AND FURTHER,** First State Insurance Company submits the following Citizenship Disclosure Statement pursuant to Federal Rule of Civil Procedure 7.1(a)(2):

First State Insurance Company is a corporation incorporated in the state of Connecticut and has its principal place of business in the state of Massachusetts.

Respectfully submitted,

**The Waltz Law Group, L.L.C.**

*/s/ Wilson L. Maloz, III*
**WILSON L. MALOZ, III (#26396) (T.A.)**
**ESTELLE C. EISERLOH (#40353)**
**DELANEY P. SHEA (#39337)**
1100 Poydras Street, Suite 2620
New Orleans, Louisiana 70163
Telephone: (504) 264-5260
Facsimile: (504) 264-5487
E-Mail: wilson@waltzlawgroup.com
estelle@waltzlawgroup.com
delaney@waltzlawgroup.com

**ATTORNEYS FOR THIRD-PARTY DEFENDANT FIRST STATE INSURANCE COMPANY**

## CERTIFICATE OF SERVICE

I hereby certify that on this 28th day of August 2026, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel registered for electronic service. I further certify that I have served a copy of the foregoing pleading on all parties to this proceeding not registered for electronic service, by e-mailing, faxing, and/or mailing the same by United States Mail, properly addressed and postage prepaid.

*/s/ Wilson L. Maloz, III*