UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| CHERYL BECNEL, ET AL<br>Plaintiffs | * | CIVIL ACTION NO.: 2:23-cv-01124 |
| | * | SECTION: "P"(5) |
| VERSUS | * | |
| | * | JUDGE DARREL JAMES PAPILLION |
| TAYLOR-SEIDENBACH, INC., ET AL<br>Defendants | * | MAG. JUDGE MICHAEL NORTH |

## *EX PARTE* MOTION TO WITHDRAW AND SUBSTITUTE COUNSEL OF RECORD FOR LIBERTY MUTUAL INSURANCE COMPANY AS ALLEGED INSURER OF WAYNE MANUFACTURING CORP.

NOW INTO COURT, through undersigned counsel, comes Defendant/Cross-Defendant, **Liberty Mutual Insurance Company as alleged insurer of Wayne Manufacturing Corp. ("Liberty/Wayne"),** who respectfully requests that this Honorable Court allow **Blaine A. Moore (La. Bar No. 18347), Jeffrey M. Burg (La. Bar No. 25993), Troy N. Bell (La. Bar No. 20099), and Mathilde V. Semmes (La. Bar No. 36015)** to be withdrawn and **Scott B. Kiefer (La. Bar No. 18980), Jennifer H. McLaughlin (La. Bar No. 31768), Brannon D. Lenard (La. Bar No. 40851) and Chelsea V. Hale (La. Bar No. 39397)** be substituted as counsel for Liberty/Wayne. Liberty/Wayne represents that Blaine A. Moore, Jeffrey M Burg, Troy N. Bell and Mathilde V. Semmes are no longer with Courington, Kiefer & Ankersen, LLC and requests that they be removed from receiving notification of filings in this matter.

**WHEREFORE**, Liberty/Wayne prays that Blaine A. Moore, Jeffrey M. Burg, Troy N. Bell and Mathilde V. Semmes be withdrawn and Scott B. Kiefer, Jennifer H. McLaughlin, Brannon D. Lenard, and Chelsea V. Hale be substituted as counsel of record.

[*signature block on next page*]

Respectfully submitted:

COURINGTON, KIEFER & ANKERSEN, L.L.C.

***/s/ Brittney Bullock Ankersen***
KAYE N. COURINGTON (#18582)
SCOTT B. KIEFER (#18980)
BRITTNEY BULLOCK ANKERSEN (#34469)
JENNIFER HART MCLAUGHLIN (#31768)
BRANNON D. LENARD (#40851)
CHELSEA V. HALE (#39397)
616 Girod Street
New Orleans, LA 70130
Telephone: (504) 524-5510
kcourington@courington-law.com
skiefer@courington-law.com
bankersen@courington-law.com
jmclaughlin@courington-law.com
blenard@courington-law.com
chale@courington-law.com
asbestos@courington-law.com
***Attorneys for Liberty Mutual Insurance Company as the alleged insurer of Wayne Manufacturing Corp.***

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY this 2nd day of October, 2026, the foregoing pleading was filed electronically with the Clerk using the CM/system, which will send notification of such filing to all enrolled counsel of record.

***/s/ Brittney Bullock Ankersen***