UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| CHERYL BECNEL, ET AL<br>Plaintiffs | * | CIVIL ACTION NO.: 2:23-cv-01124 |
| | * | |
| | * | SECTION: "P"(5) |
| VERSUS | * | |
| | * | |
| | * | JUDGE DARREL JAMES PAPILLION |
| TAYLOR-SEIDENBACH, INC., ET AL | * | |
| Defendants | * | MAG. JUDGE MICHAEL NORTH |

---

**ORDER**

---

Considering the foregoing *Ex Parte* Motion to Withdraw and Substitute Counsel of Record;

**IT IS HEREBY ORDERED** that **Blaine A. Moore, Jeffrey M. Burg, Troy N. Bell and Mathilde V. Semmes** are withdrawn and **Scott B. Kiefer, Jennifer H. McLaughlin, Brannon D. Lenard, and Chelsea V. Hale,** are substituted as counsel of record and for Defendant/Cross-Defendant, **Liberty Mutual Insurance Company as the alleged insurer of Wayne Manufacturing Corp.**

**IT IS FURTHER ORDERED** that **Blaine A. Moore, Jeffrey M. Burg, Troy N. Bell and Mathilde V. Semmes** be removed from receiving notification of filings in this matter through the CM/ECF system for this case.

New Orleans, Louisiana this ______ day of ______________________________, 2026.

______________________________________
**HON. DARRELL JAMES PAPILLION, JUDGE**