**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **CHERYL BECNEL, ET AL.** | * | **CASE NO. 23-CV-1124** |
| | * | |
| **VERSUS** | * | **CHIEF JUDGE JAMES PAPILLION** |
| | * | |
| | * | |
| | * | |
| **TAYLOR-SEIDENBACH, INC., ET AL.** | * | **MAGISTRATE JUDGE MICHAEL B.** |
| | * | **NORTH** |

**JOINT MOTION FOR DISMISSAL WITHOUT PREJUDICE**

**NOW INTO COURT**, through undersigned counsel, come Plaintiffs, Cheryl Becnel, Kenneth Pierron, Brandon Oubre, Amy Oubre Billiot, Casey Lynn Symonds, Cindy Efird, Caitlyn Efird, and Darwin Kraemer , and Defendant, Sterling Wander LLLP, formerly known as Honeywell International Inc., as alleged successor-in-interest to Allied Chemical Corporation (hereinafter "Sterling Wander"), who jointly move the Court to dismiss without prejudice all of Plaintiffs' claims against Sterling Wander, each party to bear its own costs, reserving to Plaintiffs all rights against all other parties and non-parties, solidary obligors and other persons and/or entities name or not named herein.

Respectfully Submitted:

**PHILIP C. HOFFMAN, LLC**

/s/ Philip C. Hoffman

Philip C. Hoffman (#32277)
Dayal S. Reddy (#31928)
PHILIP C. HOFFMAN, LLC
400 Poydras Street, Suite 1625
New Orleans, LA 70130
Phone: (504) 822-6050
Facsimile: (504) 313-3911

Email: phil@pchlawfirm.com
Dayal@pchlawfirm.com

**ATTORNEYS FOR PLAINTIFFS**

**and**

**BREAZEALE, SACHSE & WILSON, L.L.P.**

*/s/Stephen R. Whalen*
Stephen R. Whalen (LSBA No. 24701)
One American Place, 23rd Floor
Post Office Box 3197
Baton Rouge, Louisiana 70821-3197
Telephone: 225/387-4000
Facsimile: 225/381-8029
Stephen.whalen@bswllp.com

**ATTORNEY FOR DEFENDANT, STERLING WANDER, LLP, formerly known as HONEYWELL INTERNATIONAL INC., as alleged success-in-interest to ALLIED CHEMICAL CORPORATION**