**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **CHERYL BECNEL, ET AL.** | * | **CASE NO. 23-CV-1124** |
| | * | |
| **VERSUS** | * | **CHIEF JUDGE JAMES PAPILLION** |
| | * | |
| | * | |
| | * | |
| **TAYLOR-SEIDENBACH, INC., ET AL.** | * | **MAGISTRATE JUDGE MICHAEL B.** |
| | * | **NORTH** |

**ORDER**

Considering the Joint Motion for Dismissal without Prejudice,

IT IS ORDERED that the motion is GRANTED, and defendant Sterling Wander LLLP, formerly known as Honeywell International Inc., as alleged successor-in-interest to Allied Chemical Corporation (hereinafter "Sterling Wander") is DISMISSED WITHOUT PREJUDICE, each party to bear its own attorneys' fees and costs, reserving all of the plaintiffs' rights, claims, and causes of action against all other parties, whether named or unnamed.

IT IS FURTHER ORDERED that all pending motions between plaintiffs and the above-named defendant are DISMISSED.

New Orleans, Louisiana this ____ day of October, 2026.

______________________________
**DARREL JAMES PAPILLION**
**UNITED STATES DISTRICT JUDGE**