**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **CHERYL BECNEL, ET AL** | * | **CIVIL ACTON NO. 2:23-cv-01124** |
| *Plaintiffs* | * | |
| | * | **SECTION: P (5)** |
| **VERSUS** | * | |
| | * | **JUDGE DARREL JAMES PAPILLION** |
| **TAYLOR-SEIDENBACH, INC., ET AL** | * | |
| *Defendants* | * | **MAG. JUDGE MICHAEL B. NORTH** |
| | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**ORDER**

**IT IS ORDERED** that the claims of Plaintiffs against Defendant, Foster Wheeler LLC, only, be dismissed *without prejudice*, with each party to bear its own costs, and specifically reserving to Plaintiffs all rights to prosecute claims and/or actions against all other defendants, third parties, solidary obligors, and other persons and/or entities.

New Orleans, Louisiana, on the ______ day of _________________, 2026.

_________________________________
**JUDGE DARREL JAMES PAPILLION**