**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **CHERYL BECNEL, ET AL** *Plaintiffs* | * | **CIVIL ACTON NO. 2:23-cv-01124** |
| | * | **SECTION: P (5)** |
| **VERSUS** | * | |
| | * | **JUDGE DARREL JAMES PAPILLION** |
| **TAYLOR-SEIDENBACH, INC., ET AL** *Defendants* | * | **MAG. JUDGE MICHAEL B. NORTH** |
| | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**JOINT MOTION TO DISMISS WITHOUT PREJUDICE**

**NOW INTO COURT,** through undersigned counsel, come all Plaintiffs and Defendant, Paramount Global, f/k/a ViacomCBS Inc., f/k/a CBS Corporation, a Delaware corporation, f/k/a Viacom Inc., successor by merger to CBS Corporation, a Pennsylvania corporation, f/k/a Westinghouse Electric Corporation ("Westinghouse"), who move to dismiss the claims against Westinghouse, only, *without prejudice*, and with each party to be responsible for the payment of its own costs. Plaintiffs specifically reserve their rights against all other defendants, third parties, solidary obligors, and other persons and/or entities.

Respectfully submitted,

**PHILIP C. HOFFMAN, LLC**

*/s/ Philip C. Hoffman*
PHILIP C. HOFFMAN – 32277
DAYAL S. REDDY – 31928
phil@pchlawfirm.com
400 Poydras Street, Suite 1625
New Orleans, Louisiana 70130
T: (504) 822-6050 | F: (504) 313-3911
***Counsel for Plaintiffs***

and

**FRILOT L.L.C.**

*/s/ Kelly L. Long*
JOHN J. HAINKEL, III – 18246
ANGELA M. BOWLIN – 20714
MAGALI A. PUENTE MARTIN – 27279
KELSEY A. EAGAN – 35764
KELLY L. LONG – 34945
ROTH M. HAINKEL – 38765
klong@frilot.com
1100 Poydras Street, Suite 3700
New Orleans, Louisiana 70163
T: (504) 599-8000 | F: (504) 599-8100
***Counsel for Paramount Global, f/k/a ViacomCBS Inc., f/k/a CBS Corporation, a Delaware corporation, f/k/a Viacom Inc., successor by merger to CBS Corporation, a Pennsylvania corporation, f/k/a Westinghouse Electric Corporation***

**CERTIFICATE OF SERVICE**

I hereby certify this 8th day of October, 2026, that I electronically filed the foregoing pleading with the Clerk of Court using CM/ECF, which will send notification of such filing to all enrolled counsel of record.

*/s/ Kelly L. Long*