**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **CHERYL BECNEL, ET AL** *Plaintiffs* | * * | **CIVIL ACTON NO. 2:23-cv-01124** |
| | * | **SECTION: P (5)** |
| **VERSUS** | * * | **JUDGE DARREL JAMES PAPILLION** |
| **TAYLOR-SEIDENBACH, INC., ET AL** *Defendants* | * * * | **MAG. JUDGE MICHAEL B. NORTH** |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**ORDER**

**IT IS ORDERED** that the claims of Plaintiffs against Defendant, Paramount Global, f/k/a ViacomCBS Inc., f/k/a CBS Corporation, a Delaware corporation, f/k/a Viacom Inc., successor by merger to CBS Corporation, a Pennsylvania corporation, f/k/a Westinghouse Electric Corporation, only, be dismissed *without prejudice*, with each party to bear its own costs, and specifically reserving to Plaintiffs all rights to prosecute claims and/or actions against all other defendants, third parties, solidary obligors, and other persons and/or entities.

New Orleans, Louisiana, on the ______ day of _________________, 2026.

______________________________
**JUDGE DARREL JAMES PAPILLION**