UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| CHERYL BECNEL, *et al.* | * | CIVIL ACTION NO. 2:23-CV-1124 |
| | * | |
| Plaintiffs | * | |
| | * | |
| VERSUS | * | JUDGE DARREL J. PAPILLION |
| | * | |
| TAYLOR SEIDENBACH, INC., *et al.* | * | MAGISTRATE JUDGE |
| | * | MICHAEL B. NORTH |
| Defendants | * | |

## MOTION TO DISMISS WITHOUT PREJUDICE

**NOW INTO COURT**, through undersigned counsel, comes Crossclaim Plaintiff, Huntington Ingalls Incorporated ("Avondale"), who moves to dismiss, without prejudice, its claims against Crossclaim Defendant, Sterling Wander LLLP, formerly known as Honeywell International, Inc., in its capacity as alleged successor to Allied Chemical Corporation, only, with each party to bear its own costs, reserving to Avondale its rights to prosecute its claims and/or actions against any and all persons and/or entities, named or unnamed.

Counsel for Sterling Wander LLLP, formerly known as Honeywell International, Inc., in its capacity as alleged successor to Allied Chemical Corporation, has been contacted and has consented to this motion.

**WHEREFORE**, Avondale respectfully prays that this motion be granted, dismissing, without prejudice, Avondale's claims against Sterling Wander LLLP, formerly known as Honeywell International, Inc., in its capacity as alleged successor to Allied Chemical Corporation, only, each party to bear its own costs, reserving to Avondale its rights to prosecute its claims and/or actions against any and all persons and/or entities, named or unnamed.

Respectfully submitted,

**IRWIN FRITCHIE URQUHART MOORE & DANIELS LLC**

/s/ David M. Melancon
Gus A. Fritchie (#5751)
Timothy F. Daniels (#16878)
David M. Melancon (#23216)
Edward W. Trapolin (#27667)
Alexander R. Saunders (#28753)
Michael Scott Minyard (#31879)
Alison A. Spindler (#34103)
Connor W. Peth (#39499)
Kelli Murphy Miller (#40465)
400 Poydras Street, Suite 2700
New Orleans, Louisiana 70130
Telephone: (504) 310-2100
Facsimile: (504) 310-2101
IrwinAvondale@irwinllc.com
***Counsel for Huntington Ingalls Incorporated***