UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| CHERYL BECNEL, *et al.* | * | CIVIL ACTION NO. 2:23-CV-1124 |
| | * | |
| Plaintiffs | * | |
| | * | |
| VERSUS | * | JUDGE DARREL J. PAPILLION |
| | * | |
| TAYLOR SEIDENBACH, INC., *et al.* | * | MAGISTRATE JUDGE |
| | * | MICHAEL B. NORTH |
| Defendants | * | |

**ORDER**

Considering the foregoing *Motion to Dismiss Without Prejudice*;

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that the Motion is **GRANTED,** and all claims of Crossclaim Plaintiff, Huntington Ingalls Incorporated ("Avondale"), against Crossclaim Defendant, Sterling Wander LLLP, formerly known as Honeywell International, Inc., in its capacity as alleged successor to Allied Chemical Corporation, only, are dismissed without prejudice, with each party to bear its own costs and reserving to Avondale its rights to prosecute its claims and/or actions against any and all persons and/or entities, named or unnamed.

New Orleans, Louisiana, on this _______ day of ____________________ 2026.

____________________________
**HON. DARREL J. PAPILLION**
**UNITED STATES DISTRICT COURT**