**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **CHERYL BECNEL, ET AL.** | * | |
| | * | **CIVIL ACTION NO. 2:23-cv-1124** |
| **Plaintiffs** | * | |
| | * | **SECTION: P (5)** |
| **VERSUS** | * | |
| | * | **JUDGE DARREL JAMES PAPILLION** |
| **TAYLOR-SEIDENBACH, INC., ET AL.** | * | |
| | * | **MAGISTRATE JUDGE** |
| **Defendants** | * | **MICHAEL NORTH** |

**************************************************************************

## ***EX PARTE*** **UNOPPOSED MOTION FOR LEAVE TO FILE FIFTH SUPPLEMENTAL AND AMENDING COMPLAINT**

NOW INTO COURT, through undersigned counsel come Plaintiffs who respectfully move the Court for leave to amend with the attached this Fifth Supplemental and Amended Complaint to add additional defendants developed over the course of discovery, and no objection has been stated after circulating to all counsel on November 13, 2026.

Wherefore, Plaintiffs respectfully request that leave be granted to file this Fifth Supplemental and Amended Complaint to add additional defendants and factual allegations.

Respectfully submitted,
PHILIP C. HOFFMAN, LLC

*/s/ Dayal Reddy*
Philip C. Hoffman (#32277)
Dayal S. Reddy (#31928)
400 Poydras Street, Suite 1625
New Orleans, LA 70130
Telephone: (504) 822-6050
Facsimile: (504) 313-3911
Email: *phil@pchlawfirm.com*
*dayal@phclawfirm.com*

**COUNSEL FOR PLAINTIFFS**

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on November 19, 2026, a copy of the foregoing pleading was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to all CM/ECF participants by operation of the Court's electronic filing system.

*/s/ Dayal Reddy*