**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **CHERYL BECNEL, ET AL.** | * | |
| | * | **CIVIL ACTION NO. 2:23-cv-1124** |
| **Plaintiffs** | * | |
| | * | **SECTION: P (5)** |
| **VERSUS** | * | |
| | * | **JUDGE DARREL JAMES PAPILLION** |
| **TAYLOR-SEIDENBACH, INC., ET AL.** | * | |
| | * | **MAGISTRATE JUDGE MICHAEL** |
| **Defendants** | * | **NORTH** |

**************************************************************************

**ORDER**

CONSIDERING the foregoing *Ex Parte Unopposed Motion For Leave To File Fifth Supplemental And Amending Complaint:*

IT IS HEREBY ORDERED that Plaintiffs' *Ex Parte Unopposed Motion For Leave To File Fifth Supplemental And Amending Complaint* is GRANTED.

Signed in NEW ORLEANS, LOUISIANA, this _____ day of _____________________ 2026.

____________________________________
Judge