**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **CHERYL BECNEL, ET AL.** | * | |
| | * | **CIVIL ACTION NO. 2:23-cv-1124** |
| **Plaintiffs** | * | |
| | * | **SECTION: P (5)** |
| **VERSUS** | * | |
| | * | **JUDGE DARREL JAMES PAPILLION** |
| **TAYLOR-SEIDENBACH, INC., ET AL.** | * | |
| | * | **MAGISTRATE JUDGE** |
| **Defendants** | * | **MICHAEL NORTH** |

****************************************************************************

**FIFTH SUPPLEMENTAL & AMENDING COMPLAINT FOR DAMAGES**

NOW INTO COURT, through undersigned counsel, comes Complainant who files their Complaint herein the following respects:

I.

By supplementing and amending Paragraph Two of the First Supplemental and Amending Petition for Damages with Incorporated Motion for Leave to add the following defendants:

**ASBESTOS MINERS/MANUFACTURERS/**
**SELLERS/SUPPLIERS/CONTRACTORS/DISTRIBUTORS**

**J1. CENTURY INDEMNITY COMPANY, as successor to CCI, as successor to Insurance Company of North America, as insurer of HOPEMAN BROTHERS, INC.**

**J2. CENTURY INDEMNITY COMPANY, as successor to CCI, as successor to Insurance Company of North America, as insurer of WAYNE MANUFACTURING COMPANY**

**J3. CERTAIN UNDERWRITERS AT LLOYD'S, LONDON, as the insurer of HOPEMAN BROTHERS, INC.**

**J4. CERTAIN UNDERWRITERS AT LLOYD'S, LONDON, as the insurer of WAYNE MANUFACTURING COMPANY**

**J5. CHUBB INDEMNITY INSURANCE COMPANY, as successor-in-interest to Cigna Corporation, as successor-in-interest to Aetna Insurance Company, as the liability insurer of HOPEMAN BROTHERS, INC.**

**J6. THE REORGANIZED HOPEMAN BROTHERS, INC.**

**J7. LIBERTY MUTUAL INSURANCE COMPANY, sued under the Louisiana Direct Action Statute as the insurer of Hopeman Brothers, Inc., a foreign company that has filed for bankruptcy and, upon information and belief, is insolvent. Hopeman Brothers, Inc. was insured under a policy of insurance, or several policies of insurance, issued by LIBERTY MUTUAL INSURANCE COMPANY, which policies provide full coverage for the Petitioners' claims. The Petitioners hereby make a claim against the full proceeds of those policies.**

**J8. LIBERTY MUTUAL INSURANCE COMPANY, as the insurer for Wayne Manufacturing Corporation**

**J9. THE TRAVELERS INDEMNITY COMPANY, as the insurer of HOPEMAN BROTHERS, INC.**

**J10. THE TRAVELERS INDEMNITY COMPANY, as the insurer of WAYNE MANUFACTURING COMPANY**

II.

The Complainant reiterates all matters contained in the original Petition for Damages and alleges same against these defendants including the prayer of his petition as though set forth at length herein.

III.

To the extent that certain matters, claims, and/or parties have been dismissed in the captioned case, Complainant does not re-urge those claims, allegations, and/or matters that have been the subject of joint or consent orders/judgments and/or motions to dismiss.

WHEREFORE, Complainant prays that his Complaint be supplemented and amended as to the above particulars and that, after due proceedings had, there be judgment herein in favor of

Complainant in appropriate amounts to be determined by the fact finder, said judgments against all defendants, jointly, severally, and *in solido*, with said amounts to bear legal interest from the date of judicial demand until paid, for all costs of these proceedings, and for all general and equitable relief.

Respectfully submitted,

PHILIP C. HOFFMAN, LLC

*/s/ Philip C. Hoffman*

Philip C. Hoffman, LA Bar No. 32277
Dayal S. Reddy, LA Bar No. 31928
Kelly A. Ross, LA Bar No. 41392
Laura E. Elkin, LA Bar No. 40762
400 Poydras Street, Suite 1625
New Orleans, LA 70130
Telephone: (504) 822-6050
Facsimile: (504) 313-3911
Email: *phil@pchlawfirm.com*
*dayal@pchlawfirm.com*
*kelly@pchlawfirm.com*
*laura@pchlawfirm.com*
*tara@pchlawfirm.com*
*shanna@pchlawfirm.com*
*yahnah@pchlawfirm.com*
*amaya@pchlawfirm.com*
*asbestos@pchlawfirm.com*

**COUNSEL FOR COMPLAINANT**

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on November 19, 2026 a copy of the foregoing pleading was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to all CM/ECF participants by operation of the Court's electronic filing system.

*/s/ Philip C. Hoffman*